UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \*
EDWARD STEFFEN AND
MARSHA STEFFEN

    Plaintiffs,

v.

VIKING CORPORATION,

    Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

RECEIPT # 59856
AMOUNT $ 150
SUMMONS ISSUED_____
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK._____
DATE 3/26/04

CIVIL ACTION NO. 04-

04-10592WGY

MAGISTRATE JUDGE Collings

## NOTICE OF REMOVAL OF THE DEFENDANT, VIKING CORPORATION

Viking Corporation hereby notices the removal of the above-entitled action from the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts for Middlesex County, to this Court. The grounds for this Notice are as follows.

(1) Petitioner is the defendant in the above-entitled action.

(2) On February 9 2004, the above-entitled action was commenced against the defendant in the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts for Middlesex County, and is now pending therein.

(3) On or about March 5, 2004, defendant, Viking Corporation, received service of the Summons and

      Complaint in the above-entitled action, a copy of which is attached hereto and marked Exhibit "A".

(4) No further proceedings have been had herein in the Superior Court for Middlesex County.

(5) The plaintiff, Edward Steffen, alleges that he resides at 581 Broadway, Everett, Middlesex County, Massachusetts and at all applicable times was the husband of the plaintiff Marsha Steffen.

(6) The plaintiffs allege that the defendant, Viking Corporation, has a usual place of business at 3810 North Toben, Wichita, Kansas.

(7) Defendant, Viking Corporation, is a Kansas corporation.

(8) In the Plaintiffs' Complaint, the plaintiff Edward Steffen alleges that he was injured while using a machine called a Jet Washer with Gas Heat which was designed, manufactured, inspected, tested, sold, supplied and/or provided by the defendant.

(9) The plaintiff claims that he suffered second and third degree burns as the result of using the Jet Washer with Gas Heat and has informed Viking Corporation that he will allege related medical expenses in excess of Seven Hundred Thousand Dollars ($700,000.00).

(10) The amount in controversy in the above-entitled action exclusive of interest and costs exceeds Seventy-Five Thousand Dollars ($75,000.00).

(11) This Court has original jurisdiction of this action based on diversity of citizenship of the parties, 28 U.S.C. 1332, and the action may be removed to this

Court pursuant to 28 U.S.C. 1441(a) and (b).

(12) This petition is filed with this Court pursuant to 28 U.S.C. § 1446, within 30 days after receipt by petitioner of the summons and complaint in the above-entitled action.

WHEREFORE, petitioner, Viking Corporation, prays that the above-entitled action be removed from the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts for Massachusetts, to this Court.

Signed under the penalties of perjury this ___9th___ day of ___July___, 2004.

Viking Corporation,
By its attorneys,

_____
Robert P. Powers, BBO #544691
T. Dos Urbanski, BBO #652465
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA  02109-1775
(617) 523-6200

## CERTIFICATE OF SERVICE

I, T. Dos Urbanski, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

> William J. Doyle, Jr.
> LEAVIS AND REST, P.C.
> 88 Central Street
> Boston, MA 02109

_____
T. Dos Urbanski

Date: _____