COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.

SUPERIOR COURT
CIVIL ACTION
NO. 04-0505

Edward Steffen and
Marsha Steffen,
    Plaintiffs

v.

Viking Corporation,
    Defendants.

## COMPLAINT AND JURY TRIAL CLAIM

1.

The plaintiff, Edward Steffen is a resident of Massachusetts who resides at 581 Broadway, Everett, Middlesex County, Massachusetts and at all applicable times was the husband of the plaintiff, Marsha Steffen.

2.

The defendant, Viking Corporation (hereinafter "Viking") is a corporation with its usual place of business located at 3810 North Toben, Wichita, Kansas 67226 and either directly or by an agent is transacting business in the Commonwealth of Massachusetts, as defined in G.L. c. 133A §3 and conducts business within Massachusetts.

3.

On and prior to December 2, 2002 the defendant, "Viking" designed, manufactured, inspected, tested, sold, supplied and/or provided a Jet Washer with Gas Heat to Hillside Automotive Machine, Inc. (hereinafter "machine") which on December 2, 2002 was being used by the plaintiff, Edward Steffen.

As a result of the negligence of the defendant, "Viking" in the design, manufacture, inspection, testing, sale, supply, modification and/or provision of the "machine" including attachments, guards, locks, sensing mechanisms and shutdown devices, and as a result of the negligence of the defendant "Viking" in supplying the "machine" including attachments, guards, locks, sensing mechanisms and shutdown devices when it knew or should have known the "machine" including attachments, guards, locks, sensing mechanisms and shutdown devices was in a potentially dangerous and defective condition; and as a result of the negligence of the defendant, "Viking", in failing to give adequate and effective warnings on the machine concerning the foreseeable dangers from the foreseeable uses of the machine and as a result of the negligence of the defendant, "Viking" in failing to give adequate and proper instructions on the machine for the foreseeable uses of the "machine", the plaintiff, Edward Steffen, was caused permanent injury and disability, has incurred medical and hospital bills and has suffered great pain of body and mind, including extensive second and third degree burns over more than half his body.

WHEREFORE, the plaintiff, Edward Steffen, demands judgment on this count from the defendant, "Viking" in a fair amount for all past, present, and future injuries, suffering and losses, plus costs and interests.

## COUNT II
### (Breach of Warranty - "Viking")

5.

The plaintiff incorporates by reference paragraphs one through four

2

inclusive of Count I and makes them paragraphs one through four of this Count II.

6.

On and prior to December 2, 2002 the defendant, "Viking" sold, or supplied the "machine" including attachments, guards locks and sensing devices and shutdown devices and made implied warranties of merchantability, safety and fitness for ordinary purposes for which said "machine" including attachments, guards, locks and sensing mechanisms and shutdown devices is used and made implied warranties that said "machine" including attachments, guards, locks and sensing mechanisms and shutdown devices would be fit for the particular purposes for which it was being used at the time of the Plaintiff's injury, and made express warranties by affirmation of fitness, safety and merchantability, and all of these warranties were relied upon by the Plaintiff.

7.

Said warranties were breached by the defendant, "Viking" and said "machine" was not safe and not merchantable, for ordinary purposes for which the "machine" is used, not fit for the particular purposes for which it was being used at the time of the plaintiff's injury, was not fit, safe, or merchantable as expressly warranted by the defendant, "Viking" and the defendant, "Viking" failed to give adequate and effective warnings and instructions for the foreseeable dangers and uses of said "machine" and that timely notification of said breaches, if any were needed to be given, were given.

8.

As a result of the aforesaid breaches by the defendant "Viking", the plaintiff

3

Edward Steffen was caused permanent injury and disability, has incurred medical and hospital expenses and has suffered great pain of body and mind.

WHEREFORE, the plaintiff, Edward Steffen, demands judgment on this count from the defendant, "Viking" in a fair amount for all past, present, and future injuries, suffering and losses, plus costs and interests.

## COUNT III
### (Loss of Consortium - Marsha Steffen)

9.

The plaintiff, Marsha Steffen, repeats and realleges paragraphs one through eight of Count I and Count II.

10.

As a result of the negligence and breach of warranty by the defendant, "Viking", the plaintiff, Marsha Steffen has suffered a loss of consortium from her husband, Edward Steffen.

WHEREFORE, the plaintiff, Marsha Steffen demands judgment on this count from the defendant, "Viking" in a fair amount for all past, present and future injuries, plus interest and costs.

THE PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL COUNTS.

The plaintiffs,
By their attorney,

William J. Doyle, Jr.
LEAVIS AND REST, P.C.
83 Central Street
Boston, MA 02109
(617) 742-1700
BBO #134240

4