UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * *
                               *
EDWARD STEFFEN AND             *
MARSHA STEFFEN                 *
        Plaintiffs,            *
                               *
v.                             *
                               *   CIVIL ACTION NO. 04-
VIKING CORPORATION,            *
                               *
        Defendant.             *
                               *
* * * * * * * * * * * * * * * *
```

**04-10592 WGY**

NOTICE OF APPEARANCE

Pursuant to Fed. R. Civ. P. 11, please enter my appearance as counsel of record for the defendant, Viking Corporation, in the above captioned matter.

_____
T. Dos Urbanski, BBO #652465
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA  02109-1775
(617) 523-6200