UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * *
EDWARD STEFFEN and
MARSHA STEFFEN
    Plaintiffs,

v.

VIKING CORPORATION,
    Defendant.
* * * * * * * * * * * * * * * *

CIVIL ACTION NO. 04-10592WGY

### AGREEMENT TO EXTEND TIME
### TO RESPOND TO PLAINTIFFS' COMPLAINT

The parties in the above-captioned matter hereby agree that the time within which the defendant, Viking Corporation, may respond to the plaintiffs' complaint may be extended up to and including April 10, 2004.

    Viking Corporation,
    By its attorneys,

    */s/ T. Dos Urbanski*
    Robert P. Powers, BBO #544691
    T. Dos Urbanski, BBO #652465
    MELICK, PORTER & SHEA, LLP
    28 State Street
    Boston, MA 02109-1775
    (617) 523-6200

ASSENTED TO:

*/s/ William J. Doyle, Jr.*
William J. Doyle, Jr.
Plaintiffs' Attorney
Date: 3-26-04

I hereby certify that I have made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.