UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * *
EDWARD STEFFEN and
MARSHA STEFFEN
    Plaintiffs,

v.

VIKING CORPORATION,
    Defendant.

* * * * * * * * * * * * * * * * *

CIVIL ACTION NO. 04-10592WGY

## AGREEMENT TO EXTEND TIME
## TO RESPOND TO PLAINTIFFS' COMPLAINT

The parties in the above-captioned matter hereby agree that the time within which the defendant, Viking Corporation, may respond to the plaintiffs' complaint may be extended up to and including April 23, 2004.

    Viking Corporation,
    By its attorneys,

    _T. Dos Urbanski_
    Robert P. Powers, BBO #544691
    T. Dos Urbanski, BBO #652465
    MELICK, PORTER & SHEA, LLP
    28 State Street
    Boston, MA 02109-1775
    (617) 523-6200

ASSENTED TO:

_William J. Doyle_
William J. Doyle, Jr.
Plaintiffs' Attorney
Date: 4-13-04

I hereby certify that I have made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.

# MELICK, PORTER & SHEA, LLP

Counsellors at Law

28 State Street
Boston, Massachusetts 02109-1775
(617) 523-6200
Fax (617) 523-8130
www.melicklaw.com

Two Richmond Square - Suite 104
Providence, Rhode Island 02906
(401) 941-0909
Fax (401) 941-6269

65 Main Street
Plymouth, Massachusetts 02360
(508) 746-5976

Richard J. Shea
Robert P. Powers
John F. Rooney, III *(DC & NH)
William D. Chapman
Michael J. Mazurczak *(WI)
Robert T. Treat
William L. Keville, Jr.
Michael R. Byrne
Andre A. Sansoucy
Amy E. Goganian
Keith L. Sachs
Robert W. Healy
Jennifer B. Hardy
Allen J. McCarthy
Carly K. Wee *(NY)
Angela L. Lackard
Maureen E. Lane *(NH)
Nancy J. Puleo *(CT)
Christine C. Heshion
Adam M. Guttin *(RI)
T. Dos Urbanski *(RI)
Megan E. Kures
Jill M. Brannelly
Brian J. Cann *(CA)
John E. DeWick
Heather M. Spellman *(CT & RI)
Matthew Grygorcewicz
Margaret M. Carleen

Of Counsel
Thomas W. Porter, Jr.

*Also Admitted

April 13, 2004

Clerk's Office, Civil
United States District Court
One Courthouse Way
Boston, MA 02210

Re: <u>Edward Steffen and Marsha Steffen vs. Viking Corporation</u>
C.A. No. 04-10592WGY

Dear Sir/Madam:

Enclosed for filing in the above-captioned matter please find the following:

(1) AGREEMENT TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT.

Kindly docket the same.

Very truly yours,

T. Dos Urbanski

TDU/ead
Enclosure
cc: William J. Doyle, Jr., Esquire