# MELICK, PORTER & SHEA, LLP

Counsellors at Law

28 State Street
Boston, Massachusetts 02109-1775
(617) 523-6200
Fax (617) 523-8130
www.melicklaw.com

Two Richmond Square - Suite 104
Providence, Rhode Island 02906
(401) 941-0909
Fax (401) 941-6269

65 Main Street
Plymouth, Massachusetts 02360
(508) 746-5976

Richard J. Shea
Robert P. Powers
John F. Rooney, III *(DC & NH)
William D. Chapman
Michael J. Mazurczak *(WI)
Robert T. Treat
William L. Keville, Jr.
Michael R. Byrne
Andre A. Sansoucy
Amy E. Goganian
Keith L. Sachs
Robert W. Healy
Jennifer B. Hardy
Allen J. McCarthy
Carly K. Wee *(NY)
Angela L. Lackard
Maureen E. Lane *(NH)
Nancy J. Puleo *(CT)
Christine C. Heshion
Adam M. Guttin *(RI)
T. Dos Urbanski *(RI)
Megan E. Kures
Jill M. Brannelly
Brian J. Cann *(CA)
John E. DeWick
Heather M. Spellman *(CT & RI)
Matthew Grygorcewicz
Margaret M. Carleen

Of Counsel
Thomas W. Porter, Jr.

*Also Admitted

April 22, 2004

United State District Court
for the District of Massachusetts
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: <u>Edward Steffen and Marsha Steffen vs. Viking Corporation</u>
Civil Action No. 04-10592

Dear Clerk:

Enclosed for filing in the above-captioned matter, please find original documents from the Middlesex Superior Court file.

Thank you for your kind attention to this matter. If you have any questions, please do not hesitate to contact me.

Very truly yours,

T. Dos Urbanski

TDU/kaf
Enclosures
cc: William J. Doyle, Jr.