UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * *
                               *
EDWARD STEFFEN and             *
MARSHA STEFFEN                 *
        Plaintiffs,            *
                               *
v.                             *
                               *   CIVIL ACTION NO. 04-10592WGY
VIKING CORPORATION,            *
        Defendant.             *
                               *
* * * * * * * * * * * * * * * *
```

## ANSWER AND JURY CLAIM OF THE VIKING CORPORATION

The defendant, Viking Corporation, hereby makes this its answer to the plaintiffs' complaint.

### Count I

1. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 and calls upon the plaintiffs to prove the same.

2. The defendant admits the allegations contained in paragraph 2.

3. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 and calls upon the plaintiffs to prove the same.

4. The defendant denies the allegations contained in paragraph 4.

## COUNT II

5. The defendant incorporates herein by reference its answers to paragraphs 1 through 4 and makes them its answer to paragraph 5 of Count II.

6. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of Count II and calls upon the plaintiffs to prove the same.

7. The defendant denies the allegations contained in paragraph 7 of Count II.

8. The defendant denies the allegations contained in paragraph 8 of Count II.

## COUNT III

9. The defendant incorporates herein by reference its answers to paragraphs 1 through 8 and makes them its answer to paragraph 9 of Count III.

10. The defendant denies the allegations contained in paragraph 10 of Count III.

### SECOND DEFENSE

Recovery is limited or barred under the law of Comparative Negligence.

### THIRD DEFENSE

The complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

### FOURTH DEFENSE

Recovery is barred because the plaintiff unforeseeably misused the product.

### FIFTH DEFENSE

If the plaintiff produces evidence to support his claim that the product was defective, recovery is barred because the plaintiff violated his duty to act reasonably with respect to a product he

knew to be defective and dangerous and his conduct was the cause of the alleged injury.

### SIXTH DEFENSE

Recovery against Viking is barred because the proximate cause of plaintiff's alleged injuries was a substantial alteration of the product by other parties subsequent to manufacture.

WHEREFORE, Viking demands that the plaintiffs' complaint against it be dismissed and that judgment enter in its favor, together with its costs.

### JURY CLAIM

VIKING CORPORATION CLAIMS TRIAL BY JURY.

By its attorneys,

*[signature: Robert P. Powers]*
Robert P. Powers, BBO #544691
T. Dos Urbanski, BBO #652465
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
(617) 523-6200

### CERTIFICATE OF SERVICE

I, Robert P. Powers, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

William J. Doyle, Jr.
LEAVIS AND REST, P.C.
88 Central Street
Boston, MA 02109

*[signature: Robert P. Powers]*
Robert P. Powers

Date: April 23, 2004

# MELICK, PORTER & SHEA, LLP

Counsellors at Law

28 State Street
Boston, Massachusetts 02109-1775
(617) 523-6200
Fax (617) 523-8130
www.melicklaw.com

Two Richmond Square - Suite 104
Providence, Rhode Island   02906
(401) 941-0909
Fax (401) 941-6269

65 Main Street
Plymouth, Massachusetts   02360
(508) 746-5976

Richard J. Shea
Robert P. Powers
John F. Rooney, III *(DC & NH)
William D. Chapman
Michael J. Mazurczak *(WI)
Robert T. Treat
William L. Keville, Jr.
Michael R. Byrne
Andre A. Sansoucy
Amy E. Goganian
Keith L. Sachs
Robert W. Healy
Jennifer B. Hardy
Allen J. McCarthy
Carly K. Wee *(NY)
Angela L. Lackard
Maureen E. Lane *(NH)
Nancy J. Puleo *(CT)
Christine C. Heshion
Adam M. Guttin *(RI)
T. Dos Urbanski *(RI)
Megan E. Kures
Jill M. Brannelly
Brian J. Cann *(CA)
John E. DeWick
Heather M. Spellman *(CT & RI)
Matthew Grygorcewicz
Margaret M. Carleen

Of Counsel
Thomas W. Porter, Jr.

*Also Admitted

April 23, 2004

Clerk's Office, Civil
United States District Court
One Courthouse Way
Boston, MA 02210

Re:   Edward Steffen and Marsha Steffen vs. Viking Corporation
      C.A. No.  04-10592WGY

Dear Sir/Madam:

Enclosed for filing in the above-captioned matter please find the following:

(1)   ANSWER AND JURY CLAIM OF THE DEFENDANT TO THE PLAINTIFFS' COMPLAINT.

Kindly docket the same.

Very truly yours,

Robert P. Powers

RPP/ead
Enclosure
cc: William J. Doyle, Jr., Esquire