UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10592-WGY

Edward Steffen and )
Marsha Steffen, )
    Plaintiffs )
)
v. )
)
Viking Corporation, )
    Defendant )

## PLAINTIFFS' CERTIFICATION

Now come the plaintiffs, Edward Steffen, Marsha Steffen and counsel for the plaintiff and certify that they have reviewed the status of this matter and discussed issues involving discovery and settlement consistent with the Fed. R. Civ. P. and the Local Rules.

Date: X  5-20-04     X _____
                                    Edward Steffen

Date: X 5-20-04      X _____
                                    Marsha Steffen

The plaintiffs,
By their attorney,

Date: May 25, 2004   _____
                                   William J. Doyle, Jr.
                                   Leavis and Rest, P.C.
                                   83 Central Street
                                   Boston, MA 02109
                                   (617) 742-1700
                                   BBO #134240

**CERTIFICATE OF SERVICE**

I, William J. Doyle, Jr. counsel for the plaintiff, hereby certify that I have served a copy of this document by mailing same, postage prepaid, to counsel of record this 25th day of May, 2004. This statement is signed under the pains and penalties of perjury.

_____

LEAVIS AND REST, P.C.

ATTORNEYS AT LAW

83 CENTRAL STREET

BOSTON, MASSACHUSETTS 02109-3413

(617) 742-1700

FACSIMILE (617) 482-4446

PAUL F. LEAVIS
JOHN B. REST
WILLIAM J. DOYLE, JR.
DEBORAH M. SANTELLO

May 25, 2004

Clerk's Office
Civil Business
United Statues District Court
One Courthouse Way
Boston, MA  02210

    **Re:**  **Edward Steffen, et al**
    **Vs:**  **Viking Corporation**
          <u>**United States District Court,**</u>
          <u>**Massachusetts C.A. No. 04-10592-WGY**</u>

Dear Sir/Madam:

    The Court has scheduled a conference for Monday, June 7, 2004 in the above-entitled matter. In anticipation of the conference and consistent with the Local Rules enclosed please find for filing the Plaintiffs' Certification. By separate correspondence counsel will be filing a Joint Statement which addresses a proposed discovery plan and schedule.

    Thank you for your attention to this matter.

                                       Very truly yours,

                                       William J. Doyle, Jr.

WJD/ncb
Enclosure
cc:  Robert P. Powers, Esquire
     T. Dos Urbanski, Esquire
     Melick, Porter & Shea, LLP