UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10592-WGY

| | |
|---|---|
| Edward Steffen and Marsha Steffen, Plaintiffs | ) ) ) ) |
| v. | ) ) |
| Viking Corporation, Defendant | ) ) ) ) |

## PLAINTIFFS' CERTIFICATION

Now come the plaintiffs, Edward Steffen, Marsha Steffen and counsel for the plaintiff and certify that they have reviewed the status of this matter and discussed issues involving discovery and settlement consistent with the Fed. R. Civ. P. and the Local Rules.

Date: X 5-20-04            X _____
                              Edward Steffen

Date: X 5-20-04            X _____
                              Marsha Steffen

The plaintiffs,
By their attorney,

Date: May 25, 2004         _____
                              William J. Doyle, Jr.
                              Leavis and Rest, P.C.
                              83 Central Street
                              Boston, MA  02109
                              (617) 742-1700
                              BBO #134240

CERTIFICATE OF SERVICE

I, William J. Doyle, Jr. counsel for the plaintiff, hereby certify that I have served a copy of this document by mailing same, postage prepaid, to counsel of record this 25th day of May, 2004.

This statement is signed under the pains and penalties of perjury.

_____