# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**EDWARD STEFFEN,**
**ET AL**
    **Plaintiffs,**

    **v.**                                         **CIVIL ACTION NO.**
                                                       **04-10592-RBC**

**VIKING CORPORATION**
    **Defendant.**

## *NOTICE OF RULE 16(b) CONFERENCE*

Please take notice that a **RULE 16(b) CONFERENCE** in the above-styled case is scheduled for **Thursday, June 24, 2004 at 12:00 P.M.** in Courtroom #14, 5th Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 before Robert B. Collings, United States Magistrate Judge.

                                                   **ROBERT B. COLLINGS**
                                                   **United States Magistrate Judge**

                                                   *Kathleen M. Dolan*
                                                   **Deputy Clerk**
                                                   **(617) 748-9229**

June 7, 2004.

Notice Sent to:
William J. Doyle, Jr., Esquire
Robert P. Powers, Esquire
Theodorus D.J. Urbanski, Esquire