UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10592-RBC

*FILED
IN CLERKS OFFICE*

*2004 JUN -9 P 12: 56*

*U.S. DISTRICT COURT
DISTRICT OF MASS.*

Edward Steffen and                        )
Marsha Steffen,                           )
    Plaintiffs                        )
                                      )
v.                                        )
                                      )
Viking Corporation,                       )
    Defendant                         )

## PLAINTIFFS' MOTION TO RESCHEDULE THE RULE 16(b) CONFERENCE

    Now come the plaintiffs in the above-entitled matter and by their counsel petition this Court to reschedule the Rule 16(b) conference currently scheduled for June 24, 2004.  In support of this request counsel states that on Monday, June 6, 2004 this Court scheduled the Rule 16(b) conference for June 24, 2004 following the transfer of this matter from the Hon. W. Young.

    Plaintiffs' counsel is scheduled to be in Des Plaines, Illinois on June 23, 2004 and June 24, 2004 for the deposition of a defendant's representative in the matter of <u>Aragona v. Illinois Tool Works, Inc.,</u> Middlesex Superior Court No. 03-0523 on June 24, 2004.  Scheduling and travel arrangements were made over the course of two (2) months prior to June 6, 2004.  Canceling or rescheduling the trip to Des Plaines, Illinois would result in significant penalties or cancellation fees.

WHEREFORE, the plaintiffs, by their counsel petition this Court to reschedule the Rule 16(b) conference for a date and time convenient with the Court.

The plaintiff,
By his attorney,


William J. Doyle, Jr.
Leavis and Rest, P.C.
83 Central Street
Boston, MA 02109
(617) 742-1700
BBO #134240


I hereby certify that a true copy
of the above document was served
upon all counsel of record by first
class mail on June 8, 2004.