UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EDWARD STEFFEN AND MARSHA STEFFEN, ) ) ) ) Plaintiffs, ) ) v. ) ) VIKING CORPORATION, ) ) Defendant. ) | Civil Action No. 04-10592-RBC |

## DEFENDANT, VIKING CORPORATION'S CERTIFICATION

Now comes the defendant, Viking Corporation and counsel for the defendant and certify that they have reviewed the status of this matter and discussed the issues involving discovery and settlement consistent with the Federal Rules of Civil Procedure and the Local Rules.

Date: June 3, 2004

_Deron J. Lock_
Print Name:
For VIKING CORPORATION

DEFENDANT, VIKING CORPORATION
By its attorneys

Date: June 1, 2004

_Robert P. Powers_
Robert P. Powers (BBO No. 544691)
T. Dos Urbanski (BBO No. 652465)
MELICK, PORTER & SHEA, L.L.P.
28 State Street
Boston, MA 02109
(617) 523-6200
(617) 523-8130

CERTIFICATE OF SERVICE

I, Robert P. Powers, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

William J. Doyle, Jr.
Leavis and Rest, P.C.
88 Central Street
Boston, MA 02109

Robert P. Powers

Date: 6/4/04