UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10592-WGY RBC

Edward Steffen and
Marsha Steffen,
    Plaintiffs

v.

Viking Corporation,
    Defendant

## CONSENT TO JURISDICTION BY A
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. §636 (c) the undersigned parties to the above-captioned civil matter hereby voluntarily consent to have United States Magistrate Judge Collings conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. The parties assent is consistent with the Court's Order dated March 26, 2004.

                                        The plaintiffs,
                                        By his attorney,

                                        William J. Doyle, Jr.
                                        Leavis and Rest, P.C.
                                        83 Central Street
                                        Boston, MA 02109
                                        (617) 742-1700
                                        BBO #134240

The defendant,
By their attorney,

Robert P. Power
T. Dos Urbanski
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109
(617) 523-6200