# United States District Court
# District of Massachusetts

EDWIN STEFFEN,
MARSHA STEFFEN,
    Plaintiffs,

v.                                      CIVIL ACTION NO. 04-10592-RBC

VIKING CORPORATION,
    Defendant.

## FIRST SCHEDULING ORDER - RULE 16(b), FED. R. CIV. P.

COLLINGS, U.S.M.J.

    The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.

    (1)    Automatic disclosures must be COMPLETED *on or before the close of business on Monday, August 23, 2004* and copies of documents subject to automatic disclosure are to be produced *on or before the close of business on Monday, September 6, 2004.*

    (2)    Any motions pursuant to Rule 15, Fed.R. Civ.P., must be filed and served *on or before the close of business on Monday, September 30, 2004.*

(3) Initial set(s) of interrogatories and requests for production of documents (if not already served) must be served *on or before the close of business on Tuesday, August 31, 2004;* responses, answers and/or objections shall be served *within the time provided by the Federal Rules.* No interrogatories or requests for either production of documents or admissions shall be served *after the close of business on Monday, January 3, 2005.*

(4) All other non-expert discovery shall be filed and/or served *on or before the close of business on Wednesday, April 20, 2005* and *COMPLETED on or before the close of business on Monday, May 30, 2005.*

(5) Counsel shall report for a further conference on *Tuesday, December 14, 2004 at 10:30 A.M.* at Courtroom #14 (5th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts. At said conference, the Court shall hear counsel as to (a) the status of discovery, (b) whether the case should be referred for mediation, (c) and if not, the dates for expert discovery.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

June 30, 2004..