UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-10592-RBC

* * * * * * * * * * * * * * * *
EDWARD STEFFEN and MARSHA
STEFFEN

    Plaintiffs,

v.

VIKING CORPORATION

    Defendant.

* * * * * * * * * * * * * * * *

### DEFENDANT VIKING CORPORATION'S INITIAL DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(1)

The defendant, Viking Corporation ("Viking"), makes the following initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

I. **Rule 26(a)(1)(A) The name and number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.**

Upon information and belief, aside from the plaintiffs and those providing medical services to the plaintiffs, the following witnesses may have discoverable information relevant to this action:

    1.    Deron J. Lock
           Viking Corporation
           3810 North Toben
           Wichita KS 67226
           (316) 634-6699

2.  Gus Enegren
    220 East Flamingo Road
    Las Vegas, NV 89109
    (702) 369-1161

3.  Martin Montoya
    Viking Corporation
    3810 North Toben
    Wichita, KS 67226
    (316) 634-6699

4.  Paul Ranzella
    Hillside Machine, Inc.
    1302 Eastern Ave.
    Malden, MA 02148
    (781) 321-9625

5.  Fred Gorman
    Hillside Machine, Inc.
    1302 Eastern Ave.
    Malden, MA 02148
    (781) 321-9625

6.  Robert Paulk
    Hillside Machine, Inc.
    1302 Eastern Ave.
    Malden, MA 02148
    (781) 321-9625

7.  Alan Fisher
    Hillside Machine, Inc.
    1302 Eastern Ave.
    Malden, MA 02148
    (781) 321-9625

8.  James P. Schiavone
    Better Comfort Systems, Inc.
    1310 Eastern Ave.
    Malden, MA 02148
    (781) 321-4099

    9.    William M. Bowen, Jr.
   Colony Lane
   Lancaster, MA 01523
   (478) 534-3635

    10.   John Zanetti
   20 Ericka Circle
   East Longmeadow, MA 01028
   (413) 525-1552

    11.   Robert P. Smith
   65 Glendale Ave.
   Malden, MA 02148

**II. Rule 26(a)(1)(B) A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.**

Viking has documents in the following categories which are being provided to the plaintiffs in response to their request for production of documents:

1. Sales Order with supporting documents

2. Invoice

3. Operators Manual

4. Price List and Specifications

5. Model 3684R Rotary Jet-Spray Washer Operating Manual

6. Wayne Model P265 Gas Burner and other component information

7. Correspondence between Viking and Hillside Machine, Inc.

8. Release provided to Viking by Hillside Machine,

Inc.

III. Rule 26(a)(1)(C) A computation of any category of damages claimed by the disclosing party.

Plaintiff has the burden of proving damages. Viking disputes liability and, to the extent it is necessary and appropriate, also will contest the plaintiffs' damages claims.

IV. Rule 26(a)(1)(D) For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Viking refers plaintiffs to the following insurance policy, which was in effect at the relevant time.

1. First Specialty Insurance Corporation
   Policy No. PGL40056

   Effective Dates: 6/01/2001 - 6/01/2002

>Defendant,
>Viking Corporation
>By its attorneys,
>
>_____
>Robert P. Powers, BBO# 544691
>T. Dos Urbanski, BBO# 652465
>MELICK, PORTER & SHEA, LLP
>28 State Street
>Boston, MA 02109
>(617) 523-6200

Dated: August 26, 2004

CERTIFICATE OF SERVICE

I, T. Dos Urbanski, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

> William J. Doyle, Jr.
> LEAVIS AND REST, P.C.
> 88 Central Street
> Boston, MA 02109

_____
T. Dos Urbanski

Date: _____8/31/04_____