UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EDWARD STEFFEN AND<br>MARSHA STEFFEN,<br><br>Plaintiffs,<br><br>v.<br><br>VIKING CORPORATION,<br><br>Defendant and Third Party Plaintiff<br><br>v.<br><br>HILLSIDE MACHINE, INC.,<br>WILLIAM M. BOWEN, JR. AND<br>ROBERT P. SMITH<br><br>Third Party Defendants | Civil Action<br>No. 04-10592-RBC |

## DEFENDANT, VIKING CORPORATION'S MOTION FOR LEAVE TO FILE A THIRD PARTY COMPLAINT

Now comes the defendant, Viking Corporation ("Viking") and, pursuant to Fed. R. Civ. P. 14, respectfully moves for leave to file a third party complaint. In support of this motion, Viking states that this matter arises out of an accident which occurred on December 2, 2002 in Malden Massachusetts. The plaintiff, Edward Steffen alleges that he was injured in the course of his employment at Hillside Machine, Inc. as a result of a malfunction in a rotary parts washer manufactured by Viking. Mr. Steffen filed a product liability claim against Viking in counts for

negligence and breach of warranty. His wife, Marsha Steffen, asserted a claim of loss of consortium against Viking. Viking has denied the Steffens' claims.

In the course of discovery, Viking's counsel has identified other parties who may be liable for some or all of the damage allegedly suffered by the plaintiffs. In order to pursue claims of indemnification and contribution against these persons and entities, Viking seeks leave to file a third party complaint that asserts claims against thopse additional parties. A copy of the proposed third party complaint is attached.

According to Fed. R. Civ. P. 14, a third party plaintiff "may assert any claim against the third party defendant arising from the same transaction or occurrence that is the subject matter of the plaintiff's claim against the third party plaintiff." Fed. R. Civ. P. 14(a). In general, courts grant leave to amend pleadings freely unless a party is prejudiced thereby. *Broner v. Flynn*, 311 F.Supp. 3d 227, 235 (D. Mass 2004). In this case, no party will be prejudiced by the assertion of the third party claims as discovery is ongoing. Furthermore, permitting the third party claims to go forward will foster judicial economy by allowing all the claims arising from the same transaction and occurrence to be tried together,

Wherefore, the defendant, Viking Corporation, respectfully seeks leave to file a third party complaint in this matter.

DEFENDANT and THIRD PARTY PLAINTIFF,
VIKING CORPORATION
By its attorneys

/s/ T. Dos Urbanski

Robert P. Powers (BBO No. 544691)
T. Dos Urbanski (BBO No. 652465)
MELICK, PORTER & SHEA, L.L.P.
28 State Street
Boston, MA 02109
(617) 523-6200
(617) 523-8130