UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Edward Steffen and Marsha Steffen, Plaintiffs | ) ) ) ) | |
| v. | ) ) ) | C.A. NO.: 04-10592-RBC |
| Viking Corporation, Defendant | ) ) | |

### DEFENDANT, VIKING CORPORATION'S RESPONSE TO PLAINTIFFS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

The Defendant, Viking Corporation (hereinafter "Viking"), makes the following responses to Plaintiff's Request for Production of Documents.

### GENERAL OBJECTIONS

Viking objects to these requests to the extent that they seek documents which contain information which is irrelevant to the issues raised by this action, not reasonably calculated to lead to the discovery of admissible evidence and/or beyond the scope of discovery permitted under Federal Rule of Civil Procedure 26(b).

Viking further objects to these requests to the extent that they are vague, ambiguous, overbroad, unduly burdensome and not limited in time and scope to the series of transactions that form the basis of the current action. Viking also objects to these requests to the extent that they seek documents which contain information protected by the attorney-client privilege, the attorney work product doctrine or any other applicable privilege. To the extent that any privileged or protected documents or information is disclosed in these responses, the disclosure of those documents or that information is inadvertent and is not a waiver of that privilege or protection.

Viking objects to these requests to the extent that they request documents not within its care, custody or control. Viking

further objects to these requests to the extent that they seek documents provided to Viking's attorneys in the course of the plaintiffs' initial disclosures. Viking further objects to these requests to the extent that the requests seek to impose obligations on the defendant beyond those prescribed by the Federal Rules of Civil Procedure and/or the Local Rules adopted by this Court.

Viking does not concede that any of the documents or information disclosed through these responses will be admissible evidence in a trial of this matter. Viking Corporation does not waive any objections, on any grounds, whether or not asserted herein, to the use of any of the documents or information in documents disclosed in these responses at trial. Furthermore, Viking Corporation reserves the right, at any time, to assert further objections to these requests.

Viking Corporation's general objections are explicitly incorporated into each of the responses provided herein.

## SPECIFIC RESPONSES

REQUEST NO. 1

Copy of any deposition transcript of an employee or former employee of the defendant, Viking Corporation taken in the civil matters entitled <u>Londel Anderson v. Viking Corporation, et al</u>, State of Georgia, Dougherty County C.A. No. 02SCV0681; <u>Londell Anderson v. Viking Corporation, et al</u>, State of Georgia, Fulton County 02VS041389-F; <u>David Gillian v. Viking Corporation, et al</u>, State of Georgia, Fulton County, C.A. No. 03VS 043586 including transcripts of the following depositions scheduled for June 25, 2003.

a. 30(b)(6) of Viking Corporation
b. Deron Lock
c. Martin Freund
d. Larry Pope
e. Martin Montoya
f. Mr. Lauer
g. Mr. B. Bailey

RESPONSE NO. 1

    Viking Corporation does not have any of the materials designated in this Request. It has provided the plaintiff with sufficient information to obtain this material, if it exists, from the court and attorneys involved in the particular civil actions mentioned in the Request.

REQUEST NO. 2

Copy of any deposition transcript of Gus Enegren.

RESPONSE NO. 2

    Viking Corporation does not have a transcript of a deposition of Gus Enegren.

REQUEST NO. 3

Copy of any depositions transcript of Janet Garnet.

RESPONSE NO. 3

    Viking Corporation does not have a transcript of a deposition of Janet Garnet.

                                      The Defendant,
                                      Viking Corporation,
                                      By its attorneys,

                                      /s/ Robert P. Powers
                                      Robert P. Powers, BBO #544691
                                      T. Dos Urbanski, BBO #652465
                                      MELICK, PORTER & SHEA, LLP.
                                      28 State Street
                                      Boston, MA 02109
                                      (617) 523-6200
                                      (617) 523-8130 (facsimile)

CERTIFICATE OF SERVICE

I, T. Dos Urbanski, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

> William J. Doyle, Jr., Esquire
> LEAVIS and REST, P.C.
> 83 Central Street
> Boston, MA 02109

_____
T. Dos Urbanski

Date: 12/8/04