UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * *
                               *
EDWARD STEFFEN AND             *
MARSHA STEFFEN                 *
        Plaintiffs,            *
                               *
v.                             *
                               *   CIVIL ACTION NO. 04-10592RBC
VIKING CORPORATION,            *
                               *
        Defendant.             *
                               *
* * * * * * * * * * * * * * * *
```

### STATEMENT OF INTENT TO FILE A THIRD PARTY COMPLAINT

Pursuant to Local Rule 15.1(B) of the United States District Court for the District of Massachusetts, notice is provided that the attached motion for Leave to File a Third Party Complaint will be filed with the Court on January 24, 2005.

                                                      VIKING CORPORATION
                                                      By its attorney

                                                      T. Dos Urbanski BBO#652465
                                                      MELICK, PORTER & SHEA, LLP
                                                      28 State Street
                                                      Boston, MA 02109
                                                      (617) 523-6200

Dated: 1/6/05

CERTIFICATE OF SERVICE

I, T. Dos Urbanski, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

> William J. Doyle, Jr., Esquire
> LEAVIS and REST, P.C.
> 83 Central Street
> Boston, MA 02109
>
> Robert P. Smith
> 31 Stonecrest Drive
> Saugus, MA 01906
>
> William M. Bowen, Jr.
> Colony Drive
> Lancaster, MA 01523
>
> Hillside Machine, Inc.
> 1302 Eastern Avenue
> Malden, MA 02148

_____
T. Dos Urbanski

Date: 1/6/05