UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 JAN 20 P 12:38
U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| EDWARD STEFFEN AND <br> MARSHA STEFFEN <br>     Plaintiffs, <br> <br> vs. <br> <br> VIKING CORPORATION, <br>     Defendant <br>     Third Party Plaintiff <br> vs. <br> <br> HILLSIDE MACHINE., INC. <br> WILLIAM M. BOWEN, JR. AND <br> ROBERT P. SMITH <br> INTERNATIONAL COMPANY, <br>     Third Party Defendants. | CIVIL ACTION NO. 04-10592RBC |

### NOTICE OF APPEARANCE

Kindly enter our appearance on behalf of the third-party defendant, Hillside Machine, Inc. in the above-entitled matter.

Respectfully submitted,

HILLSIDE MACHINE, INC.

By its Attorney.

_____
Christopher J. Sullivan, BBO# 548137
Kevin J. Fleming, BBO#637419
DAVIS, WHITE & SULLIVAN, PC
One Longfellow Place, Suite 3609
Boston, MA 02114
(617) 720-4060

## CERTIFICATE OF SERVICE

WE, Christopher J. Sullivan and Kevin J. Fleming, counsel for the defendant, Hillside Machine, Inc. do hereby certify I served this 19th day of January, 2005 the within documents on all parties of interest, by mailing copy of same, postage prepaid to:

William J. Doyle, Jr., Esquire
Leavis and Rest, P.C.
83 Central Street
Boston, MA

T. Dos Urbanski
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109

Robert P. Smith
31 Stonecrest Drive
Saugus, MA 01906

William M. Bowen, Jr.
Colony Drive
Lancaster, MA 01523

Christopher J. Sullivan, BBO# 548137
Kevin J. Fleming, BBO#637419