UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No: 04-10592RBC

EDWARD STEFFEN AND MARSHA
STEFFEN
    Plaintiffs,

v.

VIKING CORPORATION,
    Defendants and Third Party
v.

HILLSIDE MACHINE INC., WILLIAM
M. BOWEN, JR. AND ROBERT P.
SMITH

    Third Party Defendants

## NOTICE OF APPEARANCE

To The Clerk Of The Above Named Court:

    Please enter my appearance as attorney for the Third Party Defendant, Hillside Machine Inc. with regard to Counts I and II of the Third Party Complaint should the plaintiff receive authority to file same in the above entitled case.

    Respectfully submitted
    Hillside Machine, Inc.
    by its attorney,

    Thomas J. Delaney
    BBO# 550141
    Law Offices Of Martin B. Schneider, P.C.
    27 Congress Street
    Salem, MA 01970
Dated: February 15, 2005    (978) 745-6200