UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EDWARD STEFFEN and<br>MARSHA STEFFEN,<br>    Plaintiffs,<br><br>v.<br><br>VIKING CORPORATION,<br>    Defendant/Third Party Plaintiff,<br><br>HILLSIDE MACHINE, INC,<br>WILLIAM M. BOWEN, JR., and<br>ROBERT P. SMITH,<br>    Third Party Defendants. | CIVIL ACTION<br>NO. 04-10592-RBC |

**AFFIDAVIT OF ROBERT P. SMITH IN SUPPORT OF
OPPOSITION TO VIKING CORPORATION'S MOTION FOR LEAVE TO FILE
A THIRD PARTY COMPLAINT**

I, Robert P. Smith, being duly sworn, hereby depose and say, as follows:

1. My name is Robert P. Smith. I reside at 31 Stonecrest Drive, Saugus, Massachusetts.

2. I am presently employed full-time as a rehabilitation specialist and inspector for the Malden Redevelopment Authority in Malden, Massachusetts.

3. I do not have any other employment.

4. I have held this position since May, 1996, when I was hired.

5.  Prior to my employment with the Malden Redevelopment Authority, I was self-employed as a licensed plumber.

6.  I have not performed any plumbing work since May, 1996.

7.  In 1992, I was a licensed plumber and was hired to perform plumbing and gasfitting work in connection with the installation of a rotary parts washer by Hillside Machine, Inc.

8.  I performed the plumbing and gasfitting work which was inspected by the City of Malden's plumbing inspector, Joseph Peluso.

9.  Since 1992, I have never performed any service, maintenance, or repair on the rotary parts washer.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 18th
DAY OF FEBRUARY, 2005.

_Robert P. Smith_

2

## CERTIFICATE OF SERVICE

     I, FRANK F. RUSSELL, hereby certify that I served a copy of the foregoing Opposition to Motion to Amend Complaint and Affidavit of Robert P. Smith, by first class mail, postage pre-paid, to the following:

Robert P. Powers, Esq.
T. Dos Urbanski, Esq.
Melick, Porter & Shea
28 State Street
Boston, MA  02109

William J. Doyle, Esq.
Leavis and Rest
83 Central Street
Boston, MA  02109

Christopher J. Sullivan, Esq.
Davis, White & Sullivan
One Longfellow Place, Suite 3609
Boston, MA  02114

Thomas Delaney, Esq.
Goddard, Scuteri & Delaney
27 Congress Street
Salem, MA  01970

William M. Bowen, Jr.
Colony Drive
Lancaster, MA  01523

_/s/ Frank F. Russell_   2/18/05

DATED: Feb 18, 2005