LEAVIS AND REST, P.C.

ATTORNEYS AT LAW

83 CENTRAL STREET

BOSTON, MASSACHUSETTS 02109-3413

PAUL F. LEAVIS
JOHN B. REST
WILLIAM J. DOYLE, JR.
DEBORAH M. SANTELLO

(617) 742-1700

FACSIMILE (617) 482-4446

June 1, 2005

Clerk's Office
Civil Business
United States District Court
One Courthouse Way
Boston, MA  02210

**Attention:  Ms. Gina Affs**

    **Re:**  **Edward Steffen, et al**
    **Vs:**  **Viking Corporation**
        **United States District Court,**
        **Massachusetts C.A. No. 04-10592-WGY**

Dear Sir/Madam:

    On February 22, 2005 the Court entered an Order that the defendant, Viking Corporation file and serve on or before March 11, 2005 a memorandum of law responding to the arguments made by the third party defendant, Hillside Machine, Inc. in its opposition filed on January 24, 2005.  This appears to be the last action taken by the Court in this matter.  It does not appear that the Court has ever ruled on the defendant, Viking Corporation's Motion for Leave to File a Third-Party Complaint.  Three (3) months have passed since the Court's Order of February 22, 2005.

    I write in order to bring this matter to the Court's attention in order that the Court may take whatever action is appropriate.  On behalf of the plaintiffs, Edward Steffen and Marsha Steffen, I am requesting that this Court schedule a status conference in order to address scheduling issues for the purposes of completing discovery.

    Thank you for your attention to this matter.

                                Very truly yours,

                                William J. Doyle, Jr.

WJD/ncb
cc:   Robert P. Powers, Esquire
       T. Dos Urbanski, Esquire
       John J. Todisco, Jr., Esquire
       Thomas J. Delaney, Esquire
       Christopher J. Sullivan, Esquire
       Mr. and Mrs. Edward Steffen