UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD STEFFEN and<br>MARSHA STEFFEN,<br>    Plaintiffs<br><br>vs.<br><br>VIKING CORPORATION,<br>    Defendant/Third Party Plaintiff<br><br>vs.<br><br>HILLSIDE MACHINE, INC.,<br>    Third Party Defendants | CIVIL ACTION NO. 04-10592RBC |

## CERTIFICATE OF SERVICE

I, Kevin J. Fleming, counsel for the Third Party Defendant, Hillside Machine, Inc., do hereby certify that I served the following:

1. Third Party Defendant Hillside Machine, Inc.'s Answer to Viking Corporation's Third Party Complaint; and

2. Proposed Schedule for the Completion of Discovery,

by first class mail, postage pre-paid, to the following:

Robert P. Powers, Esq.
T. Dos Urbanski, Esq.
Melick, Porter & Shea, LLP
28 State Street
Boston, MA  02109

William J. Doyle, Esq.
Leavis and Rest, P.C.
83 Central Street
Boston, MA  02109

Thomas Delaney, Esq.
Goddard, Scuteri & Delaney
27 Congress Street
Salem, MA 01970

                                        For the Third Party Defendant,
                                        Hillside Machine, Inc.
                                        By its attorneys,

                                        Christopher J. Sullivan – BBO # 548137
                                        Kevin J. Fleming – BBO # 637419
                                        Davis, White & Sullivan, LLC
                                        One Longfellow Place, Suite 3609
                                        Boston, MA  02114
                                        (617) 720-4060

Dated: 8/11/05