# United States District Court
# District of Massachusetts

EDWARD STEFFEN,
MARSHA STEFFEN,
    Plaintiff,

v.                                       CIVIL ACTION NO. 04-10592-RBC

VIKING CORPORATION,
    Defendant,

v.

HILLSIDE MACHINE, INC.,
    Third-Party Defendant. .

## SECOND SCHEDULING ORDER - RULE 16(b), FED. R. CIV. P.

COLLINGS, U.S.M.J.

    The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.

    (1)    Automatic disclosures must be COMPLETED *on or before the close of business on Monday, August 29, 2005;* all documents and other materials disclosed as part of automatic disclosures must be produced *on or before the*

*close of business on Friday, September 9, 2005.*

(2) All interrogatories and requests for production of documents must be served *on or before the close of business on Friday, September 23, 2005;* responses, answers and/or objections shall be served *within the time provided by the Federal Rules.*

(3) Any motions to amend the pleadings in any way, including amendments to add parties to this litigation, shall be filed and served *on or before the close of business on Friday, September 23, 2005.*

(4) All other non-expert discovery shall be filed and/or served *on or before the close of business on Tuesday, November 8, 2005* and **COMPLETED** *on or before the close of business on Friday, December 16, 2005.*

(5) Any motions to compel or any other motions dealing with discovery issues must be filed and served *on or before the close of business on Friday, December 30, 2005.*

(6) Counsel shall report for a further conference on *Wednesday, January 18, 2006 at 2:30 P.M.* at Courtroom #23 (7th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts. At the conference, the Court shall hear counsel as to (a) the status of the discovery, (b) any

changes in the parties' plans re: expert discovery as set forth in the Proposed Schedule, Etc. (#36), (c) whether the case should be referred for mediation, and (d) what, if any, dispositive motions are contemplated.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

August 15, 2005.