UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD STEFFEN and MARSHA STEFFEN,<br>    Plaintiffs<br><br>vs.<br><br>VIKING CORPORATION,<br>    Defendant/Third Party Plaintiff<br><br>vs.<br><br>HILLSIDE MACHINE, INC., WILLIAM M. BOWEN, JR., and ROBERT P. SMITH INTERNATIONAL COMPANY<br>    Third Party Defendants | CIVIL ACTION NO. 04-10592RBC |

## HILLSIDE MACHINE INC.'S RULE 26(a)(1) DISCLOSURES

(A)  1.  Paul B. Renzella, Hillside Machine, Inc., 1302 Eastern Avenue, Malden, MA 02148.

The President and owner of Hillside Machine, Inc. ("Hillside") who can testify the relationship between Hillside and Viking Corporation ("Viking").

2.  Frank Gorman, 49 Ryder Avenue, Melrose, MA 02176

Current employee of Hillside who also was an employee at the time of Mr. Steffen's accident.

3.  Alan Fisher, 73 Nichols Street, Wilmington, MA 01887

Current employee of Hillside who also was an employee at the time of Mr. Steffen's accident.

4.  Robert Paulk, 94 Hibbert Street, Arlington, MA 02476

Current employee of Hillside who also was an employee at the time of Mr. Steffen's accident.

5.  Dennis Stevens, New Hampshire

Former employee of Hillside who was an employee at the time of Mr. Steffen's accident.

6.  Gus Enegren, West Palm Beach, Florida

Former President of Viking who can testify the relationship between Hillside and Viking.

7. John Zinetti, AMS Equipment Sales, 192 Millbrook Drive, East Longmeadow, MA 01028

   Broker involved in the sale of the industrial washer manufactured by Viking ("the Washer") to Hillside.

8. Edward Steffen and Marsha Steffen

   The Plaintiffs

9. William F. Bowen, Colony Lane, Lancaster, MA.

   (Electrician who did work at Hillside concerning Viking's industrial washer.)

10. Robert Smith, 65 Glendale Avenue, Malden, MA

    (Plumber who did work at Hillside concerning Viking's industrial washer.)

Hillside reserves the right to supplement this disclosure at the appropriate time.

(B) 1. September 10, 1993 Release executed by Hillside.

2. All documents concerning the industrial washer manufactured by Viking ("the Washer") and provided to Hillside by Viking, including specifications and operator's manual.

3. All correspondence between Viking and Hillside concerning the Washer, including invoices and other sales documents.

4. Documents concerning electrical work done by William F. Bowen at Hillside.

5. Document concerning plumbing work done by Robert Smith at Hillside.

6. Documents from AMS Shop Services regarding the sale of the Washer.

(C) Not Applicable.

(D) Hillside has an insurance policy with Sentry Insurance a copy of which will be provided.

Hillside reserves the right to supplement this disclosure in a timely fashion.

Dated: 8/29/05

For the Third Party Defendant,
Hillside Machine, Inc.
By its attorneys,

Christopher J. Sullivan – BBO # 548137
Kevin J. Fleming – BBO # 637419
Davis, White & Sullivan, LLC
One Longfellow Place, Suite 3609
Boston, MA 02114
(617) 720-4060

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD STEFFEN and<br>MARSHA STEFFEN,<br>　　Plaintiffs<br><br>vs.<br><br>VIKING CORPORATION,<br>　　Defendant/Third Party Plaintiff<br><br>vs.<br><br>HILLSIDE MACHINE, INC., WILLIAM M.<br>BOWEN, JR., and ROBERT P. SMITH<br>INTERNATIONAL COMPANY<br>　　Third Party Defendants | CIVIL ACTION NO. 04-10592RBC |

## CERTIFICATE OF SERVICE

I, Kevin J. Fleming, counsel for the Third Party Defendant, Hillside Machine, Inc., do hereby certify that I served the following:

　　1.　　Hillside Machine Inc.'s Rule 26(a)(1) Disclosures,

by hand, to the following:

Robert P. Powers, Esq.
T. Dos Urbanski, Esq.
Melick, Porter & Shea, LLP
28 State Street
Boston, MA  02109

William J. Doyle, Esq.
Leavis and Rest, P.C.
83 Central Street
Boston, MA  02109

　　　　　　　　　　　　　　　　　　For the Third Party Defendant,
　　　　　　　　　　　　　　　　　　Hillside Machine, Inc.
　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Christopher J. Sullivan – BBO # 548137
　　　　　　　　　　　　　　　　　　Kevin J. Fleming – BBO # 637419
　　　　　　　　　　　　　　　　　　Davis, White & Sullivan, LLC
　　　　　　　　　　　　　　　　　　One Longfellow Place, Suite 3609
　　　　　　　　　　　　　　　　　　Boston, MA  02114
Dated:  8/29/05　　　　　　　　　　(617) 720-4060