UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No: 04-10592RBC

EDWARD STEFFEN AND MARSHA
STEFFEN
    Plaintiffs,

v.

VIKING CORPORATION,
    Defendants and Third Party

v.

HILLSIDE MACHINE INC., WILLIAM
M. BOWEN, JR. AND ROBERT P.
SMITH

    Third Party Defendants

## NOTICE OF WITHDRAWAL OF APPEARANCE

To The Clerk Of The Above Named Court:

    I, Thomas J. Delaney, pursuant to Local Rule 83.5.2 hereby withdraw my appearance on behalf of Hillside Machine Inc. In support thereof,

    1.) This notice is preceded by the Notice of Appearance of other counsel.
    2.) There are no motions pending before the court.
    3.) No trial date has been set.
    4.) No hearings or conferences are scheduled and no reports oral or written are
        due.

5.) My client, Hillside Machine Inc., has been provided with notice of my withdrawal.

                              Respectfully submitted
                              Hillside Machine, Inc.
                              by its attorney,

                              Thomas J. Delaney
                              BBO# 550141
                              Law Offices Of Martin B. Schneider, P.C.
                              27 Congress Street
                              Salem, MA 01970

Dated:November 4, 2005          (978) 745-6200