UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No: 04-10592RBC

EDWARD STEFFEN AND MARSHA
STEFFEN
    Plaintiffs,

v.

VIKING CORPORATION,
    Defendants and Third Party
v.

HILLSIDE MACHINE INC., WILLIAM
M. BOWEN, JR. AND ROBERT P.
SMITH

    Third Party Defendants



## CERTIFICATE OF SERVICE

I, Thomas J. Delaney, Esq., hereby certify that on November 4, 2005, the foregoing Notice of Withdrawal of Appearance has been served on the Plaintiff and co-Defendant by mailing, postage prepaid, to the following counsel of record:

Kevin J. Fleming, Esquire
Davis, White & Sullivan
One Longfellow Place, Suite 3609
Boston, MA 02114

Robert Powers, Esquire
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109

William J. Doyle, Esq.
Leavis and Rest, P.C.
83 Central Street
Boston, MA 02109

_____
Thomas J. Delaney, Esq.