# United States District Court
# District of Massachusetts

EDWARD STEFFEN,
MARSHA STEFFEN,
    Plaintiff,

v.                           CIVIL ACTION NO. 04-10592-RBC

VIKING CORPORATION,
    Defendant,

v.

HILLSIDE MACHINE, INC.,
    Third-Party Defendant. .

## THIRD SCHEDULING ORDER - RULE 16(b), FED. R. CIV. P.

COLLINGS, U.S.M.J.

    The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.

    (1)    The plaintiffs shall serve the report of their medical expert in full compliance with Rule 26(a)(2)(B), Fed. R. Civ. P., *on or before the close of business on Monday, April 24, 2006*

(2)    The defendant and third-party defendant shall identify their experts *on or before the close of business on Monday, April 24, 2006.*

(3)    The defendant and third-party defendant shall serve reports of their experts in full compliance with Rule 26(a)(2)(B), Fed. R. Civ. P., *on or before the close of business on Monday, June 5, 2006.*

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date:  March 8, 2006.