UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD STEFFEN and )<br>MARSHA STEFFEN, )<br>    Plaintiffs )<br>)<br>vs. )<br>)<br>VIKING CORPORATION, )<br>    Defendant/Third Party Plaintiff )<br>)<br>vs. )<br>)<br>HILLSIDE MACHINE, INC., )<br>    Third Party Defendant )<br>) | CIVIL ACTION NO. 04-10592RBC |

## THIRD PARTY DEFENDANT, HILLSIDE MACHINE, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, Hillside Machine, Inc. ("Hillside") moves this Court to enter summary judgment in its favor and to dismiss with prejudice the Third Party Complaint filed by Viking Corporation ("Viking") in the above captioned action. The Third Party Complaint seeks implied contractual indemnification of Viking by Hillside. Hillside maintains that it is entitled to summary judgment as a matter of law because there are insufficient factual and legal bases for a claim of implied contractual indemnification. In support of this Motion, Hillside relies upon its Memorandum, which is submitted herewith.

WHEREFORE, Hillside Machine, Inc. respectfully requests that this Court enter summary judgment in its favor on the claims asserted by the Third Party Complaint of Viking Corporation.

        Respectfully submitted,
        Hillside Machine, Inc.
        By its attorneys,


        /s/ Kevin J. Fleming_____
        Christopher J. Sullivan – BBO # 548137
        Kevin J. Fleming – BBO # 637419
        Davis, White & Sullivan, LLC
        One Longfellow Place, Suite 3609
        Boston, MA  02114
        (617) 720-4060
        kfleming@daviswhite.com

Dated:   \_\_\_May 3, 2006\_\_\_\_

## CERTIFICATE OF SERVICE

    I, Kevin J. Fleming, Esquire hereby certify that on this day I served a copy of the foregoing document by the ECF email system to counsel of record:

Robert P. Powers, Esq.
T. Dos Urbanski, Esq.
Melick, Porter & Shea, LLP
28 State Street
Boston, MA  02109

William J. Doyle, Esq.
Leavis and Rest, P.C.
83 Central Street
Boston, MA  02109

                                                    __/s/ Kevin J. Fleming_____
                                                    Kevin J. Fleming – BBO # 637419
                                                    Davis, White & Sullivan, LLC
                                                    One Longfellow Place, Suite 3609
                                                    Boston, MA  02114
                                                    (617) 720-4060
                                                    kfleming@daviswhite.com

Dated:   ___May 3, 2006_____