UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD STEFFEN and<br>MARSHA STEFFEN,<br>    Plaintiffs<br><br>vs.<br><br>VIKING CORPORATION,<br>    Defendant/Third Party Plaintiff<br><br>vs.<br><br>HILLSIDE MACHINE, INC.,<br>    Third Party Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO. 04-10592RBC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with Court and are available in paper form only:

Exhibits to Memorandum in Support of Motion for Summary Judgment

Exhibits to Affidavit of Paul B. Renzella

The original documents are maintained in the case file in the Clerk's Office.

    Respectfully submitted,
    Hillside Machine, Inc.
    By its attorneys,


    /s/ Kevin J. Fleming
    Christopher J. Sullivan – BBO # 548137
    Kevin J. Fleming – BBO # 637419
    Davis, White & Sullivan, LLC
    One Longfellow Place, Suite 3609
    Boston, MA  02114
    (617) 720-4060
    kfleming@daviswhite.com

Dated:   May 3, 2006

**CERTIFICATE OF SERVICE**

     I, Kevin J. Fleming, Esquire hereby certify that on this day I served a copy of the foregoing document by the ECF email system to counsel of record:

Robert P. Powers, Esq.
T. Dos Urbanski, Esq.
Melick, Porter & Shea, LLP
28 State Street
Boston, MA  02109

William J. Doyle, Esq.
Leavis and Rest, P.C.
83 Central Street
Boston, MA  02109

                                                     /s/ Kevin J. Fleming
                                               Kevin J. Fleming – BBO # 637419
                                               Davis, White & Sullivan, LLC
                                               One Longfellow Place, Suite 3609
                                               Boston, MA  02114
                                               (617) 720-4060
                                               kfleming@daviswhite.com

Dated:  May 3, 2006