

**Viking Corp**
**PO Box 12251**
**Wichita KS. 67277**

**SALES ORDER**  07846
SHOW THIS NUMBER ON INVOICE, PACKING LIST, LABELS

SOLD TO: Hillside Automotive machine
1302- Eastern Ave.
Malden ma 02148

CUSTOMER ORDER NO:
SHIP TO:
DATE: May 11 1992

SHIP VIA: Freight collect

| Quantity | Stock No. | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | 36 x 72" Jet Blaster w/ Gas fired option Std. Equipment Rollout Turn table, Safety Switch on Door, 0-30 minute timer, load indicating Ampmeter, 7 Day timer, Thermostat, Float with double water level safety switch, Particle screen, Sludge Trap with evaporator & sludge containers | $ | 12303 00 |
| 1 | | 15 H.P. upgrade | $ | 200 00 |
| 1 | | additional manifold at 48 height with shut of valves | $ | 300 00 |
| 1 | | On-Off Indicator Lights | | 50 00 |
| | | | $ | 12853 00 |
| | | (10% deposit) #1280 | | -1285.30 |
| | | | | 11,567.20 |
| | | | | 642.65 |
| | | Note: Price also Includes Stainless Steel Nozzles and Large Basket and Parts tree | | 10,925.05 |
| | | Terms 10% Down 5% Discount for CIA $642.65, when machine is complete 3% from salesman 2% from Viking machine must be shipped in 6 weeks | | |

# EXHIBIT 2

JUN-01-1992 09:40 FROM VIKING CORP. WICHITA, KS TO    16173971394    P.01

June 1, 1992



**FACSIMILE TRANSMISSION**

Pages sent total:   1

From:    Gus Enegren

Attn:    Paul Rinzella
         Hillside Automotive Machine
         Telefacsimile 617-397-1394

Dimensions for the jet washer ordered last week are as follows:

113 inches high without steam vent.
76 inches wide with the control panel. Add approx 18 inches for control panel.
93 inch depth including front mounted drip tray.

Water capacity 243 gallons.

(800) 836-1096



8-26-92



# INVOICE

29783

| INVOICE DATE | SALESMAN |
|---|---|
| 8-4-92 | Gus |

SHIP TO

TO: HILLSIDE AUTOMOTIVE MACHINE
1302 EASTERN AVENUE
MALDEN, MA  02148
617-321-9625

F.O.B. POINT: Wichita, KS
TERMS: 5% CIA

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | 36" x 72" Jet Washer w/ Gas Heat | | $12,853.00 |
| | 220 v/ 3 ph 15 HP | | |
| | Less 5% Discount CIA | | $642.65 |
| | Total Amount | | $12,210.35 |
| | 10% Down | | $1,285.30 |
| | Total Amount Due w/Discount | | $10,925.05 |
| | 8-31-92 RECEIVED CHECK #11632 IN THE AMOUNT OF $10,925.05 | | |
| | Received Check #11290 for the amount of $1,285.30 | | |

1-800-835-1006