



# INVOICE
### 0055

| INVOICE DATE | SALESMAN |
|---|---|
| September 17, 1992 | GUS |

SHIP TO

TO  HILLSIDE AUTOMOTIVE MACHINE

1302 EASTERN AVENUE

MALDEN, MA   02148

617-321-9625

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | FREIGHT ON SHIPMENT OF JET WASHER | | $951.64 |
| | CRATING OF WASHER | | 300.00 |
| | TOTAL | | $1,251.64 |

O.K.

*Paul Regilla*

# 1-800-835-1006



EXHIBIT 5

## Viking Problem

9/22/92 Disconnected our Mach. to get Ready to Move.
Took home. Poor opening manual, read, noticed it said.
Do not run. Couldn't I already disc. w Gus. he acknowledged.
Called Viking 9/23/92 A.M. Nobody could help. but Gus.
but was out of town till Friday. 9/25/92 Spoke to Howard - but did
not know for sure how to work for Gus. left message with sec. said calls
in periodically. Also for answer or call back. never got either.
I call him Friday. 11:00 he noted like. Ideas to him about 97C.
said was OK for Mach. but not, liability wise.

~~Got MA~~

Tues. 9/29/92. Got Mach running. List of problem calls, etc. Spoke
to Gus. said I had to speak to Howard who was out of town till
Wed. tomorrow. Asks Gus question. any way. Answer to B bass whatever
turns you on.

Wed. 9/30/92 Called for Howard. Helped out over phone. as best he can.
Sent me some parts out. to fix

Thurs. - I was out all day.

Frid. 10/2/92. Gas Co came down. Shutdown. was out
All day. Mr Den, Jim, Ein, Steve stir out. Got fix 4:30 call Gas Co. at 5:30 but no
can brew. Left mess. on Mach, for insp.

(Over)



*John J. Todisco, Jr.*
*Attorney at Law*

398 PLEASANT STREET
P.O. BOX 9107
MALDEN, MASSACHUSETTS 02148

617-324-7750   617-324-4711
FAX 617-322-4712

October 14, 1992

Viking Corporation
P.O. Box 12251
Wichita, KS  67277

RE:  Hillside Automotive Machine, Inc.
     1302 Eastern Avenue
     Malden, MA

Dear Sir(s):

Please be advised that the undersigned represents Hillside Automotive Machine, Inc.  On or about August 31, 1992, Hillside purchased a "Waterblaster" jet spray degreaser (the "unit").  Upon receipt of the unit, Hillside installed it and prepared it for operation.  In doing so, it was required that the plumbing inspector for the City of Malden and a representative of Boston Gas Company be present to inspect the unit.  Upon inspecting the unit, it was discovered that the gas fire burner was not approved by either American Gas Association (AGA) standards or by Underwriter Laboratories (U/L) standards.  The laws and regulations of The Commonwealth of Massachusetts require that any gas fire burner be AGA or U/L approved.

Hillside received conditional approval to use said unit for thirty (30) days, after which if proof of AGA and U/L approval is not received, the unit can no longer be used.

You and your sales representatives in Massachusetts knew or should have known that in order for said unit to be sold in Massachusetts with a gas fire burner, it should be AGA and U/L approved.

Further, in order that said unit could be used for thirty days, Hillside had to correct the pipes in the manifold, purchase and install parts for low water shutdown, and purchase and install a water temperature gauge.  Also, it will be necessary to install a friction brake for the door of the unit.  Hillside is in the process of documenting the time and expense and expects to be reimbursed by Viking Corporation.

It is most critical, however, that Viking immediately provide proof of AGA and U/L approval or Hillside will not be allowed to operate said unit rendering it useless.

*John J. Todisco, Jr.*
*Attorney at Law*

**398 PLEASANT STREET**
**P.O. BOX 9107**
**MALDEN, MASSACHUSETTS 02148**

617-324-7750   617-324-4711
FAX 617-322-4712

Viking Corporation
Page 2
October 14, 1992

    On behalf of Hillside, notice is given to you that unless Viking acts on or before November 1 to obtain the necessary approval of said gas unit, Hillside will revoke acceptance of said unit in accordance with the UCC and demand a refund of the purchase price and further damages occasioned by said revocation.

Very truly yours,

JOHN J. TODISCO, JR.

JJT/ajf