



October 19, 1992

Paul Rinzella
Hillside Automotive Machine
1302 Eastern Avenue
Malden, MA 02148

Dear Mr. Rinzella:

    I wanted to drop a brief note to say thank you for favoring us with your recent machine order. We certainly appreciated the opportunity to work for you.

    We will do everything possible to earn your continued business. If you should have a problem with the machine or need spare parts, please call immediately. Frequently, our parts inventory can even supply parts for similar equipment from other manufacturers. Your success and satisfaction are our paramount concern. Let us know how we can help you!

    Do you have any other equipment needs we may be able to fill? Do you know anyone else whom we might be able to help with new equipment?

Sincerely,

VIKING CORPORATION

Gus Enegren
President

SGE\af

cc: file

P.O. BOX 12251 • WICHITA, KS 67277 • (800) 835-1096 • (316) 945-3485 • FAX: (316) 945-0553

# EXHIBIT 8




**shop services**

AMS EQUIPMENT SALES
192 MILLBROOK DR.
EAST LONGMEADOW, MA 01028
(413) 525-8292

November 17, 1992

The Commonwealth of Massachusetts
Division of Registration
Room 1511, 100 Cambridge St.
Boston, MA 02202

Subject: Application for Product Approval

RE: Viking Corporation
P.O. Box 12251
Wichita, KS 67277 - Model 36 x 72 Waterblaster

Dear Sir:

Enclosed you will find application for product approval along with supporting information. Also, please be advised that a copy of this information has been forwarded to the Executive Secretary and all the Board Members.

Sincerely,

John S. Zanetti

JSZ/jz
Enclosure



## FAVALORO & SCHREIBER
ATTORNEYS AT LAW

PARK PLACE EAST
348 PARK STREET, SUITE 108
NORTH READING, MA 01864

ESSEX COUNTY OFFICE

MIDDLETON GREEN
ONE CENTRAL STREET, SUITE 201
MIDDLETON, MA 01949

TELEPHONES: (508) 664-1000
(508) 777-1075
(617) 944-2729
FACSIMILE: (508) 664-0820

REPLY TO NORTH READING OFFICE

FILE # 93-488

August 13, 1993

Gus Enegren, President
Viking Corporation
PO Box 12251
Wichita, KS  67277

    RE:  Release - Paul Renzella

Dear Mr. Enegren:

    I am enclosing for your review a proposed release form relative to the above-referenced matter.  If same appears in order, my client is prepared to deliver an executed copy to you, provided that a check in the amount of $12,210.35 is received by him on or before September 1, 1993.

    Please contact Paul Renzella or me should you have any questions relative to the enclosed.

Very truly yours,

FAVALORO & SCHREIBER

By _____
MARK J. FAVALORO

MJF:lmo

Enclosure

cc:  Paul Renzella

# RELEASE

For consideration received in the sum of $12,210.35*, I, Paul B. Renzella, d/b/a Hillside Automotive Machine, of 1302 Eastern Avenue, Malden, Massachusetts, hereby release Viking Corporation of 6501 W. Irving, Wichita, Kansas, from any and all claims, including warranty claims, arising out of the purchase of a 36" x 72" Jet Washer with gas heat, 220 v/3ph 15HP, purchased by me from the said Viking Corporation on or about August 4, 1992.

Executed as a sealed instrument this ___ day of August, 1993.

_____
Paul B. Renzella
d/b/a Hillside Automotive Machine

\* 6,105.18





9-7-93

Mr. Paul Renzella
Hillside Automotive Machine
1302 Eastern Avenue
Malden, MA   02148

Dear Mr. Renzella:

Please find enclosed herein our check#9014 in the requested amount of $12,210.35.

Please send us your signed release form by return mail.

Sincerely,

*Diana Hutchison*

VIKING CORPORATION
Diana Hutchison
Office Manager

P.O. BOX 12251  •  WICHITA, KS 67277  •  (800) 835-1096  •  (316) 945-3485  •  FAX: (316) 945-0553



# Hillside Automotive Machine, Inc.
1302 Eastern Ave.
Malden, MA 02148
Tel (617) 321-9625
Fax (617) 397-1394

September 10, 1993

### RELEASE

For consideration received in the sum of $12,210.35, I, Paul B. Renzella, Hillside Automotive Machine, Inc., of 1302 Eastern Avenue, Malden, Massachusetts, hereby release Viking Corporation of 6501 W. Irving, Wichita, Kansas, from any and all claims, including warranty claims, arising out of the purchase of a 36" x 72" Jet Washer with gas heat, 220 v/3ph 15HP, purchased by me from the said Viking Corporation on or about August 4, 1992.

Executed as a sealed instrument this tenth day of September, 1993.

*Paul B. Renzella*
Paul B. Renzella
Hillside Automotive Machine, Inc.