# EXHIBIT B

VOL. I
PAGES 1-105
EXHIBITS 1-19

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10592-RBC

EDWARD STEFFEN AND MARSHA STEFFEN,
    Plaintiffs

vs.

VIKING CORPORATION
    Defendant

DEPOSITION OF PAUL B. RENZELLA, taken on behalf of the plaintiff, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Irma Widomski, a Registered Merit Reporter, and Certified Shorthand Reporter, No. 131593 in and for the Commonwealth of Massachusetts, at the offices of Leavis and Rest, P.C., 83 Central Street, Boston, Massachusetts, on Wednesday, September 15, 2004, commencing at 10:00 a.m.

BEACON HILL COURT REPORTING, INC.
44 Bayswater Street
Boston, Massachusetts 02128
(617) 569-8050

---

PRESENT:

LEAVIS AND REST, P.C.
    (by William J. Doyle, Esquire)
    83 Central Street
    Boston, Massachusetts 02109
    For the plaintiff

MELICK, PORTER & SHEA, LLP
    (by T. Dos Urbanski, Esquire)
    28 State Street
    Boston, Massachusetts 02109^
    For Viking Corporation

Law Offices of John J. Todisco, Jr.
    (by John J. Todisco, Jr. Esquire)
    110 Florence Street, Suite 202
    Malden, Massachusetts 02148
    For the witness and Hillside Automotive Machine

---

INDEX

WITNESS:            DIRECT  CROSS  REDIRECT  RECROSS
Paul B. Renzella
BY Mr. Doyle    5
BY Mr. Urbanski    71

EXHIBITS

| NO. | PAGE | DESCRIPTION |
|---|---|---|
| 1 | 5 | Notice of deposition |
| 2 | 18 | Sales order |
| 3 | 22 | The Only Washing Equipment document |
| 4 | 22 | Operators Manual |
| 5 | 26 | Invoice 29783 |
| 6 | 30 | Invoice 29783 8/4/92 |
| 7A | 31 | Invoice 0055 -9/17/92 |
| 7B | 31 | National Carrier Shipping label |
| 8 | 41 | Handwritten notes |
| 9 | 42 | Letter 10/19/92 from Gus Enegren |
| 10 | 43 | Letter 10/14/92 Todisco to Viking |
| 11 | 44 | Letter 11/17/92, Zanetti to Commonwealth of Massachusetts |
| 12 | 44 | Bowen statements |
| 13 | 53 | Letter 8/13/92, Favaloro to Enegren |
| 14 | 53 | Letter 9/7/93 Viking to Renzella |
| 15A-C | 54 | Invoices of Viking |
| 16 | 56 | Gusher Pump Invoice |
| 17 | 56 | Grainger Invoice |
| 18 | 58 | Zep documents |
| 19 | 58 | Material Safety Data Sheets, Zep |

**Page 37**

1  1992?
2  A. As best as I can remember, looking for a date
3     1992.
4  Q. Up to that point in time, the initial delivery,
5     the initial setup, the high limit switch, all
6     that work, had you had any contact with anybody
7     at Viking Corp.?
8  A. Well, there was -- after I got it running or in
9     between that?
10 Q. Well, up until the point in time where it's now
11    one week after its been delivered, the
12    electrical work has been done, the gas work has
13    been done, have you had any contact with Viking
14    Corp.?
15 A. I believe I've talked back and forth about
16    different things about the machine.
17            I remember one thing. There was one
18    tag on the machine not to use caustic. I went
19    over that with him. That's a solution before I
20    bought the machine that I was going to use
21    caustic. I talked to Gus who I think was the
22    president or the owner. Before I even put the
23    machine in the building, I seen that. He said,
24    Oh, that's just the thing they have to do

**Page 38**

1  because caustic, caustic was at the time one of
2  the stronger chemicals to use. And they were
3  concerned about the people getting, you know,
4  splashed in their face whatever. They said not
5  to use caustic in the machine, he said, but the
6  machine was fine. I saw a note in here about
7  that, a letter that I wrote him.
8  Q. Now is it caustic, is that just a trade name?
9  A. No. That was the solution. I believe it's the
10    mixture of a solution. It's a stronger solution
11    than like a soapy solution.
12 Q. Now these conversations that you had with Gus,
13    what is Gus Enegren? Let me show the letter
14    that has the name Gus on it. Is that the
15    gentleman you had the conversations with?
16 A. There was only one Gus there. I don't remember
17    his last name but that obviously must be it.
18 Q. The gentleman you were talking with, the Gus you
19    were talking with was the president?
20 A. Yes.
21 Q. Did you initially contact Gus or did he call
22    you?
23 A. About when we started, when I had questions?
24 Q. The first contact with Gus.

**Page 39**

1  A. He must have called me while the machine was
2     being built. He might have asked me a question.
3     I don't remember who called who first.
4  Q. What's your memory of your initial contacts back
5     and forth with Gus at Viking Corp.?
6  A. We might have talked. He might have called me
7     about a question about the machine when it was
8     being built, you know, I don't remember, but I
9     know I called him once we got the machine.
10 Q. When the machine arrived and you saw the tag on
11    it about the caustic solution, did you contact
12    Gus?
13 A. Yes.
14 Q. Did you talk with Gus?
15 A. Yes.
16            Excuse me. I have a note, I just
17    happened to see in here. I called him. I don't
18    know if he was out of town. If you want, I'll
19    look through here to find it.
20 Q. That would be great.
21            (Discussion off the record.)
22 A. Right here.
23 Q. Why don't we go on the record?
24            Sir, before you start, I handed you a

**Page 40**

1  collection of documents, correct?
2  A. Yes.
3  Q. And they're handwritten notes?
4  A. Yes.
5  Q. Are the notes in your handwriting?
6  A. Yes.
7  Q. Sometime after you initially received the jet
8     washer, did you start to take handwritten notes
9     to document issues and concerns and
10    conversations regarding the Viking Corp. jet
11    washer?
12 A. Yes.
13 Q. And are those the handwritten notes that you
14    took at the time?
15 A. Yes.
16 Q. And what was the reason you were taking these
17    handwritten notes?
18 A. A couple, well, because so I wouldn't forget
19    what was going on. Like if I called there and I
20    couldn't get them. This is something I do all
21    the time. So, if I have to refer to it for some
22    reason.
23 Q. The first date, is it, I think, late September
24    of 1992?