## Page 53

1   foreman when I had problems with the machine and
2   Gus wasn't there, I remember dealing with him.
3   Q.  Did you deal with anyone or have any
4       conversations with anyone about the $12,000 in
5       getting the money back?
6   A.  No. Just Gus, I would imagine.
7   Q.  Did Gus say why he was giving you the $12,000
8       back?
9   A.  I think that was, that would probably be his
10      easiest way out. I think he got off easy for
11      what we have been through. Otherwise, he would
12      have to come down and take it out of there. We
13      would be out of business because we wouldn't
14      have anything else to clean parts with.
15          MR. DOYLE: Why don't we mark that
16      three pages that included the signed release
17      form as the next exhibit, Exhibit 13?
18          I'll mark as Exhibit 14 this letter
19      which I believe is the letter that included the
20      check to you for some $12,000.
21  A.  It looks like it.
22      (Exhibits 13-14 marked for identification.)
23  Q.  When Viking Corp. would send you replacement
24      gaskets or send parts to you, would there also

## Page 54

1   be paperwork in there to document what they were
2   sending to you?
3   A.  Just whatever receipts I have there.
4   Q.  Let me show you three invoices, one dated March
5       12, '93, one dated March 30, '93, and one dated,
6       I believe, September 13, '93, and ask if these
7       are copies of invoices that were included with
8       parts that Viking Corporation sent you at no
9       charge to deal with problems that you were
10      having with the machine?
11  A.  Yes?
12          MR. DOYLE: Why don't we mark them as
13      15 A, B, C.
14      (Exhibit 15 A-C marked for identification.)
15  Q.  You mentioned when you were having problems
16      during the first year or so when you were taking
17      care of them, a company by the name of Grainger,
18      correct?
19  A.  Yes.
20  Q.  Are they a business over in Chelsea on William
21      Street where you bought a motor for the machine?
22  A.  Yes.
23  Q.  Did you also deal with a Gusher Pump, pump
24      company in order to buy parts for the machine

## Page 55

1   when you were having problems with it?
2   A.  Yes. I believe that Gusher wasn't one that I
3       was having problem. We never had a problem t'
4       I remember with the pump. That was probably the
5       only part of the machine.
6   Q.  Let me just show you a piece of paper, it's got
7       a date of March 21, 1994, it's a form that says
8       Gusher Pumps. There's a mention of external
9       fan?
10  A.  Yes.
11  Q.  Is that a document or receipt for an external
12      fan that you bought for the Viking washer?
13  A.  Yes. For the electric motor for the pump.
14  Q.  What problem were you having back sometime
15      around March of '94 with the Viking washer that
16      caused you to buy an external fan?
17  A.  There's just a fan that cools the motor. It
18      just, I think the blade came off. Normal, it
19      wasn't a big deal.
20  Q.  Normal wear and tear?
21  A.  Yes. Well, yes. It had a problem so I replaced
22      it. It was only a small fan.
23  Q.  And this invoice from Grainger dated August 19,
24      '93, was this for replacing a motor on the

## Page 56

1   Viking washer?
2   A.  Yes.
3   Q.  That broke down, approximately, 11 months after
4       you bought the machine?
5   A.  Yes. We replaced quite a few of these.
6   Q.  So this isn't the only time that you had to
7       replace this motor?
8   A.  No.
9           MR. DOYLE: Why don't we mark Gusher
10      Pump as Exhibit 16 and Grainger receipt as 17?
11      (Exhibits 16-17 marked for identification.)
12  Q.  I asked you some questions earlier about
13      caustic. Did you use the caustic solution when
14      you were operating the machine?
15  A.  At the beginning, yes.
16  Q.  At some point in time, did you switch to another
17      degreasing solution?
18  A.  Yes.
19  Q.  Do you remember how long you used caustic before
20      you switched to something else?
21  A.  Maybe five years, just a guess.
22  Q.  After approximately five years, why did you
23      switch away from caustic and start using
24      something else?

57

1  A.  Because we got a new cleaning system that did
2      the majority of the cleaning, that did the
3      majority of the heavy cleaning.
4  Q.  What did you switch to after approximately five
5      years?
6  A.  Zep soapy solution. Just hot, soapy water.
7  Q.  Let me show you this document that's about a
8      half a dozen pages or so. It has Zep on the top
9      of the first page; and is this the product that
10     you switched to roughly five years after you
11     bought the Viking washing machine?
12 A.  Well, Zep is a manufacturer of cleaning fluids.
13     I think we used to buy the caustic from Zep
14     also. So we have used Zep for years.
15         So Zep is a manufacturer, they
16     manufacture different chemicals. This doesn't
17     seem to be about any one particular chemical.
18     Just about how to maintain the chemicals and
19     different testing procedures.
20 Q.  Do you know which Zep product you switched to
21     after about five years?
22 A.  Off the top of my head, I don't. I don't know
23     if I even have it in here.
24         MR. DOYLE: Why don't we mark that

58

1      package of materials from Zep as the next
2      exhibit.
3         (Exhibit 18 marked for identification.)
4  Q.  When you bought the cleaning solutions from Zep,
5      would they provide Material Safety Data Sheet,
6      and that's the sheets with the products?
7  A.  Yes.
8  Q.  Let me show you this multiple page document
9      that's apparently from Zep. It's entitled
10     Material Safety Data Sheet materials. Is that
11     the Materials Safety Data Sheets for the
12     cleaning solutions that was used in the Viking
13     Corp. jet washer starting about five years after
14     you bought the machine?
15 A.  Yes, I believe. 287, I think that's the number
16     off the top of my head.
17 Q.  Did you use the same solution once you switched
18     to it sometime in the late '90s right up to the
19     present time?
20 A.  Yes.
21         MR. DOYLE: Why don't we mark that as
22     19?
23         (Exhibit 19 marked for identification.)
24 Q.  Once the Viking jet washer was installed

