

# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS
CASE No.   C.A. NO. 04-10592-RBC

Edward Steffen and
Marsha Steffen,
          Plaintiffs,

-vs-

Viking Corporation,

          Defendant.

_____/


DEPOSITION OF GUS ENEGREN

Friday, September 9, 2005
9:20 - 1:00 P.m.


515 North Flagler Drive
Suite 200-Pavilion
West Palm Beach, Florida 33401


Reported By:
Rachel W. Bridge, RMR, CRR
Notary Public, State of Florida
Esquire Deposition Services
West Palm Beach Office    Job #743879
Phone:   800.330.6952
         561.659.4155