

# Notes for: Paul Rinzella of Hillside Automotive Machine

| Date | Time | Who | Memo |
|------|------|-----|------|
| 7/22/1993 | 10:29:40 AM | SGE | |

Called today saying firetube is leaking and has
had nothing but probs. "What can we do to get
going again". I suggested we exchg m/c. He will
consider o'nite.

# Notes for: Paul Rinzella of Hillside Automotive Machine

| Date | Time | Who | Memo |
|------|------|-----|------|
| 7/28/1993 | 12:21:32 PM | SGE | |

(Cont) and cost me so much money in lost business
and down time". We began asking for the complete
list of defects so we culd effect a correction
last February but Paul was always "too busy"!

# Notes for: Paul Rinzella of Hillside Automotive Machine

| Date | Time | Who | Memo |
|------|------|-----|------|
| 8/2/1993 | 9:59:50 AM | SGE | |

Called today and said got things going again and
is considering now how to deal with the machine.
Not sure if wants $ back, replacement or
repairs... W/C us.

# Notes for: Paul Rinzella of Hillside Automotive Machine

| Date | Time | Who | Memo |
|------|------|-----|------|
| 8/11/1993 | 9:20:50 AM | SGE | Paul called bitching again about down time and costs etc. Said has t/t his atty who said "Kill him". Paul said he'd be happy just to get his $ back and would sign a release fm liability for warranty or future damages. Told him to get me a |

# Notes for: Paul Rinzella of Hillside Automotive Machine

| | Time | Who | Memo |
|---|---|---|---|
| ..993 | 9:21:58 AM | SGE | |

(Cont) release fm his atty and I would consider
the release and suggestion together.

# Notes for: Paul Rinzella of Hillside Automotive Machine

| Date | Time | Who | Memo |
|------|------|-----|------|
| 9/9/1993 | 2:13:46 PM | SGE | |

Asked if rcvd ck and sent release by fedex: Rcvd
ck y'day. Will fax release in am and mail
original signature.