

# Hillside Automotive Machine, Inc.

1302 Eastern Ave.
Malden, MA 02148
Tel (617) 321-9625
Fax (617) 397-1394

September 10, 1993

### RELEASE

For consideration received in the sum of $12,210.35, I, Paul B. Renzella, Hillside Automotive Machine, Inc., of 1302 Eastern Avenue, Malden, Massachusetts, hereby release Viking Corporation of 6501 W. Irving, Wichita, Kansas, from any and all claims, including warranty claims, arising out of the purchase of a 36" x 72" Jet Washer with gas heat, 220 v/3ph 15HP, purchased by me from the said Viking Corporation on or about August 4, 1992.

Executed as a sealed instrument this tenth day of September, 1993.

*Paul B. Renzella*
Paul B. Renzella
Hillside Automotive Machine, Inc.