

EXHIBIT F

0592-RBC    Document 57    Filed 05/18/2006

## Page 1

```
          VOLUME: I
          PAGES: 1 through 198
          EXHIBITS: See Index

     UNITED STATES DISTRICT COURT
       DISTRICT OF MASSACHUSETTS

*****************************
EDWARD STEFFEN and
MARSHA STEFFEN,
               Plaintiffs,
        vs.
VIKING CORPORATION,
               Defendant,
        vs.
HILLSIDE MACHINE, INC.,
        Third-Party Defendant.
*****************************
```

DEPOSITION OF EDWARD STEFFEN, a witness called on behalf of the Third-Party Defendant, taken pursuant to the provisions of the Federal Rules of Civil Procedure, before Sheila M. Duffy, a Registered Professional/Certified Shorthand Reporter (#146199) and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Davis, White & Sullivan, LLC, One Longfellow Place, Boston, Massachusetts, on Wednesday, December 14, 2005, commencing at 10:11 a.m.

```
          COPLEY COURT REPORTING
             101 Tremont Street
         Boston, Massachusetts 02108
```

## Page 2

APPEARANCES:

LEAVIS AND REST, P.C.
(By: William J. Doyle, Jr., Esquire)
83 Central Street
Boston, Massachusetts 02109-3413
Counsel for the Plaintiffs

MELICK, PORTER & SHEA, LLP
(By: Robert P. Powers, Esquire,
and T. Dos Urbanski, Esquire)
28 State Street
Boston, Massachusetts 02109
Counsel for the Defendant, Viking Corporation

DAVIS, WHITE & SULLIVAN, LLC
(By: Kevin J. Fleming, Esquire)
One Longfellow Place
Boston, Massachusetts 02114
Counsel for the Third-Party Defendant,
Hillside Machine, Inc.

## Page 3

### INDEX

| Witness | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| EDWARD STEFFEN | | | | |
| (By Mr. Fleming) | 5 | | | |
| (By Mr. Urbanski) | | 126 | | |

### EXHIBITS

| Exhibit No. | | Page |
|---|---|---|
| 1 | Whidden Hospital Record. | 25 |
| 2 | Whidden Hospital Record. | 26 |
| 3 | Medical Record, dated 12/26/00. | 28 |
| 4 | Medical Record. | 39 |
| 5 | Medical Record. | 46 |
| 6 | Operative Report, dated 5/21/04. | 49 |
| 7 | Medical Record. | 51 |
| 8 | Letter, dated 6/9/05. | 62 |
| 9 | Photograph. | 77 |
| 10 | Photograph. | 77 |
| 11 | Photograph. | 79 |
| 12 | Med-Link Document. | 84 |
| 13 | Healthsouth Document. | 96 |
| 14 | Healthsouth Document. | 97 |
| 15 | Document. | 97 |
| 16 | Healthsouth Document. | 103 |

## Page 4

### INDEX
### EXHIBITS

| Exhibit No. | | Page |
|---|---|---|
| 17 | Discharge Assessment. | 103 |
| 18 | Functional Capacity Evaluation. | 106 |
| 19 | Electromyogram Report. | 113 |
| 20 | Healthsouth Document. | 113 |
| 21 | Healthsouth Document. | 113 |
| 22 | Prescriptions. | 113 |
| 23 | Occupational Medicine Center of Waltham Medical Visit Form. | 116 |
| 24 | Answers to Interrogatories. | 124 |
| 25 | Letter, dated 6/9/05. | 124 |
| 26 | Viking Manual. | 141 |
| 27 | Photograph. | 151 |
| 28 | Photograph. | 180 |

## Page 5

PROCEEDINGS
STIPULATIONS

It is hereby stipulated and agreed by and between counsel for the respective parties that the reading, signing and filing of the deposition may be waived.

It is further stipulated that all objections, except as to the form of the question, and motions to strike will be reserved until the time of the trial.

EDWARD STEFFEN, having been satisfactorily identified and duly sworn by the Notary Public, was examined and testified as follows to direct interrogatories by Mr. Fleming:

Q. Could you please state --
A. I find it a bit peculiar that I am the only one that gets asked for an ID because she's never met you before.
    MR. DOYLE: But you are under oath.
Q. Will you please state your full name?
A. Edward Joseph Steffen.
Q. My name is Kevin Fleming. I represent Hillside, and I will be asking you a series of questions today. If you don't understand a

## Page 6

question, tell me you don't understand it. I can repeat it or rephrase it. If you need to take a break at any time, just let us know that you need to take a break, except if there's a question on the table please answer the question before we stop for a break.
A. Yes, sir.
Q. All your responses must be verbal. Nods of the head and hand gestures cannot be recorded by the Stenographer.
A. Yes, sir.
Q. Are you on any medication this morning?
A. Yes.
Q. What medication is that?
A. Gabapentin and Acyclovir.
Q. Can you spell those?
A. Very tough, no.
Q. Say these again?
A. Gabapentin. It's an -- actually, it's a generic. Neurontin is actually what I am prescribed, but they go with again Gabapentin. The Acyclovir that helps me to avoid infection.
Q. Neurontin for pain?