Page 7

1  A. Yes, nerve damage.
2  Q. Do either of those medications affect
3 your ability to testify today?
4  A. I don't think they should, but the
5 Neurontin makes me a bit drowsy sometimes, but I
6 don't believe it should.
7  Q. Could you please state your Social
8 Security number?
9  A. [redacted]
10 Q. Date of birth?
11 A. [redacted]
12 Q. Place of birth?
13 A. Malden, Massachusetts.
14 Q. Current address?
15 A. 581 Broadway, first floor, Everett,
16 Mass., 02149.
17 Q. How long have you lived there?
18 A. At that particular address I'd say
19 about eight years possibly.
20 Q. And where did you live --
21 A. Wait a minute. Yeah, I'd say eight
22 years.
23      We lived on 4 Meder Road prior to that.
24 Q. 4 Meder Road?

Page 8

1  A. Yes.
2  Q. Where is that?
3  A. Everett, Mass. It's just behind
4 581 Broadway.
5  Q. What was the address 4 Meter Road --
6 oh, 4 Meter Road, M-e-t-e-r?
7  A. M-e -- with a D.
8  Q. M-e-d-e-r?
9  A. Yeah, yeah.
10 A. It's a private road off of High Street,
11 Everett.
12 Q. How long did you live at Meder Road?
13 A. That's a good question. Sometime ago.
14 Q. You --
15 A. I really didn't quite live at Meder
16 Road. I was visiting my future wife. I would
17 stay over, visit, she was my fiancee, visit, stay
18 over, you know, relationship.
19      I lived at -- when I was at 4 Meder
20 Road. That's a good question.
21 Q. Let me --
22 A. There's a set of circumstances there
23 because I was flooded out in my old apartment, so
24 I ended up moving. It's not tough, but I don't

Page 9

1 want to mislead you in any way.
2      I ended up moving into 4 Meder Road
3 with my wife, Marsha, because of my prior place
4 was flooded out.
5  Q. Okay.
6  A. I was living in one -- it was a -- what
7 do you call them -- studio, basement, and there
8 was a big flood that year and, well, a lot of
9 rain. I got flooded out, so I ended up --
10 Q. Do you remember when this accident
11 occurred?
12 A. December 2nd, 2002.
13 Q. And what address were you living at on
14 December 2nd, 2002?
15 A. 581 Broadway, first floor, Everett,
16 Mass.
17 Q. Okay. What's the highest level of
18 education that you completed?
19 A. I have a GED. The highest level -- let
20 me make sure -- sophomore.
21 Q. Sophomore where?
22 A. Lawrence, Lawrence High School.
23 Q. Did you -- have you ever served in the
24 military?

Page 10

1  A. Yes.
2  Q. And when, where did you serve?
3  A. US Navy.
4  Q. From when to when?
5  A. Virginia. Good question.
6      April of '77 to -- I ended my service
7 in '82, April of '82, roughly.
8  Q. Were you discharged from the Navy?
9  A. Yes.
10 Q. Was that an honorable discharge?
11 A. Yes.
12 Q. Did you see any combat service in the
13 Navy?
14 A. No.
15 Q. What was your rank in the Navy?
16 A. Gee, I think I made E-3, but I'm not
17 sure. I was popped a few times. It's non-
18 judicial punishment.
19 Q. What does E-3 mean?
20 A. It's E-3, you start at E-3, you go in
21 as.
22 Q. Does E stand for something?
23 A. It's a rank.
24 Q. Okay. Have you been convicted of a

Page 11

1 felony in the last ten years?
2  A. No.
3  Q. Or a misdemeanor in the last five?
4  A. Well, if you want to call -- I was --
5  Q. I don't want traffic violations.
6  A. No.
7  Q. Okay. Are you married?
8  A. Yes.
9  Q. And the name of your wife?
10 A. Marsha.
11 Q. How long have you been married?
12 A. You have got me in trouble. Thank
13 goodness she's not in the room.
14      About seven and a half years, seven
15 years, seven, eight years.
16 Q. Do you remember the day you were
17 married, the date?
18 A. I'm a little, kind of nervous right now
19 because everything that's going on. Let's see.
20 August 27th, I believe it was, but the year,
21 it's -- right now it's not the most important
22 thing on my mind at this moment.
23 Q. Okay. Do you currently work?
24 A. No, sir.

Page 12

1  Q. What was the last job you held?
2  A. Hillside Automotive Machine.
3  Q. And what was your position there?
4  A. Engines preparation specialist,
5 preparation specialist.
6  Q. And how long did you work there? Let
7 me rephrase that. When did you start working at
8 Hillside?
9  A. I believe it was back in '93 because I
10 was going on my tenth year. I was excited before
11 this accident because I was going to have four
12 weeks paid vacation.
13 Q. The entire time you were at Hillside
14 were you a preparation specialist?
15 A. I started out in the beginning as
16 driver for them, but Paul Renzella decided to work
17 me into the business as, you know, job preparation
18 specialist.
19 Q. Approximately how many years did you
20 work as a driver?
21 A. Oh, it wasn't years. I'd say about six
22 months maybe.
23 Q. Six months.
24      Then after that you started working as

### Page 67

1 time. You know what I mean?
2    Q. Yes.
3    A. Good.
4      Other than that, --
5    Q. On the day of the accident did Paul --
6    A. -- like I --
7    Q. -- flick the switch?
8    A. -- on Monday mornings, Paul works --
9 I'll tell you, he's a worker. He gets in there
10 early sometimes and he might go back and flip the
11 switch because he knows I'm going to need it up
12 and running when I came in.
13    Q. Do you have any memory from the day of
14 the accident whether or not he flipped the
15 switch --
16    A. No.
17    Q. -- prior to you coming in?
18    A. No, but, like I said, if he gets in
19 early he flips it. He might throw a couple of
20 things in there, get it up and running.
21      There wasn't much time. I walked
22 around, said good morning to the guys, anything I
23 can do for yous (sic), any direction we are going
24 in today. We conversed.

