Page 73

1  Q. What --
2  A. Can --
3  Q. -- you said you secured the machine?
4  A. I went back, looked around, secured the
5  machine, said I will let it sit while I am on
6  coffee break. She seemed fine.
7  Q. By securing the machine you meant you
8  turned the red switch off?
9  A. Turned the switch off because the
10 machine wasn't actuating. Nothing was going on in
11 there. It wasn't jet washing anything.
12 Q. Now, when you say you turned the
13 machine off, does that turn the oven off or just
14 turn the washer portion of it?
15 A. The red button turns the oven off.
16 Q. The oven off?
17 A. Yes, sir.
18 Q. I am going to show you a photograph
19 here.
20 A. Yeah, that's the red switch.
21 Q. Do you recognize what's shown in that
22 photograph I just showed you?
23 A. Yeah, I recognize it.
24 Q. What does that photograph represent?

Page 74

1  A. That's the -- this is the -- if you
2  want to say this correctly, if I can -- this is
3  the operations panel type. This is how you would
4  operate the machine.
5  Q. I am going to show you another
6  photograph that might make things easier. Here's
7  another photograph that shows, I think, a little
8  more of the --
9  A. Yeah, it's the panel, it tells you
10 everything that's going on up here. Right down
11 here you have the rotating button.
12 Q. Okay. When you say right down there,
13 you've got to give some verbal, can you, because
14 people when you point out --
15 A. I'm sorry.
16 Q. -- the Court Reporter can't put it
17 down.
18 A. The yellow button would be for jogging,
19 we call, to rotate the carriage. So, if I was
20 rinsing, I could jog, rinse, jog, rinse because
21 you can't get to the stuff at the back. So, you
22 would jog it with the yellow.
23    The burner's the red.
24 Q. So, the red button directly above is

Page 75

1  for the burner?
2  A. Yeah, yeah.
3  Q. Directly above the yellow button?
4  A. Yes, sir. Then you have the fan. Then
5  you have your off and on switches. I'm sorry.
6  Directly above the red button is the fan, which
7  is the black one, and above that you have two
8  buttons, one to the right, which is off, one to
9  the left, which is on.
10    Anything else?
11 Q. You testified that you secured the
12 machine?
13 A. Yeah, you just --
14 Q. That would mean that you turned that
15 red button to the off position?
16 A. You turn it to the left, which is off,
17 yeah, right's on, it always didn't -- sometimes
18 it's hard to tell with this button because it
19 would move once in a while, but, you know, when
20 you have turned it off, the burner shuts off, turn
21 to the left, off, right, on.
22 Q. Is there any way you can tell whether
23 the button properly turned it off?
24 A. You'd hear the burner shut down.

Page 76

1  Q. You'd hear the burner shut down?
2  A. It's like a humming noise, a roar.
3  Q. And on the day of the accident did you
4  hear the burner shut down when you hit the switch?
5  A. When I hit the switch?
6  Q. Yeah.
7  A. Yeah, I remember saying it's secured,
8  nothing should be going on because there is no
9  sense of leaving that thing running if there's a
10 foul smell in the air.
11 Q. Had you ever smelled that smell before?
12 A. There were odors always with the
13 Viking, but this particular odor all I know is it
14 was strong. It was different.
15 Q. Did you notice when you were putting
16 the sludge in the bucket to go into the cooker,
17 was this sludge different than normal sludge you
18 had put in the cooker?
19 A. Didn't seem to be.
20 Q. Do you remember doing any unusual --
21 strike that. Do you remember any unusual pieces
22 or automotive parts that were cleaned the week
23 before, something that had -- something you hadn't
24 seen before?

Page 77

1  A. That's a good question, sir. I can't
2  recall.
3     MR. FLEMING: Why don't we mark these
4  two as exhibits?
5         (Photograph was marked Exhibit
6  No. 9 for identification.)
7         (Photograph was marked Exhibit
8  No. 10 for identification.)
9  Q. I'll show you another photo. Do you
10 recognize what's in that photo, Mr. Steffen?
11 A. This is what we call the cooker. This
12 is the evaporator.
13 Q. And on there there's what looks like a
14 latch?
15 A. Yes.
16 Q. Let me make it clear there's a latch
17 with a red handle?
18 A. Yes.
19 Q. Do you see that?
20 A. Yes.
21 Q. Was that latch with the handle, was
22 that on it on the day of the accident?
23 A. Yes, I believe that's the latch. It's
24 been a while, but I believe that could be the

Page 78

1  latch.
2  Q. Is that how you would open up the, --
3  A. Yeah.
4  Q. -- the cooker?
5  A. When you move the latch out, it moves
6  forward, you pull the loop back then you can open
7  the door. It actually does it all itself when you
8  do, but something's wrong here. That was never
9  there.
10 Q. You are pointing to the padlock wasn't
11 there?
12 A. I don't recall that. That's never
13 there.
14 Q. Let's get back to the day of the
15 accident. When you went back there and opened it,
16 did you indeed open it up with the latch, open up
17 the cooker?
18 A. Yes.
19 Q. And that's when the explosion
20 happened?
21    MR. URBANSKI: Objection.
22 A. Yeah, that's all I remember.
23 I need a break.
24    (Recessed at 11:58 a.m.)