59

1      sometime September, October of 1992, who would
2      be responsible for operating the machine,
3      maintaining the machine, cleaning the machine?
4  A.  Ed Steffen would have taken care of that.
5  Q.  Is it fair to say somebody at Hillside
6      Automotive?
7  A.  Yes.
8  Q.  Would be responsible for operating, maintaining?
9  A.  Yes.
10 Q.  Cleaning the machine?
11 A.  Yes.
12 Q.  Would you bring anyone in from the outside to do
13     ordinary maintenance work on the machine, to
14     clean it, to maintain it?
15 A.  No.
16 Q.  Did anyone from Viking Corp. ever come to
17     Hillside Automotive to inspect the machine to
18     see how things were running or not running after
19     the machine was originally delivered?
20 A.  No.
21 Q.  Was Mr. Zanetti the only person that would come
22     back on occasion?
23 A.  Yes.
24 Q.  Would he come back when you had initial problems

60

1      with it during that first year or would you talk
2      with him on the phone?
3  A.  I would talk with him on the phone. He might
4      have come back a couple of times but he's not
5      really -- he wouldn't do any hands-on work but
6      just to support to try to give us some
7      information, if we were having a problem.
8  Q.  Did Edward Steffen have an accident at Hillside
9      Automotive in December of 2002?
10 A.  Yes.
11 Q.  Were you there the day that he had his accident?
12 A.  Yes.
13 Q.  Did it start out like any other day?
14 A.  Yes.
15 Q.  Were you working in the machine shop that day?
16 A.  Yes.
17 Q.  In relation to the jet washer, the Viking Corp.
18     jet washer, where is the machine shop?
19 A.  All around it, it's all around it. I mean, the
20     Viking is in the back but right in front of it,
21     and on the side of it is the shop.
22 Q.  Did the workers take a morning coffee break
23     around the same time every day?
24 A.  Yes.

61

1 Q. Do you join them for a coffee break?
2 A. Yes.
3 Q. Did the accident happen right after the morning
4    coffee break?
5 A. Yes, I think so.
6 Q. And what's your memory of what took place that
7    day starting with the coffee break?
8 A. We had coffee, everybody sitting there having
9    coffee, and everybody went back to work and we
10   were working, I would say it was right after
11   coffee, maybe a little while, maybe a half an
12   hour best of my memory, and I was working out
13   front.
14         Ed was working with the Viking. The
15   guys were in the head shop. There were guys
16   around. I was working out front. All of
17   sudden, I heard like a boom and the front door
18   actually blew open. Like an explosion almost.
19         We heard Ed yelling so I ran back and
20   his shirt was on fire. He was on fire. I
21   grabbed the fire extinguisher, thinking that
22   there's some way to put them out, that is all
23   you can think of. One of the fellows in the
24   head shop did the same thing.

62

1         Then we called, somebody called an
2    ambulance, the fire department, and they came
3    down. There was fire right near the Viking,
4    like there was some cardboard boxes up on the
5    shelf that caught on fire. I went over and I
6    just closed that door. The door was blew open
7    where the fire was. I went outside and I shut
8    the gas off. I didn't know what it was. I knew
9    that was gas fire so I shut the gas off.
10        The fire department came. The
11   ambulance came and took care of Ed. The fire
12   department came in. They were spraying hoses
13   everywhere. The fire department came over.
14   They were looking at the machine. They were
15   looking up the flute, the flute was clear. That
16   was about it. It was a lot of confusion, of
17   course. They rushed Ed to the hospital. My
18   wife went with -- I think we called Ed's wife.
19   She came up or she met Ed's wife there. My wife
20   went, I think my wife went in the ambulance with
21   Ed. I'm not sure, I don't remember that.
22        And the fire department said not to
23   run the machine till I got it inspected or make
24   sure everything was working properly. We

63

1    cleaned up.
2 Q. Now you mentioned a door and closing a door,
3    what door are you talking about?
4 A. The door of the oven where the fire occurred or
5    wherever it was, the explosion.
6 Q. Was there any fire inside the oven chamber or
7    anything happening there?
8 A. I don't remember. I don't think there was like
9    flames coming out of it then. I don't know if
10   it was the initial when you opened the door,
11   there was just a flashback. I don't remember, I
12   just don't remember seeing flames there.
13 Q. Was anyone else working with Ed at this point in
14    time?
15 A. No.
16 Q. When this happened?
17 A. No.
18 Q. Was anybody else in the area when it happened?
19 A. No.
20 Q. Nearby?
21 A. Yes. A fellow Al, in the head shop which is
22    right next to the machine, there's a little wall
23    dividing them but they would be the closest.
24 Q. Did Al get to the area before you did?

64

1 A. Yes, probably.
2 Q. Had there been any problems with the Viking jet
3    washer, the oven chamber?
4 A. No, never.
5 Q. During the days just prior to the accident?
6 A. No.
7 Q. Had there been any work done on the Viking jet
8    washer, any maintenance, any cleaning, any
9    servicing during the days, weeks, or months
10   prior to the accident?
11 A. No, no. With the oven, never a problem. You
12    know, I don't remember about the spray washer.
13    Ed Steffen used to take care of that himself.
14    Pretty much he would come to me if there was a
15    major problem with it. Say if something was
16    loose and didn't tighten, I'm just using that
17    for an example. He didn't come to me for every
18    little thing. He ran that machine for ten
19    years. He knew the machine better than anybody
20    did.
21 Q. Had there been any other explosions or accidents
22    with the machine?
23 A. (Nodding.)
24 Q. Had anybody else been hurt using the machine?