### Page 68

1      Then they scraped the tank because it
2 was the weekend, cooled down. So, what we do
3 scraping the tank is like a dredger, dredger, when
4 it's really cool anything that was floating around
5 in there settles to the bottom, so it's a good
6 time to dredge is right in the morning, dredge it
7 out, get in the box, move the box over, put in the
8 evaporator, you know, and it's off to work you
9 go.
10      So, that's done and the machine's going
11 to get ready for being running. There was nothing
12 in the machine that morning at that time. So, I
13 had time to go ahead and dredge. I couldn't just
14 toss things in and get her running and rotating
15 and washing. There was nothing in that machine at
16 that time, but I remember dredging it, getting it
17 into the box, putting the box into the cooker,
18 that's when we call it, the cooker.
19    Q. The cooker?
20    A. It's an evaporizer (sic) or something
21 like that, but it's a cooker we call it. It cooks
22 it down to a nice dry, crusty stuff, and then you
23 put it in.
24      That's pretty much what I did, put the

### Page 69

1 stuff in there, got my directions from Paul. I
2 went down to make sure that everything in the oven
3 was good that had to come out of the tumbler
4 because, like, if anything is in the oven down
5 back -- this has nothing to do with up front --
6 it goes to three cycles, cooking, metal shot,
7 tumbling and blowing to remove metal shot, it
8 articulates up and down, left.
9      I did that, got unloaded, had coffee
10 break. Somebody came to me -- somebody mentioned,
11 I don't know who it was in particular, while I was
12 out I just went up to coffee break.
13      Then we were all walking out. People
14 were coming off coffee break. We have it in front
15 of the shop, pretty much the front.
16      Somebody had mentioned there was a
17 certain odor in the air back there. So, I says,
18 okay, let me check it out, put my coffee down,
19 went back, there was a funny smell. I secured the
20 machine because I looked around, I scraped around
21 the top of it, I secured the machine, I says, oh,
22 let it sit a while, once I am off coffee break I
23 will come back and do some investigating.
24      Got off coffee break. I don't know if

### Page 70

1 it was Bob or Alan who mentioned it to me about
2 the certain particular odor, but it was somebody.
3      I went off coffee break. That was
4 about 20 minutes. Like, Monday mornings, believe
5 it or not, is usually our longest coffee break.
6 So, I secured the machine just before going back.
7    Q. I want to interrupt you for a second.
8 What do you mean by secured the machine?
9    A. Turned off the burner, shut it down.
10    Q. You shut off the burner?
11    A. Yeah, it's a red switch to the left.
12 It's off, you know. That way that's not running,
13 you know, because if I don't know what's going on
14 with it at least I get it down, nothing's going to
15 happen as far as I'm concerned. It's never -- you
16 know -- because it was warm enough because the
17 timer sets her off before we even get in there,
18 like I said.
19      So, got back after coffee break, I
20 looked around the machine, did some scraping
21 just in case, you know, there was any spillage.
22 Sometimes the gasket leaks out. Gaskets can from
23 time to time leak.
24      And, okay, everything looked good. I

### Page 71

1 opened the door, and that's the last thing I
2 remember, flash, and that's it.
3      I don't even know if it happened that
4 quick. I opened the door. I don't know the time
5 limit. I don't know. I don't know.
6    Q. I'm going to ask you to try to
7 approximate -- I know this is very difficult --
8 the amount of time that went by between certain
9 actions you did and when it actually exploded.
10      From the time -- from the time you --
11 strike that. Do you approximately remember what
12 time in the morning you put the container of
13 sludge in the cooker?
14    A. It would be shortly after I came in
15 because that's the best time to scrape, like I
16 said. I can't remember the exact time, sir. I'm
17 sorry.
18    Q. It would be sometime after seven?
19    A. Just -- yeah, right after seven because
20 she's -- everything settles in the bottom of that
21 tank. It's a good day to do your dredging after a
22 week's hard work.
23    Q. And approximately, --
24    A. That machine works hard.

### Page 72

1    Q. -- approximately what time did one of
2 your coworkers tell you that they smelled
3 something funny?
4    A. It was when I went out to coffee break
5 after I came up from out back, down by the --
6 geez, I can't remember the name of the system we
7 have down back, it's been so long.
8    Q. What time approximately would that have
9 been when someone told you they smelled something?
10    A. I don't know approximately what time.
11 I don't recall that exact time, but I know it was
12 just while I was going on coffee break, --
13    Q. What's the usual --
14    A. -- coffee break. We don't have a set
15 time for coffee break. It could be, it could be,
16 it could be 8:30, it could be 8:00, it could be
17 nine a.m. I don't know. You know, I can't give
18 you an exact time.
19    Q. Okay.
20    A. It all depends if Fred is out on the
21 road or Freddy went to make a pickup because he's
22 the driver, Fred Gorham, Forham, something like
23 that. When Freddy gets back, Freddy brings the
24 coffees. There's really no set time, sir.