259

```
1    A    Good question.  In the last month.
2    Q    And what was that new thing that you
3  remembered?
4    A    My wife loves me very much.  So much.  I
5  remember seeing her for the first -- seeing her.
6  That's all I can tell you.  Seeing her when I woke up,
7  I guess.  She's always there.  That's new to me.  Every
8  day is new now.
9    Q    That's a memory of your recovery and it's a
10 great memory.  But I'm asking you a memory of the
11 accident itself.
12        When was the last time you remembered
13 something new about the accident?
14   A    I can't put a date or a time on that.
15   Q    Well, you signed your interrogatory on --
16   A    Sure.  Is this the same one?
17   Q    Same one.  This is the one I'm going to show
18 you.
19   A    Sure.
20   Q    This is the unsigned one that I got earlier
21 from your attorney on December 14, 2005.
22        Have you remembered anything new about the
23 accident since that time?
24   A    Anything new?
25   Q    Yes.
```

260

```
1    A    Not at this -- since December 14, 2005?
2    Q    Right.
3    A    All I can tell you is things come and go.  I
4  do the best I can.  If I do recall anything new, I'll
5  be sure to tell my attorney.
6    Q    Okay.  Well, I only ask because what you
7  remember now is different from what you put in your
8  answer to No. 2.
9         So I was wondering just when you remembered
10 what you're testifying to now?
11        MR. DOYLE:  Objection.
12        THE WITNESS:  All I can tell you is I
13 inspected the machine because of a particular odor.  I
14 shut down the burner, drank my coffee, looked around,
15 opened the box, and boom.  I'm sorry that -- this is
16 what I said.  All I can tell you is that's what I did.
17 I did what I did.  You know, I --
18        MR. DOYLE:  There's no question.
19        THE WITNESS:  Yes.
20   Q    (By Mr. Urbanski)  When you -- when you're
21 looking at the answer to Question No. 2, do you
22 remember a time when you believed that you were opening
23 the box to take out sludge residue?
24        MR. DOYLE:  Objection.
25        THE WITNESS:  All I know is I went back there.
```

261

```
1  I was told there was an odor.  I shut down the burner.
2  I returned after coffee and did an inspection.  I
3  opened up the box.  That's about it.
4    Q    (By Mr. Urbanski)  When you did an inspection,
5  what did you do besides open up the box?
6    A    Looked around the machine, did a little bit of
7  scraping.
8    Q    Did you notice anything unusual about the
9  machine in the course of your inspection of it?
10   A    Outside of some seepage at the front door --
11 but that was already dry -- no.
12        MR. URBANSKI:  Okay.  That does it for me.
13        MR. FLEMING:  I have some very few follow-up
14 questions.
15              REDIRECT EXAMINATION
16 BY MR. FLEMING:
17   Q    Mr. Steffen, --
18   A    Yes, sir.
19   Q    -- after the accident, did you continue to
20 receive a salary from Hillside?
21   A    No.  My wife told me that Paul gave me my
22 Christmas bonus to help out because I had a Christmas
23 bonus coming.  That's it.
24   Q    Other than the Christmas bonus, were you not
25 paid at all?
```

262

```
1    A    I don't know what you mean by a salary.  Paid
2  by workman's comp.?
3    Q    Yes.  I'm going to get to that now.
4    A    I don't know what you mean by salary.
5    Q    Okay.  After you were injured, did you receive
6  worker's comp. benefits?
7    A    Yes.  I can answer that.  Yes.
8    Q    And for how long did you receive those
9  benefits?
10   A    I'm still receiving workman's comp. benefits.
11   Q    And do you know approximately how much per
12 month that is now?
13   A    It's just been recently decreased.
14   Q    To how much?
15   A    I don't know the exact figure.  I think -- I
16 believe it's decreased by probably $90 biweekly.  I
17 believe it is about $90 biweekly.
18   Q    So you think it's been decreased $90 or it's
19 currently $90?
20   A    It's decreased by $90 biweekly.
21   Q    Okay.  Can you say approximately what the
22 current --
23   A    It was $728.32.  I believe it's been reduced
24 by about $90.
25   Q    When you say biweekly, this is one payment
```