Page 90

1  the color photographs from Mr. Gorman's deposition, one
2  of the first things from Exhibit 1 that I think you
3  referenced was that silver bar running down the side of
4  the doorway and sort of a handle.
5      Would that be a friction brake?
6      A. No.
7      Q. In any of those pictures that were marked as
8  Exhibits 1 through 5 from Mr. Gorman deposition, do you
9  see anything that would appear to you to be a friction
10 brake?
11     A. No.
12     Q. When you were associated with the company, did
13 you know a person by the name of Janet Garnet?
14     A. Doesn't ring a bell.
15     Q. After the sale of the water blaster to
16 Hillside Automotive in approximately the second half of
17 1992, was the evaporator system as manufactured and sold
18 by Viking Corporation to other customers modified in any
19 way?
20     A. Not to my recollection -- stop.
21     Q. Sure.
22     A. I want to go back and amend that. I don't
23 recall at what point we put the automatic cleanout
24 device on the sludge trap, if that was pre or post
25 Hillside. That's the only change that might have

Page 91

1  occurred, and that would not be within the evaporator
2  itself.
3      Q. That's part of the ecology package?
4      A. Right.
5      Q. As originally built, the ecology package,
6  evaporator chamber would have been manually operated?
7      A. Yes.
8      Q. Subsequently, at some point in time it became
9  motor operated in some way?
10     A. Cleanout of the wash reservoir was automated
11 or motorized. The evaporator itself was also a
12 manually-operated device.
13     Q. Would you agree that an objective view of the
14 Viking washers that were made by the company had a
15 potential peril when handling flammable liquids such as
16 the grease or oil substances?
17         MR. POWERS: Objection.
18         THE WITNESS: I'm not sure of the meaning or
19     implication of my attorney's objection, but I'm not
20     sure there is any inherent damage or rather peril
21     inherent in the machine because of the material
22     that's being washed off the parts in the machine.
23     Maybe I just don't understand the question.
24 BY MR. DOYLE:
25     Q. Okay, fair enough.

Page 92

1      Would the use of gas as a source for
2  generating heat rather than electricity create any
3  additional or different risks rather than electricity as
4  a source for generating heat?
5      A. Surely there are different risks with a gas
6  flame.
7      Q. Are there risks associated with using the
8  electricity as a source for heat?
9      A. Yes, I suppose there are.
10     Q. Are the risks, if any, associated with using
11 gas associated with using heat on the washers additional
12 to those that were presented when using electricity?
13     A. Yes.
14     Q. Were you still associated with the company
15 when there was an incident involving a couple of workers
16 at a propane washing station down in Georgia?
17     A. I don't recall. I don't recall the incident
18 even.
19     Q. Do you remember the names of a David Gilliam
20 or Londell Anderson, who one was injured, one was killed
21 while washing propane tanks? Propane vented out of the
22 tanks and an explosion took place?
23     A. I don't recall that. Do you happen to know
24 the name of the company they worked for?
25     Q. I do. Now that you asked me, I'll have to

Page 93

1  find it. Modern Gas Company. I forget where they're
2  located, but I know it's in Georgia somewhere, and it's
3  not Atlanta.
4      A. I recall Modern Gas as a client. I think they
5  are Norcross, Georgia. I recall the company. I don't
6  recall the incident.
7      Q. During the 20 years that you were associated
8  with the company, are you aware of any incidents
9  involving explosions that took place at or around Viking
10 Corporation equipment?
11     A. Yeah, two, the one you mentioned at Modern
12 Gas, which I learned about today. I may have learned
13 about it in the past, I just don't remember, and then of
14 course Hillside Machine.
15     Q. Your father was generally in this business
16 back in the fifties?
17     A. Yes, and maybe even before that.
18     Q. Did you work for your father at any point in
19 time?
20     A. My dad retired in 1976. And I would have been
21 16 at that time. So yes, worked there off and on during
22 the summers for about three years.
23     Q. Your father made similar type --
24     A. Virtually identical machines.
25     Q. During the time that you worked for your

Page 94

1 father's business, were you aware of any explosions or
2 fires involving equipment manufactured by your father's
3 company?
4   A.  I doubt in my early teens or mid teens that I
5 would have been made aware of it or had occasion to even
6 hear it, and I don't have any recollection at all.
7   Q.  And the only two incidents that you're aware
8 of regarding equipment manufactured by Viking
9 Corporation would be the one that brings us here today,
10 and you have now heard of one involving Modern Gas down
11 in Georgia that you're not sure if you had ever heard of
12 it prior to today?
13   A.  I don't recall hearing about it prior to
14 today, and I'm not aware of any others, at least that
15 come to memory.
16   Q.  The community that makes this type of
17 equipment, degreasing equipment, back in the 1990s,
18 roughly about 50 companies nationwide that would make
19 it?
20   A.  It's possible there were that many.  I would
21 say the industry was dominated by 6 to 12.
22   Q.  Then let's focus in on the companies that you
23 have a memory of at the present time, whether it's that
24 6 to 12 or even a few others.
25     Are you aware of any incidents involving

Page 95

1 explosions or fires involving equipment made by those
2 companies, those other companies?
3   A.  No.
4   Q.  So the only fires or explosions that you're
5 aware of would be Modern Gas and the one that brings us
6 here today?
7   A.  Yes.
8   Q.  The two other companies in Wichita, LS and
9 ARE, I believe, may have adopted similar type components
10 similar to the evaporator chamber, but you're not sure?
11   A.  Correct.
12   Q.  Did any of the 6 to 12 other companies that
13 you're aware of in the business who dominate the
14 business have a similar type process for evaporating
15 down the liquids?
16   A.  I believe so.
17   Q.  Which companies had similar type processes?
18   A.  There's one I believe that did named Goff,
19 G-o-f-f, in Seminole, Oklahoma.  And I believe they had
20 an evaporating oven or device of some sort.
21   Q.  And did they have one prior to Viking building
22 one for a customer sometime in the mid eighties?
23   A.  I don't know.
24   Q.  Did they still have one or build one when you
25 left the business in general at the end of 1998?

Page 96

1   A.  I don't know.
2   Q.  Was there any difference in the latching
3 mechanisms on the Goff evaporating chamber as compared
4 to the Viking?
5   A.  I don't know.  We didn't serve a similar
6 market, so I didn't have occasion to inspect their
7 product closely.
8   Q.  When you say similar market, are you talking
9 geographic area or are you talking companies that you
10 would sell a product to?
11   A.  Generally we sold different companies and
12 different markets and we were primarily differentiated
13 by price, if I'm not mistaken.  They sold a
14 substantially more expensive machine.
15   Q.  I was going to say your machine was I thought
16 somewhat reasonably priced.
17   A.  Sure.
18   Q.  Did the company Viking Corporation while you
19 were associated with them on occasion use an outside
20 commercial photographer to photograph its product line?
21   A.  Yes.
22   Q.  And was that a gentleman by the name of Wayne,
23 first name Wayne in Wichita?
24   A.  I think his first name was Dan.
25   Q.  I'm sorry.  Let me show you two copies of

Page 97

1 photo sheets that appear to have under some of the
2 negatives a handwritten date dealing with, I think it's
3 May 28, 1992, if I'm reading somebody's writing
4 correctly.
5     Would those be water blaster spray wash
6 degreasing machines made by Viking?
7   A.  Yes.
8   Q.  Similar to the one, generically similar to the
9 ones sold to Viking?
10   A.  Yes -- sold to --
11   Q.  I'm sorry, sold to Hillside by Viking.
12   A.  Yes, sir.
13   Q.  Do these have the evaporator chamber?
14   A.  Yes.
15   Q.  I'm going to have the first page, the one I'm
16 holding marked as the next exhibit.
17     Can you tell whether or not those had the
18 evaporator chamber on that sheet?
19   A.  Yes.
20   Q.  They do?
21   A.  They do.
22   Q.  And I'll have that marked as A and the second
23 page as B.  You can tell that this also has the
24 evaporator chamber, correct?
25   A.  Yes, sir.

Page 98

1    Q. Can you see the chamber?
2    A. Yes, sir.
3    Q. I'll have these marked as A and B.
4    A. Can we back up just a moment?
5    Q. Sure.
6    A. You asked me the photographer's name. I
7  didn't remember it until I saw his initials. DAR is Dan
8  A. Russell, and he's the photographer that did the
9  photographs.
10    Q. Okay.
11       (Enegren Exhibit No. 11 was marked for
12  identification.)
13  BY MR. DOYLE:
14    Q. Would the company make machines on an
15  as-ordered basis?
16    A. Yes.
17    Q. You didn't keep anything in stock that you
18  could ship right away?
19    A. Rarely.
20    Q. Because as a general rule, customers would
21  have unique requirements, perhaps space limitations that
22  would dictate the size and type of machine that they
23  wanted?
24    A. An among other things, yes.
25    Q. Would there be a set of plans, drawings,

Page 99

1  schematics, generated when building a machine for a
2  specific customer?
3    A. Usually the base plan was reused for each
4  customer. The variations tended more towards the
5  addition of or subtraction of options or features.
6    Q. Let me show you a collection of six pages that
7  Mr. Powers was kind enough to provide to us this
8  morning.
9       Would this be the base plan for a water
10  blaster with the size 36 by 72?
11    A. Generally, yes. These are base, hand done,
12  hand-drawn drawings.
13       MR. DOYLE: Let's have that marked as number
14  12.
15       (Enegren Exhibit No. 12 was marked for
16  identification.)
17  BY MR. DOYLE:
18    Q. Do these plans contain any details of
19  information regarding the ecology package or the
20  evaporator chamber?
21    A. Yes.
22    Q. Would it be the second-to-last page, the fifth
23  page I believe that has the information, has a
24  hand-drawn sketch for the evaporator chamber?
25    A. The evaporator chamber is shown in the

Page 100

1  next-to-the-last page. No, no, that's not right -- yes,
2  it is, yes, yes, that's correct. See evaporator
3  chamber.
4    Q. Were the fumes that went through the exhaust
5  system into the evaporator chamber isolated in any way,
6  contained within a pipe or a hose, or was it just vented
7  into the evaporator chamber and then up the chimney to
8  wherever?
9    A. The burner fired into a gas tube -- let me say
10  that differently -- fired gas into a metal tube. The
11  metal tube exhausted into the evaporator chamber and
12  exited through a similarly-sized metal tube on top of
13  the chamber.
14    Q. So the fumes were free when they were in the
15  evaporator chamber? They weren't contained within a
16  tube or a pipe?
17    A. Correct.
18    Q. Was the evaporator chamber airtight so that
19  other than the fumes coming in from the burner, that no
20  other fumes or area could access?
21    A. When the evaporator chamber was originally
22  shipped, it was shipped with a heat-resistant gasket on
23  the door that allowed access for the container of
24  material to be evaporated.
25    Q. This is the door shown in Exhibit 3 for

Page 101

1  Mr. Gorman's deposition?
2    A. Yes, sir.
3    Q. And around the frame of the evaporator chamber
4  it would have been a heat resistant gasket to act as a
5  seal when the door was closed?
6    A. Correct.
7    Q. So that as you look at that photograph, is
8  there a gasket shown in that photograph?
9    A. I don't see it.
10    Q. The gasket would be some sort of a, oh,
11  material that acts as a sealant when you bring the door
12  and the frame together?
13    A. Correct.
14    Q. You've earlier told us about the hasp and the
15  clasp that would not have been present when the machine
16  was manufactured and sold.
17       Below the catch or whatever you want to call
18  it on the door, there appears to be a hook type
19  mechanism or a handle of some sort.
20       What is that?
21    A. That, I don't know if that's original or not,
22  but that is the latch that latches the door closed.
23    Q. And it's operator maneuvered, you close the
24  door, you operate the latch and it seals the chamber?
25    A. Correct.

Page 102

Q. Earlier you talked about the gas motor that's shown in Exhibit 5.
Was the motor always open and then exposed or was it ever contained within some sort of compartment or covered in any sort of way?
A. Exhibit 5 accurately represents our standard manufacturing configuration, specifically an open motor and burner.
Q. And when I said Exhibit 5, it's Exhibit 5 from Mr. Gorman's deposition.
Did Mr. Renzella ever tell you what type of caustic material, the manufacture of the caustic material that he was using?
A. I don't recall if we got into the manufacturing source or if we discussed just the caustic.
Q. Did Mr. Renzella tell you at some point in time early on after he had purchased it that he was using a caustic material when operating the machine?
A. My recollection is that we could not understand how the machine was leaking within the first 30 or 60 days. And it was when I sent Howard Whitetree to Hillside Machine that we discovered there was a caustic in the reservoir, but I'd have to look at my documents and my phone records to see how we recorded

Page 103

that. That's I'm going to say more suspicion than anything.
Q. Does Howard still work for the company, as far as you know?
A. No.
Q. Do you know where Howard is now?
A. He works at ARE industries in Wichita, or did to the last of my knowledge.
Q. The competitor in the Wichita area?
A. Yes, sir.
Q. What did Howard do at Viking?
A. He was employed at Viking for well in excess of ten years, and he started in the plant as a welder, worked his way up ultimately to plant manager, and did a lot of field installations on some of the complicated machines.
And when we had a difficult situation for whatever reason, difficult or complex or a customer that was really having a challenging issue, Howard was the one that I would task to send out.
Q. So Howard was sent to the Boston area?
A. I think he was, yes.
Q. In 1992 when the machine was being built for Hillside Automotive, what quality control mechanisms were placed at Viking Corporation to make sure that the

Page 104

customer was getting the machine that he ordered and that it met whatever the Viking Corporation specifications were at the time for a water blaster spray degreaser?
A. I personally reviewed every order that came into the company. I authorized our internal accounting people to generate a work order. The work order was then issued over to Howard as the plant manager.
Howard issued the duplicate work order out to the manufacturing floor. The manufacturing floor then built off of the, depending on the time, either the hand-generated drawings or the cab drawings that we had, as well as the cut list and the purchase items list.
After the machine was manufactured, we would test run the machine. Virtually all machines received at least an hour, some as long as a week of running time.
Then after it was built and run, I would come out and test run it a final time myself personally, every machine.
The machines were then painted, crated and shipped to the customer.
Q. Would that have been done for the machine that Hillside Automotive ordered and bought?
A. Yes.

Page 105

Q. And in general, should that machine have had a high water and a low water safety switch?
A. Again, without looking at the documents, I don't recall if that was an option at that time on that particular machine or a standard feature, but it certainly was available.
Q. And if the customer ordered it with a high water and a low water shutoff switch --
A. We'd certainly put it on.
Q. Did OSHA ever inspect the plant?
A. My plant?
Q. Yes. While you were there, did OSHA ever issue any citations to the plant during or as a result of any of the inspections?
A. We never had a citation. I don't know what you call it, but we had an irate neighbor one time that saw toxic waste running down our driveway during a rain, and OSHA came running out to -- OSHA and the EPA both came running out.
And they discovered after great consternation and investigation and analysis that it was apparently motor oil from underneath one of the cars that created a rainbow slick in the driveway.
That was my one big experience with OSHA and the EPA. They had regular walk-throughs of the plant

Page 106

and didn't seem to have a problem with us until that one little event.
Q. Did the state of Kansas ever inspect the plant that you're aware of?
A. I don't recall. I don't think so. I don't recall it.
MR. DOYLE: I think that's all I have. Thanks very much, sir.
THE WITNESS: It's a pleasure. I appreciate your patience.
MR. FLEMING: I have questions too. Do you want to go straight through, Bob?
MR. DOYLE: I think so. I talked to the witness.
CROSS (GUS ENEGREN)
BY MR. FLEMING:
Q. I missed the beginning, so I apologize if I ask some preliminary questions that have already been asked.
My name is Kevin Fleming. I represent Hillside. I shouldn't be quite as long as Mr. Doyle.
Do you remember who brought up between you and Hillside the idea of a release?
A. I believe I brought it up.
Q. And when you say you brought it up, would it

Page 107

have been in a phone conversation with Mr. Renzella?
A. Yes.
Q. Take a look at what's been marked as Exhibit 7, which I believe are your phone conversation notes.
Turn that to the entry for August 11, 1993. Just take a moment to read that.
Now this phone memo note of yours from August 11, 1993 mentions a release.
A. Yes.
Q. Do you believe this is the first time a release was discussed between you and Mr. Renzella?
A. Most likely.
Q. And in this phone note do you see any reference to indemnity or indemnification?
A. No.
Q. Do you know what indemnification is?
A. I think I do, but I'm not a trained lawyer.
Q. Tell me what you think it is.
A. Indemnity is assumption of liability on the part of another for a particular action or consequence.
Q. Okay.
A. And that's what, to expand on that if we're going to get into this, that's what is implied with the word future damages, in my mind.
Q. In your mind, would that future damages apply

Page 108

to future damages -- strike that -- if you were to include this language of future damages in this phone note to include future damages beyond future damages to the machine?
A. Yes.
Q. And by the machine, I mean the machine purchased by Hillside from Viking, the washer we've been talking about.
A. Damages beyond structural or warranty damage to the machine, yes.
Q. This is a document that's already been shown to you, but I don't think it's been marked as an exhibit.
This is the August 13, 1993, letter to you from --
MR. POWERS: It's been marked.
MR. FLEMING: Has it?
MR. DOYLE: No, I just kept referencing the Renzella deposition exhibits.
MR. POWERS: Okay.
MR. DOYLE: As a general rule, I try not to mark any more documents than I have to. So the only things that have been --
MR. POWERS: The exhibit sticker on it, is it here?

Page 109

MR. DOYLE: No, the only thing I've marked today is documents that have not been previously marked.
MR. POWERS: Good practice.
BY MR. FLEMING:
Q. Now is it your understanding that this letter was written in response to the August 11 phone conversation you had with Mr. Renzella?
A. Yes.
Q. Did you review this release?
A. Yes.
Q. Did you ever have an attorney review this release?
A. I don't think so.
Q. Did Viking in 1993 have an in-house attorney?
A. No, sir.
Q. Was there an outside attorney that Viking usually used for its legal matters?
A. Yes.
Q. And who was that?
A. The firm name is Hinkle, Everhart & Elkouri.
Q. You might want to spell those.
A. H-i-n-k-l-e, second word is E-v-e-r-h-a-r-t, and E-l-k-o-u-r-i. We used two lawyers there. The first was David Elkouri. The other was Eric Namee,

Page 110

1  N-a-m-e-e.
2      Q. But you have no memory whether or not you
3  showed this release to them?
4      A. I don't recall.
5      Q. And as part of being president of Viking back
6  in 1993, I assume you had reviewed numerous business
7  documents?
8          MR. POWERS: Objection.
9          THE WITNESS: Yes.
10  BY MR. FLEMING:
11     Q. Did you feel competent to review documents and
12  understand them --
13         MR. POWERS: Objection.
14  BY MR. FLEMING:
15     Q. -- as president of Viking?
16         THE WITNESS: Can we go off record a minute?
17         MR. FLEMING: Sure.
18         (Discussion held off the record.)
19         MR. FLEMING: Can you repeat the question?
20         (A portion of the record was read by the
21  reporter.)
22         THE WITNESS: Generally, yes.
23  BY MR. FLEMING:
24     Q. And in 1993, if I do my math correctly, you
25  had been president of Viking for 15 years, since 1978?

Page 111

1      A. Approximately.
2      Q. And during those 15 years, had you had the
3  chance to review numerous contracts and other business
4  documents?
5      A. Yes.
6      Q. Had you ever reviewed indemnification
7  agreements?
8      A. No.
9      Q. And I apologize if this has already been
10  asked. What's the last level of education that you
11  completed?
12     A. I went to Wichita State University for about
13  three and a half years and had a major in geology,
14  petroleum geology specifically.
15         MR. DOYLE: Why am I paying so much for gas?
16         THE WITNESS: Because I'm not running it.
17  BY MR. FLEMING:
18     Q. Now after had you a chance to look at this
19  August 13, 1993, letter and the enclosed release back in
20  1993, did you contact Paul Renzella or Mr. Favaloro?
21     A. I don't believe I ever spoke with Mr. Favaloro
22  or Mr. Schreiber. I'm sure I had conversations with
23  Paul Renzella by telephone.
24     Q. So do you believe that after reviewing this,
25  you would have called Mr. Renzella?

Page 112

1      A. Sure.
2      Q. And was the purpose of that call to tell him
3  that the form of this release is acceptable?
4      A. Yes.
5      Q. If you look in Exhibit 7, I don't see any
6  record of a call on August 13.
7          Is it possible that some calls didn't get put
8  into this case management system?
9      A. It's possible, but I would say it's highly
10  unlikely, given the contentious nature of the
11  relationship with Hillside.
12     Q. Do you ever remember telling Renzella after
13  reviewing the release that you wanted to add language to
14  it or change it in any way?
15     A. I don't recall.
16     Q. After reviewing the release, do you remember
17  having any conversations with Mr. Renzella about
18  indemnification for future accidents with the machine?
19     A. I do not recall that.
20     Q. Now you've had a chance to review the terms of
21  that release today, have you not?
22     A. Yes.
23     Q. Reading that, do you believe that that release
24  entitled Viking to indemnification by Hillside for the
25  present suit brought by Edward Steffen?

Page 113

1      A. Yes.
2      Q. And why do you believe that?
3      A. This is a release from all claims arising out
4  of their purchase of the product.
5      Q. It's a release of all claims by Hillside?
6      A. Correct.
7          MR. POWERS: Objection to the form.
8  BY MR. FLEMING:
9      Q. Do you understand this release to release all
10  claims that Hillside has against Viking regarding this
11  machine?
12         MR. POWERS: Objection.
13         THE WITNESS: Yes.
14  BY MR. FLEMING:
15     Q. Do you know whether Hillside has asserted a
16  claim against Viking arising out of this machine?
17     A. I don't know that.
18     Q. I'm going to turn to one of the manuals that
19  have already been marked as an exhibit, Exhibit
20  Number 4, if you could take a look at that.
21         And also I'll show you -- this I think was not
22  marked as an exhibit, but this was -- why don't we mark
23  that as an exhibit, that letter. That already has been
24  marked as Exhibit 8. Okay, we'll use that then.
25         If you look at the operating manual part of

29 (Pages 110 to 113)

Esquire Deposition Services (561) 659-4155

Page 114

1 Exhibit 8 and the operating manual that has been marked
2 as Exhibit 4 -- that's actually not the operating
3 manual. I don't think that was ever marked.
4     MR. DOYLE: No.
5 BY MR. FLEMING:
6     Q.  That I believe we looked at before, a
7 different version. I think you have testified that's an
8 older version of the operating manual?
9     A.  It appears to be.
10    Q.  From the 1980s, I believe you said, or early
11 nineties.
12        Take a look at both of those and see if you
13 can find any reference to the evaporator in those
14 operating manuals.
15        MR. FLEMING: Let's mark this.
16        (Enegren Exhibit No. 13 was marked for
17 identification.)
18 BY MR. FLEMING:
19    Q.  Did you see any reference to the evaporator in
20 those manuals?
21    A.  No.
22    Q.  Can you tell me why there is no reference to
23 the evaporator in the manuals?
24    A.  No.
25    Q.  At some point in time did Viking ever create a

Page 115

1 supplement to these manuals or an updated version of the
2 manual that included reference to the evaporator?
3     A.  Not during my time with the company.
4         MR. FLEMING: Why don't we mark that operating
5 manual.
6         (Enegren Exhibit No. 14 was marked for
7 identification.)
8 BY MR. FLEMING:
9     Q.  When Hillside ordered this washer, was it
10 custom built per their specifications?
11    A.  If I understand the question correctly, yes.
12    Q.  I think you testified about base plan, that
13 there is base plans for washers already in place for a
14 certain size.
15    A.  Correct.
16    Q.  And I think we have something that has been
17 marked as an exhibit, Exhibit Number 12.
18        Are those base plans for a
19 36-inch-by-72-inch --
20    A.  I believe that's correct, yes.
21    Q.  And there would be standard plans that if
22 someone wanted a 36-by-72-inch washer, you would pull
23 this out and this would be what you would be starting
24 with?
25    A.  Yes, sir.

Page 116

1     Q.  But each washer that's ordered, everyone
2 orders something different, so modifications need to be
3 made on it; is that correct, when someone orders a
4 washer?
5     A.  Generally correct. Your question was did we
6 build this to the order of Hillside Machine, and we did
7 indeed build it to their order. They did not supply the
8 plans. They did specify options.
9     Q.  Okay. Now this document, I think you've
10 already been shown, which is a sales order, labeled
11 sales order at the top, would that be the document that
12 you would use to initially get the ball rolling in
13 manufacturing the washer for Hillside?
14    A.  This is a document that was generated outside
15 of Viking. I suspect by John Zanetti, but I don't know.
16    Q.  Okay.
17    A.  It would have been adequate along with a down
18 payment to initiate an order, but an order would have
19 been generated internally as part of our normal
20 procedures.
21    Q.  Okay. So I just want to get the procedure
22 right here.
23        You would get this document, this sales order?
24    A.  Correct.
25    Q.  And that would tell you, or I guess the

Page 117

1 question I have, does that tell you what options they
2 want?
3     A.  Yes.
4     Q.  From the, that are different from the base
5 plan?
6     A.  Yes.
7     Q.  So based upon that sales order, can you then
8 make the internal Viking document that gives the exact
9 specifications for the washer to be built?
10    A.  Yes, sir.
11    Q.  Okay.
12        MR. FLEMING: Why don't we mark that as an
13 exhibit.
14        (Enegren Exhibit No. 15 was marked for
15 identification.)
16 BY MR. FLEMING:
17    Q.  Now you testified about all your phone
18 conversations being recorded in this management
19 software.
20    A.  Yes, sir.
21        MR. POWERS: Objection.
22 BY MR. FLEMING:
23    Q.  Would the phone conversations of Howard
24 Whitehead, would memoranda of his conversations have
25 been recorded in the same software?

30 (Pages 114 to 117)

Esquire Deposition Services (561) 659-4155

Page 118

1    A. It's Whitetree.
2    Q. Excuse me.
3    A. And I doubt that he would have recorded them,
4  because he was not typically in that sales management
5  software. He may have reported to me or Chris or
6  someone else, shared his conversation and we might have
7  recorded it, but it would have been accidental.
8    Q. Do you remember whether Howard had any phone
9  conversations with Paul Renzella in the early nineties
10 regarding this washer?
11   A. I'm sure he did.
12   Q. Do you remember whether Howard had any regular
13 practice of recording the substance of these
14 communications?
15   A. No. No, I don't recall one; and no, I don't
16 think he recorded the notes.
17   Q. Okay. If he had a conversation with Paul
18 Renzella regarding the washer, would he verbally report
19 to you subsequently?
20   A. Yes.
21   Q. When did you first hear about the accident
22 involving Edward Steffen?
23   A. I received a call from a man named Dos
24 Urbanski.
25   Q. I don't want to have any information regarding

Page 119

1  conversation with an attorney.
2    A. I understand. That's the first knowledge I
3  had was receiving a phone call Dos Urbanski saying he
4  was -- I don't know if it was Viking or the insurance
5  company that's covering Viking, but that was my first
6  notification.
7    Q. After that initial notification, have you had
8  any conversations with current employees of Viking
9  regarding the accident?
10   A. No -- let me back up. I think I had one very
11 brief conversation with Darrin Lock, who is the current
12 president of Viking, but it was in passing. I got a
13 call from -- I forgot the name of the law firm, but Dos
14 Urbanski's law firm, and he said, "He's representing
15 you, are you familiar with this?"
16      I said, "Yeah, go ahead and talk to them."
17      But I don't think that's what you're asking
18 about.
19   Q. Okay. Do you know whether Viking ever
20 investigated the cause of this accident?
21   A. I don't know.
22   Q. Has anyone ever told you, other than
23 conversations with your attorney, which I don't want to
24 hear about, told you the cause of this accident?
25   A. No.

Page 120

1    Q. Do you have an opinion as to the cause of this
2  accident?
3    A. I don't even know that I know what the
4  accident was.
5    Q. You don't even know what the accident was,
6  okay, that ends that line of questioning.
7    A. Having said that, my attorney said there was
8  an explosion, someone was injured, but that's about all
9  I know.
10   Q. Okay.
11   A. But that's just between us girls. I didn't
12 tell you that.
13      MR. POWERS: Actually it's between us girls
14   and the court reporter, and we don't have to go
15   there.
16      THE WITNESS: That's what little I don't know
17   about things.
18 BY MR. FLEMING:
19   Q. You testified that no engineering analysis was
20 done for the evaporator when it was added as an option
21 to the washer machine; is that correct?
22      MR. POWERS: Objection.
23      THE WITNESS: That's correct.
24 BY MR. FLEMING:
25   Q. And what do you mean by engineering analysis?

Page 121

1    A. We did not hire an outside engineering firm.
2    Q. Were there in-house engineers at Viking in the
3  early 1990, late 1980s?
4    A. We did not employ a degreed engineer.
5    Q. Do you remember -- this might have already
6  been asked, but I apologize, I just don't remember what
7  your testimony was.
8      Do you remember when the evaporator was added
9  as a potential option to the Viking washers?
10   A. I would guesstimate -- and that's about all it
11 is is a guess -- I would guess mid eighties.
12   Q. And in the mid eighties approximately how many
13 employees did Viking have?
14   A. Probably around 40.
15   Q. And out of those 40, none of them were degreed
16 engineers?
17   A. Correct.
18   Q. When new products were developed by Viking
19 back in the early -- mid 1980s, early 1990s, was it the
20 usual practice to hire outside engineers?
21   A. No.
22   Q. Did you ever hire an outside engineer to do
23 work for Viking?
24   A. Not that I recall -- wait, we did. We did
25 hire an engineer to do some work on an electrical

Page 122

1 control panel one time.
2    Q. Okay. Is that the same electrical control
3 panel you testified earlier that got UL approval?
4    A. No.
5    Q. Okay. So you remember hiring engineers to
6 work on the electric control panel?
7    A. We hired an electrical engineer I think out of
8 necessity, because one of the control panels we
9 manufactured incorporated a computer and a piece of
10 computer software that required an electrical engineer's
11 assistance.
12    Q. Do you recall any other time hiring outside
13 engineers?
14    A. No.
15    Q. If you had hired an engineer to do an
16 engineering analysis of the evaporator, what type of
17 engineer would you hire?
18    A. I'm not sure where I would even look.
19    Q. As you understand it, what does an engineering
20 analysis involve?
21    A. Well, not having used one, I don't know that I
22 can address it.
23    Q. Okay.
24    A. I just don't know.
25    Q. I think you also testified that the evaporator

Page 123

1 was reverse engineered.
2    A. Yes.
3    Q. What do you mean by that?
4    A. We had a request to develop an application,
5 and so we backed into the design, given the end product
6 that a customer had specified, we built to a
7 specification.
8    Q. So did this customer specify the actual
9 dimensions and whatnot?
10    A. No. It was more of a conceptual
11 specification.
12    Q. Do you remember ever having any conversations
13 with Paul Renzella or anyone else at Hillside -- and
14 this is just you personally -- regarding the use of
15 caustic in the machine?
16    A. Yes.
17    Q. And what do you remember about those
18 conversations?
19    A. Well, it was one of the very first
20 conversations we had when Paul told me he had a leak in
21 the fire tube, because as a part of our quality control,
22 when we test a machine and run a machine for a period of
23 hours in the plant, we check for leaks and ensure that
24 there are absolutely no leaks in the machine, including
25 pressure testing of the fire tube under pressure with

Page 124

1 air at about 200 pounds a square inch.
2    So we know we shipped the machine without
3 leaks in the fire tube. One of the ways to create a
4 leak in a fire tube is to use a very hot caustic that
5 might corrode the fire tube and cause a leak.
6    So that was one, would be one of the very
7 first conversations we had within the first 30 or 60
8 days, I believe, that came up as an issue.
9    Q. And did you tell Paul Renzella not to use
10 caustic in the machine?
11    A. Absolutely.
12    Q. And what was his response to that?
13    A. Well, Paul -- I'm going to have to speculate
14 about Paul's attitude and disposition here, so forgive
15 me if I'm wrong, but I believe Paul fancied himself to
16 be a very capable designer, builder, owner, operator of
17 equipment, and I do know that his initial reaction was
18 that it was unreasonable that he could not use a caustic
19 in the machine. Regardless, we pointed out that it was
20 in the manual.
21    There was some discussion I believe even that
22 the sales agent had suggested a caustic, and we had I
23 believe a discussion with John Zanetti --
24    Q. By the sales agent, you mean John Zanetti?
25    A. Yes, sir, that we absolutely don't use caustic

Page 125

1 in those machines, that caustic at its core is unsafe.
2 It's caustic. Beyond that, it's a ferrous metal
3 machine, not a stainless steel machine.
4    Q. And you testified that at some point Howard
5 Whitetree visited Hillside?
6    A. I believe that's correct, yes.
7    Q. And you believe that during that visit he saw,
8 he discovered there was caustic in the machine?
9    A. Again, I believe that's my recollection.
10    Q. And would that, was that subsequent to that
11 phone conversation with Paul Renzella regarding the leak
12 in the fire tube?
13    A. I don't know the timing.
14    Q. Do you know whether --
15    A. Let me back up.
16    Q. Go ahead.
17    A. I would presume my conversation about use of
18 caustic stemmed from Paul's complaint that there was a
19 leak in the fire tube, and I would presume it was prior
20 to Howard's visit out there, but I don't know that for a
21 fact.
22    Q. Do you know whether Howard Whitetree
23 created a report or anything in writing as a result of
24 his visit to Hillside?
25    A. I don't recall.

32 (Pages 122 to 125)

Page 126

1    Q.  Are you still in touch with Howard Whitetree
2  at all?
3    A.  I haven't spoken with him in many years.
4    Q.  When you sold your business -- by that I mean
5  Viking -- how much did you sell it for?
6    A.  Is this something I would be required to
7  answer?
8        MR. POWERS: It's irrelevant. It's not
9    privileged, but how is it relevant?
10       MR. FLEMING: How is it relevant? It is
11   relevant. Do you want to go off the record?
12       MR. POWERS: Sure.
13       (Discussion held off the record.)
14  BY MR. FLEMING:
15   Q.  When you sold your business, how many
16  employees did Viking have?
17   A.  I don't recall exactly. I would say around 35
18  to 40.
19   Q.  And what's the most number, the greatest
20  number of employees Viking ever had?
21   A.  Approximately 60.
22   Q.  And when was that?
23   A.  Early to mid eighties.
24   Q.  Now this reduction in force, was this due to
25  less demand or greater automation?

Page 127

1    A.  It was a primarily the type of product we
2  built. We shifted from a high labor content product to
3  high value added content. So products that sold for one
4  or 2000 were eliminated from the line. Products that
5  sold for 10 and 20,000 were added to the line.
6        Additionally, we built a new plant and moved
7  into a new plant. Saved a lot of footsteps and had some
8  new equipment, overhead cranes, that sort of thing.
9    Q.  What was the square footage of your new plant?
10   A.  The building was around 13,000 square feet.
11  And I don't recall whether the offices were additional
12  to that or not. I believe we about 3,000 feet of
13  offices in addition.
14   Q.  And did Viking own that building?
15   A.  Yes.
16   Q.  Was Viking owned solely by you?
17   A.  Yes.
18   Q.  At all times prior to you selling it?
19   A.  Yes.
20   Q.  And was your job title president?
21   A.  Yes.
22   Q.  Did you hold any other titles with the
23  corporation?
24   A.  I don't know. I don't recall.
25   Q.  Other than yourself, were there any other

Page 128

1  officers of the company?
2    A.  I don't think we had any other officers. I
3  may have designated a family member as a treasurer or
4  something of that nature just to sign documents in my
5  absence, but I don't think so.
6    Q.  Where was Viking incorporated?
7    A.  Kansas.
8    Q.  When you sold the business, what were your
9  yearly revenues?
10   A.  Approximately $3 million.
11   Q.  What was your, if you can remember, the
12  greatest revenue you ever had in a year during your
13  course of running Viking?
14   A.  About that, around 3 million.
15   Q.  I want you to take a look at this, what's been
16  marked as Exhibit 5, the October 14, 1992 letter to
17  Viking Corporation from attorney Todisco.
18       Do you remember receiving that letter?
19   A.  Broadly, yes.
20   Q.  Do you remember whether you responded to this
21  letter?
22   A.  Oh, I'm sure we did in some fashion.
23   Q.  Okay. I want to show you what's been marked
24  as Exhibit 6, which is an October 19th letter from you
25  to Paul Renzella.

Page 129

1    A.  Yes.
2    Q.  Was this October 19th, '92 letter written in
3  response to this October 14, 1992 letter?
4    A.  I don't think so.
5    Q.  Okay.
6    A.  It's just coincidental that they are within
7  the same week.
8    Q.  That's what I was wondering. It seems as if
9  they might have crossed in the mail.
10   A.  Exactly. I don't think this is a response
11  specifically addressed to this.
12   Q.  So you believe at some time in some way,
13  whether it was verbally or in writing, you did indeed
14  address the concerns raised in the October 14, 1992
15  letter?
16   A.  Yes.
17   Q.  Prior to this Viking machine that was sold to
18  Hillside, had there ever been a problem with a machine
19  not being approved by the local regulatory agency?
20   A.  I've only had one other event that I can
21  remember, at least sitting here today. We ran in a
22  situation in Hayward or Haywood, California, where a
23  city inspector required a UL-approved control panel on
24  an airless blasting machine.
25       And that was what caused us to go to UL and

33 (Pages 126 to 129)

Page 130

1  obtain a certification for the entire plant to
2  manufacture under a UL label.
3      I don't recall whether that was pre or post
4  Hillside.
5      Q. But in the usual course of your business -- by
6  your business, I mean the business of Viking -- you were
7  able to sell these washers and other machines without
8  getting UL or ADA approval?
9      A. Absolutely.
10     Q. I think you testified that you do remember
11 selling some other products in Massachusetts.
12     A. I'm sure we did.
13     Q. Do you know whether they were washers such as
14 the one at issue here?
15     A. I assume they were, but I don't recall.
16     Q. Do you remember whether there was any issue
17 with state approval of those washers?
18     A. I know we had no other issues with approval.
19     Q. Okay. Earlier I think you testified about,
20 you were talking about the manuals. You talked about
21 there was something such as a supplementary manual that
22 would have been supplied by the gas burner manufacturer,
23 which might have been Wayne in this instance?
24     A. Not a supplement to us. They created their
25 own manual for a burner or a pump or a switch or a fuse

Page 131

1  or whatever. All of those would have been added to our
2  own manual as a supplement or as an additional to.
3      Q. So would they have been actually added to your
4  manual, they would have been added as an addition to
5  your manual, or would it have been supplied as an
6  additional document to the purchaser?
7      A. I would say the latter.
8      Q. Okay. And do you have any memory of whether
9  the manual for the burner for the washer that was sold
10 to Hillside, whether that was supplied to Hillside?
11     A. I would assume it was, but I don't have a
12 specific recollection of that machine on that issue.
13     Q. Do you know in the manual that you have
14 already looked at today, there was an earlier one and
15 the later one, the ones that have been marked as
16 exhibits, is there any reference in those manuals to the
17 other manuals, meaning the gas burner manual?
18     Is there any notification?
19     A. I don't recall.
20     Q. Why don't you take a look. I want you to look
21 and see whether there was any notification that the user
22 should refer to another manual. By that, I mean the gas
23 burner manual.
24     What were they marked? Here's one, Exhibit 4,
25 and the other one is later, and Exhibit 14.

Page 132

1      A. I don't see a reference in Exhibit 4.
2      In Exhibit 14, page two of the operator's
3  manual says "Instructions for the installation/operation
4  of the gas burner are wired to the burner. Read these
5  instructions diligently."
6      Q. Okay. Would that be some type of shorthand
7  instructions?
8      MR. POWERS: Objection.
9  BY MR. FLEMING:
10     Q. That's different from the instructions for the
11 actual burner?
12     A. No, I believe there is a full-blown manual
13 with the burner.
14     Q. That is wired to the burner?
15     A. Yes.
16     Q. A full-blown manual wired to it?
17     A. Yes. If I recall the manual, it's probably a
18 quarter of an inch thick, eight and a half by eleven,
19 comes in its own folder with a hole punched, and it is
20 literally wired right to the burner with a wire clip.
21     Q. I think you might have already testified to
22 this, but you don't recall any other incident involving
23 an explosion of the evaporator?
24     A. No, I don't recall anything.
25     MR. FLEMING: I think that's all the questions

Page 133

1  I have. Thank you.
2      THE WITNESS: You're welcome.
3      REDIRECT (GUS ENEGREN)
4  BY MR. DOYLE:
5      Q. Round two. It's not going to be long.
6      First Specialty Insurance Corporation, did you
7  ever do any business with them that you know of?
8      A. I don't even recognize the name.
9      Q. Do you remember who you dealt with for
10 insurance issues back in the 1990s when you were running
11 Viking?
12     A. Well, I remember the health insurance guys
13 distinctly. I believe product liability was through an
14 agent or an agency rather called Insurance Management
15 Associates. At least for a number of years it was, but
16 I don't -- I've slept since then.
17     Q. Do you remember how much insurance, how much
18 general liability insurance you had, Viking Corporation
19 had back in the 1990s when you were running the company?
20     A. I can give you a general range, but I don't
21 recall the exact amount.
22     Q. Sure, I'll take the range.
23     A. I believe we had a million dollars occurrence.
24 It might have been two, but that's about it.
25     Q. Okay. Do you know of any reason why Viking

Esquire Deposition Services (561) 659-4155

Page 134

1  Corporation would have reduced their general liability
2  insurance coverage after you sold the business to the
3  present owners from whatever the level was down to
4  $500,000?
5      A. I don't know of a reason. I was unaware that
6  they had done it. I assume it's a cost-driven maneuver,
7  but I don't know that.
8      MR. DOYLE: Sure. Thanks very much. That's
9  all I have.
10     THE WITNESS: You're welcome.
11     MR. DOYLE: Mr. Powers has an hour or two.
12     MR. POWERS: Not an hour. Just a question or
13  two.
14         CROSS (GUS ENEGREN)
15 BY MR. POWERS:
16     Q. During the conversations that you had with
17  Mr. Renzella, did he ever make or suggest proposed
18  modifications of the machine?
19     A. Yes.
20     Q. Could you tell us some of the things that he
21  proposed to modify on the machine.
22     A. It escapes me at the moment, but his
23  attorney's letter is marked as an exhibit and details
24  some of the changes that were proposed by Mr. Renzella.
25  And I just, I don't recall them off the top of my head.

Page 135

1      Thank you. Something about correcting pipes
2  in the manifold, a low water shutdown, water temperature
3  gauge, friction brake on the door.
4      Q. At the time that Mr. Renzella proposed that
5  you return the money that he paid for the machine, was
6  it your expectation that you were going to get the
7  machine back in exchange for the payment of the money?
8      A. Initially I believe I proposed that he return
9  the machine. We would refund his money.
10     Somewhere in the course of that conversation
11  or subsequent conversations, he informed me that he
12  either had retained or would retain an attorney and that
13  he wanted to keep the machine.
14     He also wanted to be reimbursed the money he
15  paid for the machine. And I believe I then suggested to
16  him the only way I would be willing to consider
17  something of that nature would be if I had a full and
18  complete release from all liability related to that
19  machine.
20     Q. By the time this conversation occurred, were
21  you concerned with the manner in which Mr. Renzella was
22  utilizing the machine?
23     A. Yes.
24     Q. Did you believe that he was utilizing it in an
25  unsafe manner?

Page 136

1      MR. FLEMING: Objection.
2      THE WITNESS: I felt Mr. Renzella lacked the
3  experience to modify the machine, first of all, and
4  he had informed me that he would be making
5  modifications.
6      And second, if memory serves correctly, he had
7  either a need or a desire to want to use caustic in
8  the machine, and I had an objection to that.
9  BY MR. POWERS:
10     Q. When he proposed keeping the machine and you
11  requested the release and indemnity from him, it was
12  within your contemplation that he was offering the
13  protection not only from any further claims from him,
14  but from any further claims that might arise out of his
15  continued use of the machine?
16     MR. FLEMING: Objection.
17     THE WITNESS: Yes.
18  BY MR. POWERS:
19     Q. And you made that clear to Mr. Renzella in
20  your conversations?
21     MR. FLEMING: Objection.
22     THE WITNESS: Yes.
23  BY MR. POWERS:
24     Q. And Mr. Renzella agreed to provide that type
25  of assurance protection to you?

Page 137

1      A. I believe he said to me, "You will never hear
2  from me again."
3      Q. Now when you received from Mr. Renzella's
4  attorney the document that was marked earlier, it was
5  your understanding that that document represented the
6  agreement that you had reached with Mr. Renzella that he
7  would protect you from any other claims that might arise
8  out of the use of this machine?
9      MR. FLEMING: Objection.
10     THE WITNESS: Yes.
11     MR. POWERS: I have no further questions.
12     MR. DOYLE: I have nothing else. Thanks very
13  much.
14     MR. FLEMING: Thank you.
15     THE WITNESS: You're welcome, gentlemen.
16     MR. POWERS: No more questions.
17     MR. DOYLE: You can put on the record that
18  plaintiffs' attorney has kept the exhibits, and we
19  will circulate the copies when I get back to
20  Massachusetts.
21     MR. POWERS: Thank you.
22        (Witness excused.)
23
24
25

35 (Pages 134 to 137)

Page 138

```
 1            CERTIFICATE OF OATH
 2    THE STATE OF FLORIDA
 3    COUNTY OF PALM BEACH
 4
 5
 6        I, the undersigned authority, certify that Gus
 7    Enegren personally appeared before me and was duly
 8    sworn.
 9
10        Dated this 16th day of September, 2005.
11
12
13
14
15
              Rachel W. Bridge, RMR, CRR
16            Notary Public - State of Florida
              My Commission Expires:  1/15/07
17            My Commission No.: DD 164752
18            Job #743879
19
20
21
22
23
24
25
```

Page 139

```
 1            CERTIFICATE
 2    THE STATE OF FLORIDA
 3    COUNTY OF PALM BEACH
 4
 5        I, Rachel W. Bridge, Certified Realtime
      Reporter and Notary Public in and for the State of
 6    Florida at large, do hereby certify that I was
      authorized to and did report said deposition in
 7    stenotype; and that the foregoing pages are a true and
      correct transcription of my shorthand notes of said
 8    deposition.
 9        I further certify that said deposition was
      taken at the time and place hereinabove set forth and
10    that the taking of said deposition was commenced and
      completed as hereinabove set out.
11
          I further certify that I am not attorney or
12    counsel of any of the parties, nor am I a relative or
      employee of any attorney or counsel of party connected
13    with the action, nor am I financially interested in the
      action.
14
          The foregoing certification of this transcript
15    does not apply to any reproduction of the same by any
      means unless under the direct control and/or direction
16    of the certifying reporter.
17        Dated this 16th day of September, 2005.
18
19
20
21
          Rachel W. Bridge, RMR, CRR
22        Notary Public - State of Florida
          My Commission Expires:  1/15/07
23        My Commission No.: DD 164752
24        Job #743879
25
```

Page 140

```
 1    DATE:    September 16, 2005
 2    TO:    Mr. Gus Enegren    Job #743879
            c/o Robert P. Powers, Esq.
 3        Melick, Porter & Shea, LLP
          28 State Street
 4        Boston, Massachusetts 02109
 5    IN RE: Steffen vs. Viking Corporation
 6    CASE NO.: 04-10592-RB
 7        Please take notice that on Friday, the 9th of
      September, 2005, you gave your deposition in the
 8    above-referred matter. At that time, you did not waive
      signature. It is now necessary that you sign your
 9    deposition.
          As previously agreed, the transcript will be
10    furnished to you through your counsel. Please read the
      following instructions carefully:
11        At the end of the transcript you will find an
      errata sheet. As you read your deposition, any changes
12    or corrections that you wish to make should be noted on
      the errata sheet, citing page and line number of said
13    change. DO NOT write on the transcript itself. Once
      you have read the transcript and noted any changes, be
14    sure to sign and date the errata sheet and return these
      pages to me.
15        If you did not read and sign the deposition
      within a reasonable time, the original, which has
16    already been forwarded to the ordering attorney, may be
      filed with the Clerk of the Court. If you wish to waive
17    your signature, sign your name in the blank at the
      bottom of this letter and return it to us.
18
              Very truly yours,
19
20
              Rachel W. Bridge, RMR, CRR
21            ESQUIRE DEPOSITION SERVICES, INC
              515 North Flagler Drive
22            West Palm Beach, Florida 33401
23    I do hereby waive my signature.
24
25    Gus Enegren
```

Page 141

```
 1            CERTIFICATE
 2            - - -
 3    THE STATE OF FLORIDA
 4    COUNTY OF PALM BEACH
 5        I hereby certify that I have read the
 6    foregoing deposition by me given, and that the
 7    statements contained herein are true and correct to the
 8    best of my knowledge and belief, with the exception of
 9    any corrections or notations made on the errata sheet,
10    if one was executed.
11
12        Dated this ____ day of _____,
13    2005.
14
15
16
17
18    _____
19    GUS ENEGREN
20    Job #743879
21
22
23
24
25
```

36 (Pages 138 to 141)

Page 142

1           E R R A T A   S H E E T
2   IN RE:  Steffen vs. Viking Corporation
3   CR: RACHEL BRIDGE   DEPOSITION OF: GUS ENEGREN
4   TAKEN: 9-9-05   JOB NO.: 743879
5       DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE
6   PAGE # LINE #  CHANGE          REASON

7   _____

8   _____

9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17
18  Please forward the original signed errata sheet to this
    office so that copies may be distributed to all parties.
19
    Under penalty of perjury, I declare that I have read my
20  deposition and that it is true and correct subject to
    any changes in form or substance entered here.
21
22  DATE: _____
23
24  SIGNATURE OF DEPONENT:_____
25

Esquire Deposition Services (561) 659-4155

A

**ability** 78:3
**able** 10:22 16:15 72:7 130:7
**above-referred** 140:8
**absence** 128:5
**absolutely** 24:15 71:12 123:24 124:11,25 130:9
**acceptable** 112:3
**access** 100:20,23
**accident** 118:21 119:9 119:20,24 120:2,4,5
**accidental** 118:7
**accidents** 112:18
**accommodate** 4:20
**accompany** 49:16
**accounting** 104:6
**accumulated** 40:1 71:3
**accurate** 8:10
**accurately** 4:25 102:6
**acid** 54:3
**acquisitions** 7:14
**act** 101:4
**acting** 82:25 88:4
**action** 29:17 107:20 139:13,13
**active** 57:12
**activity** 8:5
**acts** 101:11
**actual** 123:8 132:11
**ADA** 130:8
**add** 112:13
**added** 17:25 19:2 120:20 121:8 127:3,5 131:1,3,4
**addition** 52:11 69:3 99:5 127:13 131:4
**additional** 79:22 88:8 88:10,19,21,24 92:3 92:11 127:11 131:2,6
**Additionally** 127:6
**address** 10:25 51:17 75:5 122:22 129:14
**addressed** 83:10 129:11
**adequate** 116:17
**adopted** 95:9
**advertising** 22:25
**advising** 5:23
**Advisors** 7:23
**affiliated** 7:11 16:1,6
**affirmed** 4:9
**agency** 82:14 129:19 133:14
**agent** 9:1 22:13,16 28:24 32:7 53:25 56:24 124:22,24 133:14
**agents** 55:5 69:21
**aggressive** 53:25
**ago** 53:16 67:12
**agree** 48:18 68:1 71:8 91:13
**agreed** 5:13,17 136:24 140:9
**agreed-upon** 85:15
**agreement** 21:24,24 83:13 137:6
**agreements** 21:19,25 83:21 88:21 111:7
**agrees** 87:19
**ahead** 119:16 125:16
**air** 124:1
**airless** 11:16 25:22 66:20 129:24
**airtight** 100:18
**Alliance** 7:7,12 8:3
**allow** 21:14 70:13,25
**allowed** 100:23
**allows** 35:1
**Aloud** 86:22
**amend** 90:22
**amount** 22:24 81:13 85:5,12 133:21
**analysis** 42:8,10,11,12 42:12,13 105:21 120:19,25 122:16,20
**Anderson** 92:20
**and/or** 13:18 70:10,14 70:15 71:24 72:11,19 139:15
**answer** 5:1,3,4 64:10 65:6 86:19 126:7
**answers** 4:23 87:10
**anybody** 7:4 56:1 75:12
**anyways** 59:24 83:7
**apologize** 6:12 35:23 67:23 106:17 111:9 121:6
**apparently** 5:25 8:5 17:4 28:4 105:21
**appealing** 42:17
**appear** 15:12,16 16:16 18:19 19:5 27:4 47:25 68:20 76:15 90:9 97:1
**APPEARANCES** 2:1
**appeared** 138:7
**appears** 15:20 17:5,16 17:19,24 18:1,25 23:9 27:21 48:1,2,3,6 48:18 52:16 77:7 80:5 82:13 86:6 88:4 101:18 114:9
**application** 11:21 89:10 123:4
**applied** 66:1
**apply** 107:25 139:15
**appreciate** 106:9
**approaches** 34:14
**appropriate** 6:5
**approval** 64:7 65:12 122:3 130:8,17,18
**approved** 63:13,15 64:25 65:3 129:19
**approximately** 5:20 7:19 10:23 15:18 25:13 26:15 36:1 38:15 39:15 44:6 59:13 60:2 62:4,17 63:19 74:25 78:7,11 78:15 83:18 90:16 111:1 121:12 126:21 128:10
**area** 9:23 10:9 18:3,14 20:3 27:20 36:20,21 70:24,25 96:9 100:20 103:9,21
**arising** 113:3,16
**arrangement** 6:1 21:14 22:18
**arrangements** 30:18 47:6,6 59:21 75:2
**asked** 55:17 56:13 92:25 98:6 106:19 111:10 121:6
**asking** 4:15 119:17
**asserted** 113:15
**assistance** 122:11
**associate** 67:11
**associated** 7:16 8:1 11:8 14:20 19:22 23:13 33:10,15,23 37:15 38:12 41:22 52:4 63:21 90:12 92:7,10,11,14 93:7 96:19
**Associates** 7:14 133:15
**assume** 40:22 47:3 60:4 71:20 88:16 110:6 130:15 131:11 134:6
**assumed** 88:9
**assumption** 107:19
**assurance** 136:25
**as-ordered** 98:15
**Atlanta** 93:3
**attach** 65:19,22
**attaching** 82:3
**attempt** 75:5 84:16 85:6
**attended** 22:22
**attention** 24:2
**attitude** 124:14
**attorney** 9:1 83:11 84:4 84:6 89:13 109:12,15 109:17 119:1,23 120:7 128:17 135:12 137:4,18 139:11,12 140:16
**attorneys** 19:22
**attorney's** 91:19 134:23
**attractive** 43:1
**August** 67:7 83:10,18 84:13 86:17 107:5,8 108:14 109:7 111:19 112:6
**authority** 138:6
**authorize** 82:7
**authorized** 82:18 85:4 86:3 104:6 139:6
**auto** 77:23
**automated** 91:10
**automatic** 37:24 90:23
**automatically** 34:22
**automation** 126:25
**automotive** 11:2 13:5 25:7 27:6 40:11 41:24 54:14 55:12 58:13 60:19 63:18 67:17 79:1 85:5 86:3 86:7,16 87:18 88:5 88:20 90:16 103:24 104:24
**available** 38:24 44:8 105:6
**aware** 16:5 35:2 42:14 43:4 58:12 65:1 87:16,24 88:9 93:8 94:1,5,7,14,25 95:5 95:13 106:4
**axis** 12:19,21

B

**B** 3:8 97:23 98:3
**back** 7:1 14:11 19:17 24:16,18 25:21 26:7 27:25 31:6 36:1,15 44:2 46:9 48:12 54:11 65:5 67:7 68:19 78:11 80:24 84:20 85:13,24 86:17 90:22 93:16 94:17 98:4 110:5 111:19 119:10 121:19 125:15 133:10,19 135:7 137:19
**backed** 123:5
**background** 8:7 9:19 10:21
**ball** 116:12
**bar** 17:3 90:3
**barely** 43:15
**base** 54:5 99:3,9,11 115:12,13,18 117:4
**based** 10:21 21:16 27:5 30:23 74:14 117:7
**basic** 14:3 44:3,16,21
**basically** 12:14 46:16 75:10,15 79:1 80:9 81:2 82:4 85:8
**basis** 26:18 40:6 98:15
**basket** 24:8
**baskets** 24:13
**Beach** 1:18,23 138:3 139:3 140:22 141:4
**began** 40:5
**beginning** 12:12,16 39:5 79:2 106:17
**behalf** 2:2,7 74:13 83:1 88:4
**belief** 72:10,18 141:8
**believe** 6:1 7:20 20:6 20:18 21:8 25:17,21 26:23 28:7 31:9 34:5 35:7,18 36:2 38:23 41:18 47:23 48:10 49:20 51:18 52:22 53:12 54:3,6 56:9 58:7,24 61:4 62:23 64:6,20 69:4 73:6 74:22 77:2 81:24 95:9,16,18,19 99:23 106:24 107:4,10 111:21,24 112:23 113:2 114:6,10 115:20 124:8,15,21 124:23 125:6,7,9 127:12 129:12 132:12 133:13,23 135:8,15,24 137:1
**believed** 6:4
**bell** 90:14
**belt** 12:24 66:11,14
**best** 33:22 34:1 46:3 52:6 61:14 85:17 141:8
**beyond** 108:3,9 125:2
**big** 42:5 105:24
**biodegradable** 56:12 57:7,8 71:5
**birth** 10:8
**blank** 140:17
**blast** 11:1 66:22
**blaster** 48:22 49:6 52:1 52:18 55:14 56:2 58:8,14 59:6,14 63:10 66:1,14,19 72:22 74:12 77:12 78:21 79:14,18 80:10 82:9,23 85:9 89:21 90:15 97:5 99:10

104:3
**blasters** 66:16,24,25
68:23
**blasting** 11:17,19 25:22
66:21 129:24
**blue** 17:20 30:14
**Bob** 106:12
**body** 31:8
**boiling** 34:14,14
**bolted** 45:5
**born** 10:10
**Boston** 2:4,9,13 5:22
103:21 140:4
**bottom** 24:3 52:22
53:10 68:7 69:19
70:5 80:18,21 81:7
140:17
**bought** 8:3 55:15 65:10
65:16 78:12,22 85:9
104:24
**box** 42:5 51:17 52:21
**boxed** 52:20
**brake** 89:5,8,9,18,20
89:23 90:5,10 135:3
**brand** 56:2,8,14
**break** 4:17 31:19 33:4
**breakfast** 43:15,17,21
**breaking** 33:2,2
**Bridge** 1:21 4:3 138:15
139:5,21 140:20
142:3
**brief** 8:2 119:11
**bring** 101:11
**brings** 94:9 95:5
**Broadly** 128:19
**brought** 106:22,24,25
112:25
**bucket** 19:9,14 36:22
**build** 12:6 34:7 40:15
40:17 42:5 95:24
116:6,7
**builder** 124:16
**building** 29:13 30:11
31:23 40:7,10 41:23
95:21 99:1 127:10,14
**built** 12:11,15 13:14,20
28:12 35:6 43:14
61:13 91:5 103:23
104:11,18 115:10
117:9 123:6 127:2,6
**burn** 71:4
**burner** 19:3,6,8 28:11
29:2,8,10,15 53:7,8
61:10 70:23 73:2,2,3
80:20 100:9,19 102:8
130:22,25 131:9,17
131:23 132:4,4,11,13
132:14,20
**burners** 64:24 65:7,14

65:19,22
**burning** 30:5
**business** 4:21 5:10 7:22
8:5,8 9:2,11,20,20,23
9:25 10:19 11:1
14:21,25 22:6,6 25:2
26:8,13,13 40:10
41:15,19,21 42:24
44:2 51:11 57:25
75:8 77:19 78:9,17
84:9 86:17 93:15
94:1 95:13,14,25
110:6 111:3 126:4,15
128:8 130:5,6,6
133:7 134:2
**button** 32:23 33:1 50:8
**buy** 33:18,19 65:7
79:14,16,21
**buyer** 38:22
**buying** 27:6 78:21

------

**C**

**C** 4:1 139:1,1 141:1,1
**cab** 5:25 104:12
**cabinet** 31:13
**California** 129:22
**call** 6:14 18:15 76:17
77:21,21,21,24,25
78:1 101:17 105:16
112:2,6 118:23 119:3
119:13
**called** 5:22 41:11 81:10
81:12 111:25 133:14
**calling** 75:23
**calls** 75:20 76:3,7 78:8
78:8 112:7
**capable** 124:16
**capacity** 14:3 27:23
**capital** 7:7,12 8:3 41:13
41:13
**caption** 51:16
**carbon** 30:6,10
**carefully** 140:10
**cars** 105:22
**case** 1:3 4:14 12:1 18:5
30:19 79:2 112:8
140:6
**catalogs** 22:9
**catch** 101:17
**cause** 4:5 38:18 119:20
119:24 120:1 124:5
**caused** 129:25
**causes** 29:24
**caustic** 53:19,22,23
54:12,18,20,24 55:1
55:7,13,23 57:10,15
69:21,22 102:12,12
102:16,19,24 123:15
124:4,10,18,22,25

125:1,2,8,18 136:7
**cautions** 73:4
**Central** 2:4
**centrifugal** 66:22
**CEO** 7:10
**certain** 20:20 26:9 47:2
63:1 65:19 67:23
115:14
**certainly** 105:6,9
**CERTIFICATE** 138:1
**certification** 61:10
62:25 64:10 65:12
75:2 82:8,19 130:1
139:14
**certified** 4:4 63:15,22
64:12,17,18,25 65:3
139:5
**certify** 136:9 139:6,9
139:11 141:5
**certifying** 139:16
**challenging** 103:19
**chamber** 18:6,9 19:10
29:3,5,9,11,20,21,24
31:21 32:10,12,13,14
32:19 33:9,14,17
34:2 35:13 36:16,23
36:24 38:16,20,21
40:4 42:2 43:13,14
44:3,12,13,20,24
45:24 46:1,9,14 81:8
81:16,19 91:6 95:10
96:3 97:13,18,24
98:1 99:20,24,25
100:3,5,7,11,13,15
100:18,21 101:3,24
**chambers** 38:10 39:3,7
39:10,17,21 40:8,12
40:16,18
**chance** 27:13 48:15
111:3,18 112:20
**change** 90:25 112:14
140:13 142:6
**changed** 13:22 44:3
**changes** 14:10 134:24
140:1 142:5,20
**Chapman** 7:14,16,18
8:1,2
**cheaper** 43:9
**check** 85:5 86:3 87:11
123:23
**checks** 85:13
**chemical** 54:7,8 56:2,3
56:8 57:12
**chemicals** 54:12
**chimney** 30:14 100:7
**Chris** 20:18 42:15,19
42:19 58:20 118:5
**Christmas** 77:16
**chronological** 49:11

**chute** 37:12
**circuit** 33:2,4
**circulate** 137:19
**circulating** 32:14
**citation** 105:15
**citations** 105:13
**citing** 140:12
**city** 8:23 9:10 61:9
129:23
**claim** 113:16
**claims** 113:3,5,10
136:13,14 137:7
**clarification** 50:12
**clarify** 50:23
**clasp** 101:15
**clean** 26:3 36:9 41:23
47:14
**cleaned** 34:13
**cleaning** 11:1,6 25:24
37:23 46:25 53:25
54:1,10,12,13,18,21
55:5,13 56:3,14,23
56:24 57:4,8,10
69:22
**cleanout** 90:23 91:10
**cleansing** 28:24 32:7
**clear** 17:14 43:20
136:19
**Clerk** 140:16
**client** 22:9,10,15,15
42:5 43:16 76:24
93:4
**clients** 39:24 42:15,16
42:17,21 56:11
**clip** 132:20
**close** 6:2 20:3 45:1,8
101:23
**closed** 32:23 44:24 45:9
101:5,22
**closely** 96:7
**closeout** 84:17
**code** 51:18
**coincidental** 129:6
**collection** 50:22 76:9
99:6
**Collegiate** 10:13
**color** 13:2 90:1
**column** 30:15
**combustible** 71:5
**combustion** 18:9 29:17
**come** 9:22 10:19 14:5
19:14 36:20 39:20
65:11 94:15 104:18
**comes** 24:21 132:19
**coming** 17:19 78:8
100:19
**commenced** 139:10
**comment** 17:9
**commented** 18:23

**commercial** 40:11
41:23,24 96:20
**commission** 21:16
22:16 26:18 59:1
138:16,17 139:22,23
**commitments** 6:3
**Commonwealth** 82:14
**communications**
118:14
**community** 94:16
**companies** 40:9 41:8
41:22 88:22 94:18,22
95:2,2,8,12,17 96:9
96:11
**company** 7:9 8:20 9:20
11:4,9,12 12:12,16
13:14,15,21,23 14:21
14:24 16:2,7,11
17:12 18:7 21:1,19
22:17,19 23:13 24:19
25:18 27:25 31:23
33:8,13,15 34:6
37:15,16 38:12,14
39:1,6,9,20 41:9,11
41:18 44:6 49:4 52:4
58:12 62:21 65:15,18
69:2 74:11,22 75:20
78:2,6,15 89:3 90:12
91:14 92:14,24 93:1
93:5,8 94:3 96:18
98:14 103:3 104:6
115:3 119:5 128:1
133:19
**company's** 78:9
**compared** 96:3
**compartment** 102:4
**competent** 110:11
**competitor** 24:21 103:9
**competitors** 24:17 40:9
40:17,22 41:1
**competitor's** 24:14
**complaint** 125:18
**complete** 5:4,4 24:7
67:24 135:18
**completed** 111:11
139:10
**complex** 103:18
**complicated** 103:15
**component** 68:17
**components** 53:6 64:16
68:22 95:9
**composition** 31:4
**comprised** 20:15
**computer** 122:9,10
**concentration** 57:11
71:4
**conceptual** 123:10
**concerned** 135:21
**concerns** 75:5,24

129:14
condense 38:18
condition 15:21,23
configuration 12:23
  102:7
confirming 58:7
connected 139:12
connection 32:22 34:19
consequence 107:20
consider 16:9 135:16
consistent 76:18,23
consternation 105:20
constituted 71:10
consult 56:23
contact 31:12 32:20,20
  32:21 33:2 46:21
  49:23 50:1 53:14,15
  58:17 76:20 77:22
  111:20
contacted 21:12
contain 99:18
contained 32:6 36:4
  54:21 57:2 69:25
  71:9,14 72:12,20,25
  87:6 88:6,11 100:6
  100:15 102:4 141:7
container 32:17,18
  36:22 37:12 38:2
  100:23
containers 36:6
containing 72:19 88:21
contemplating 10:17
contemplation 136:12
content 127:2,3
contentious 112:10
continue 17:8 30:18
  82:22
continued 136:15
contracts 111:3
control 49:23 53:15
  64:18 103:24 122:1,2
  122:6,8 123:21
  129:23 139:15
conversation 55:11
  56:4,10 76:19,24
  107:1,4 109:8 118:6
  118:17 119:1,11
  125:11,17 135:10,20
conversations 19:21,24
  19:25 20:6 55:25
  56:5 77:11,15,17
  111:22 112:17
  117:18,23,24 118:9
  119:8,23 123:12,18
  123:20 124:7 134:16
  135:11 136:20
convey 85:4
conveyed 58:2
conveying 57:18

conveyor 12:24,24
  66:11,14
copies 22:9 89:25 96:25
  137:19 142:18
copy 7:21 8:15 13:2
  48:21 58:6 67:12
  71:21 72:6 78:25
  82:13 83:4 84:25
copyright 79:10
core 125:1
corner 68:8 69:13
corporation 1:8 7:18
  8:22 9:17 10:8 12:6
  14:21,25 15:12,17,24
  19:23 20:11 23:11
  24:1 27:6 33:11,24
  38:11 39:16 40:7,15
  48:23 49:1,18 51:12
  51:16 52:2,19 54:16
  56:13 58:2,18 60:11
  60:24 61:22,25 62:4
  62:21,25 63:4,8,10
  63:12,21 64:21,25
  65:20,22 67:8,13,17
  69:8 72:21 80:6 82:7
  82:17 83:1,12,20
  84:14,20 86:6,16
  87:17,19 88:5,20
  89:2,14 90:18 93:10
  94:9 96:18 103:25
  104:2 127:23 128:17
  133:6,18 134:1 140:5
  142:2
Corporation's 15:8
  40:9 59:3 63:22
correct 11:3,7,11 15:24
  15:25 17:12,13,18,21
  21:9,18 26:6 28:3,6
  28:17 29:19,22 30:1
  30:3,4,22 31:18,22
  32:8,14,15 34:25
  35:4,14 36:2 37:5
  38:6,8 45:10 51:4,14
  51:20,21,23 53:21,24
  54:6,9,19 56:20,21
  56:25 57:3,16,17,20
  57:23 61:18 62:9
  64:10,13,15 68:24
  69:6 72:5,9 77:7
  78:19 80:8 87:1,15
  95:11 97:24 100:2,17
  101:6,13,25 113:6
  115:15,20 116:3,5,24
  120:21,23 121:17
  125:6 139:7 141:7
  142:20
correcting 135:1
corrections 140:12
  141:9

correctly 55:20 97:4
  110:24 115:11 136:6
correspondence 82:13
corrode 124:5
corroding 55:24
corrosive 54:25 57:19
cost 38:21 42:22,24
  43:1,5,6 79:22 82:2
cost-driven 134:6
counsel 4:18 5:17 6:4
  19:22 20:4 69:17
  139:12,12 140:10
counter-proposal 84:1
COUNTY 138:3 139:3
  141:4
couple 15:9 65:25 79:3
  79:5,13 92:15
course 51:10 56:10
  57:25 93:14 128:13
  130:5 135:10
court 1:1 120:14
  140:16
cover 37:9 52:16 67:9
  67:20 68:2
coverage 134:2
covered 102:5
covering 119:5
CPA 9:8,10
CR 142:3
cranes 127:8
crated 104:21
create 92:2 114:25
  124:3
created 82:5 105:22
  125:23 130:24
CROSS 3:4 106:15
  134:14
crossed 129:9
CRR 1:21 138:15
  139:21 140:20
current 119:8,11
currently 4:14 87:24
cursory 19:5
custom 115:10
customer 28:4,18 43:12
  46:3 56:22 59:21
  61:23 62:22 64:5
  75:6,13 78:1 95:22
  99:2,4 103:18 104:1
  104:22 105:7 123:6,8
customers 11:10,10
  42:24 43:2 59:8 63:4
  63:8 67:2 78:21
  90:18 98:20
customer's 28:2,10
cut 104:13
cylinder 24:8
cylinders 26:3
cylindrical 17:16 30:20

C.A 1:3
c/o 140:2

———————— D ————————
D 3:1 4:1
dad 10:3 93:20
damage 91:20 108:9
damages 107:24,25
  108:1,2,3,3,9
damaging 55:7
Dan 96:24 98:7
dangerous 54:2 55:3
DAR 98:7
Darrin 119:11
date 39:11,15 57:21
  59:18 62:19 68:9,9
  68:15,19 76:15 79:9
  79:10 83:23 97:2
  140:1,14 142:22
dated 68:13 83:10,18
  86:8 89:14 138:10
  139:17 141:12
dates 9:25 68:3,13
  79:11 83:25 84:7
dating 25:21
David 92:19 109:25
DAVIS 2:12
day 76:15 138:10
  139:17 141:12
days 102:22 124:8
DD 138:17 139:23
deal 22:23 39:24
dealing 72:11 97:2
dealings 26:13 61:1
deals 70:9
dealt 133:9
decade 64:3
declare 142:19
Defendant 1:9
Defendants 2:7
define 73:12
definition 53:24
degrease 28:24
degreaser 12:2,3 26:14
  80:7,9 104:4
degreasers 40:11
degreasing 11:20 12:7
  12:8,11 13:3,12,19
  15:13 16:10,17 19:14
  22:21 25:6,11 26:5
  27:18 34:3 37:3 39:2
  48:23 49:6 52:2
  54:14 55:14 58:8,14
  59:14 63:11 66:1
  94:17 97:6
degreed 121:4,15
degrees 45:17
deliberately 50:3
deliver 22:15 59:14

delivered 10:5 59:16
  60:2
delivery 59:1 61:9
  75:21
demand 126:25
department 82:14
depending 44:13 89:9
  104:11
depicted 15:22 18:3
  23:6 39:17
DEPONENT 142:24
deposition 1:12,22 4:3
  5:14 6:5 8:16 15:6
  16:15 18:4,12 23:2,3
  26:22 30:15,21 31:8
  36:4,12,15 37:10
  39:18 47:21 48:5
  49:10 51:3,25 52:16
  53:11 58:6 69:5
  71:18,22 72:3 74:6
  81:24 82:12 83:5
  87:25 88:18 89:1,16
  90:1,8 101:1 102:10
  108:19 139:6,8,9,10
  140:7,9,11,15,21
  141:6 142:3,20
describe 37:19
described 37:2
descriptions 79:13
design 39:21 40:24
  42:1 44:3 123:5
designated 128:3
designed 40:4 61:14
designer 124:16
designing 42:2
designs 10:5
desire 84:10 136:7
details 99:18 134:23
detergent 53:22 56:12
detergents 53:19 54:18
  54:21,25 55:6,13
determination 87:12
determine 42:9
develop 123:4
developed 11:5 121:18
device 37:11 45:23
  46:5,23 90:24 91:12
  95:20
diagram 52:17 53:4
dialers 77:23
Diameter 27:23
diameters 14:2 28:1
Diana 84:19
dictate 98:22
dictionary 53:24
difference 37:22 96:2
different 11:21 12:10
  13:13 16:21,21 24:4
  28:1,1 37:16,19 38:9

49:4 66:8 88:15 92:3
92:5 96:11,12 114:7
116:2 117:4 132:10
**differentiated** 96:12
**differently** 100:10
**difficult** 27:10 103:17
103:18
**difficulty** 39:25
**diligently** 132:5
**dimensions** 27:22
123:9
**direct** 3:4 4:11 22:22
139:15
**direction** 139:15
**directly** 29:2,8
**director** 7:13
**disclose** 19:24
**disclosure** 20:8
**disconnect** 53:14
**disconnects** 50:1
**discovered** 102:23
105:20 125:8
**discussed** 42:15 102:15
107:11
**discussion** 6:25 48:11
56:11 85:23 110:18
124:21,23 126:13
**discussions** 83:24
84:13
**disposal** 42:22 43:1
**dispose** 40:3 43:9 81:5
**disposed** 81:14
**disposing** 39:25 43:5,6
**disposition** 124:14
**distinction** 14:13
**distinctly** 84:7,8
133:13
**distinguishes** 57:10
**distributed** 142:18
**DISTRICT** 1:1,2
**document** 7:21 23:1,5
23:15,17,19,21,25
24:11 26:21,24 27:2
27:4 47:24 48:4,15
51:4,24 52:7 58:5
67:6,24,25 68:1,25
72:7 74:14 76:3,7
77:11 78:16,25 79:3
79:9,17,24 80:4
82:11 83:4,13,25
86:6,15 87:7,16,22
87:24,25 88:6,11,16
108:11 116:9,11,14
116:23 117:8 131:6
137:4,5
**documented** 77:14,19
**documents** 20:20 39:14
48:19 49:17 50:22
53:5 76:12 84:16,16

**87:**20,21 88:8,19,24
102:25 105:3 108:22
109:2 110:7,11 111:4
128:4
**doing** 42:9,24
**dollars** 133:23
**dominate** 95:13
**dominated** 94:21
**door** 16:20 17:1,4,4,9
17:25 31:9,13,14,20
31:25 32:23 33:1,9
33:14,18 34:2 36:16
45:1,8,9,15,16,25
46:1,5,9,14 50:4,9
81:19 82:2 100:23,25
101:5,11,18,22,24
135:3
**doorway** 90:4
**Dos** 118:23 119:3,13
**double** 34:8,11 35:9
**doubt** 94:4 118:3
**Doyle** 2:3 3:5 4:12,13
5:12 6:8,23 7:1,2
8:12,19 13:7,11
43:24 44:1 48:10,12
48:14 50:14,18,23
51:1 74:5,10,16,20
75:19 76:25 77:5
79:24 80:3,24 81:1
85:19,24 86:1,10,14
91:24 98:13 99:13,17
106:7,13,21 108:18
108:21 109:1 111:15
114:4 133:4 134:8,11
137:12,17
**drag** 37:24
**draw** 24:2 69:16
**drawing** 68:9
**drawings** 10:6 53:4
68:4,6,10,16 98:25
99:12 104:12,12
**Drive** 1:17 140:21
**driveway** 105:17,23
**dropping** 35:3
**drops** 34:20,21
**drop-down** 37:12
**dry** 66:23
**due** 126:24
**dulling** 33:25
**duly** 4:9 138:7
**duplicate** 104:9
**duration** 77:25
**duty** 11:9

_____
**E**

**E** 3:1,8 4:1,1 139:1,1
141:1,1 142:1,1,1
**earlier** 6:13 13:1 25:1
28:16 29:6 36:17

**48:**4 49:13 50:6 69:2
69:25 71:15,16 73:16
73:17,18,20,23 74:3
81:20 86:25 89:25
101:14 102:1 122:3
130:19 131:14 137:4
**earliest** 77:6
**early** 13:16 49:14 52:8
56:17 71:17 72:13,24
94:4 102:18 114:10
118:9 121:3,19,19
126:23
**earn** 21:16
**easier** 5:5,6
**easiest** 18:13
**Echo** 56:8,14,19
**Eclipse** 73:3
**ecology** 81:11,12,21
91:3,5 99:19
**education** 111:10
**Edward** 1:4 4:14
112:25 118:22
**effect** 55:2
**effective** 55:6
**eight** 132:18
**eighties** 13:16 39:12
54:11 71:16 72:13
95:22 121:11,12
126:23
**either** 12:23 29:2,8
33:18 49:16 58:20
62:3 70:22 71:13,23
72:17 73:2 78:8
87:18 104:11 135:12
136:7
**electric** 14:7,14 24:7
28:11,12,16 46:16
122:6
**electrical** 32:20,22 64:8
64:16,18 121:25
122:2,7,10
**electricity** 92:2,3,8,12
**eleven** 132:18
**eliminated** 127:4
**Elkouri** 109:21,25
**else's** 62:8
**employ** 121:4
**employed** 7:3,6,7
103:12
**employee** 60:24 139:12
**employees** 9:16 119:8
121:13 126:16,20
**emptying** 34:16 37:5
**enclosed** 111:19
**ends** 120:6
**Enegren** 1:12 3:5,10,11
3:12,13,14,15,16,17
3:18,19,20,21,22,23
3:24 4:8 5:13 6:11

**8:**17,25 74:8,18 77:3
80:1 85:21 86:12
98:11 99:15 106:15
114:16 115:6 117:14
133:3 134:14 138:7
140:2,25 141:19
142:3
**Enegren's** 6:3
**engaged** 8:4
**engineer** 121:4,22,25
122:7,15,17
**engineered** 123:1
**engineering** 42:4,10
120:19,25 121:1
122:16,19
**engineers** 121:2,16,20
122:5,13
**engineer's** 122:10
**Engren** 13:9
**ensure** 123:23
**ENTER** 142:5
**entered** 6:22 142:20
**entering** 29:11
**entire** 52:20 130:1
**entitled** 26:23 67:8
70:6 71:10 73:9 80:7
86:8 87:25 112:24
**entity** 63:16,23 65:1,8
65:8,11
**entries** 70:9
**entry** 107:5
**environmental** 80:14
80:17 81:6,10
**EPA** 105:18,25
**equipment** 11:9,25
15:1 16:17 18:20
23:10,10,25 24:4,5,9
24:12,14,14 27:7
34:2 35:17,24 38:10
39:2,6,10,16,22
40:11,12,16 41:23,24
42:16 44:21,25 60:11
61:22 62:1,4,6,12,22
65:20 78:12 93:10
94:2,8,17,17 95:1
124:17 127:8
**Eric** 109:25
**errata** 140:11,12,14
141:9 142:18
**escapes** 134:22
**escaping** 31:21 35:12
**especially** 63:20
**Esq** 140:2
**Esquire** 1:22 2:3,8,11
140:21
**essence** 36:19 80:22
**Essentially** 36:9
**established** 50:21
**evacuator** 29:3

**evaporate** 34:15 36:24
40:2
**evaporated** 100:24
**evaporating** 95:14,20
96:3
**evaporation** 29:11,24
34:17 37:17,20 38:10
38:20,21 39:3,7,10
39:17,21 40:4,8,12
40:16,18 44:9,13,20
44:24 81:16
**evaporator** 18:10,15
19:10 29:4,5,9 32:10
32:12,13 33:14 36:5
36:23 37:4 42:2
43:14 44:2 45:25
46:5 78:20 79:14,19
79:21 80:19 81:15,19
90:17 91:1,6,11
95:10 97:13,18,24
99:20,24,25 100:2,5
100:7,11,15,18,21
101:3 114:13,19,23
115:2 120:20 121:8
122:16,25 132:23
**event** 31:13 50:2 70:22
106:2 129:20
**Everhart** 109:21
**exact** 9:25 39:11,15
62:19 85:12 117:8
133:21
**exactly** 9:9 22:4 32:25
33:3,6 62:3 71:14
126:17 129:10
**EXAMINATION** 4:11
**examined** 4:9
**example** 34:18 53:7
**excellent** 43:19,25
**exception** 141:8
**excess** 103:12
**exchange** 135:7
**Excuse** 118:2
**excused** 137:22
**executed** 141:10
**execution** 84:15
**exhaust** 17:10 29:10,12
29:12,14 31:2,4
38:16,17 42:5 80:20
100:4
**exhausted** 100:11
**exhibit** 3:10,11,12,13
3:14,15,16,17,18,19
3:20,21,22,23,24
8:12,13,15,17 13:8,9
13:13 15:5 16:14,20
17:9,24 18:4,22,24
18:25 19:1,9 23:2
26:22 30:15 31:7
34:7 36:4,12,14

37:10 47:21 48:5,9
48:16,18 49:9 51:2
51:16,25 53:11 57:22
58:5 69:4 71:17,22
72:3 73:13,19,24
74:6,8,17,18 75:14
76:10 77:1,3,6 79:25
80:1,5 81:3,22,23
82:1,3,12 83:5 85:1
85:20,21 86:11,12
87:25 88:12,14,18
89:15 90:2 97:16
98:11 99:15 100:25
102:2,6,9,9 107:3
108:13,24 112:5
113:19,19,22,23
114:1,2,16 115:6,17
115:17 117:13,14
128:16,24 131:24,25
132:1,2 134:23
**exhibits** 90:8 108:19
131:16 137:18
**exist** 54:11
**existed** 70:16 84:17
85:6 86:17 87:10
**existence** 21:20
**exists** 87:17
**exited** 100:12
**expand** 107:22
**expect** 30:24 51:10
**expectation** 135:6
**expected** 57:24
**expense** 39:25
**expensive** 96:14
**experience** 30:23
105:24 136:3
**experiences** 8:8
**Expires** 138:16 139:22
**explanation** 42:3
**explosion** 70:10,14,15
70:19 71:24 72:11,20
92:22 120:8 132:23
**explosions** 67:1 93:9
94:1 95:1,4
**explosive** 65:23
**exposed** 102:3
**express** 22:10
**external** 31:2
**extra** 38:21
**extreme** 54:3
**Extremely** 69:20 70:7
71:10
**E-l-k-o-u-r-i** 109:24
**E-v-e-r-h-a-r-t** 109:23

---

**F**

**F** 139:1 141:1
**face** 27:5
**facsimile** 48:2 58:4

**fact** 42:21 125:21
**factory** 15:1 16:6
**fails** 34:18
**fair** 23:16 69:7 78:14
86:2 91:25
**fall** 36:21
**familiar** 16:10 22:6
47:16 57:4 76:11
119:15
**family** 8:24 128:3
**fancied** 124:15
**far** 8:7 12:1 16:2 22:20
24:13 41:19 47:9
59:22 70:16 103:3
**fashion** 73:6 128:22
**father** 9:24 25:2,9,9,10
93:15,18,23
**father's** 94:1,2
**Favaloro** 83:11 84:4
111:20,21
**fax** 51:19 67:22 69:12
70:3
**faxed** 67:7,21
**feasibility** 42:9
**feasible** 33:7 46:7,12
46:15,22
**feature** 33:21 41:4,5
42:13 78:24 105:5
**features** 99:5
**February** 9:18 10:24
11:4,13 12:5,12
**feedback** 42:21
**feel** 6:14 110:11
**feet** 127:10,12
**felt** 84:10 136:2
**ferrous** 55:1 57:19
125:2
**field** 103:15
**fifth** 48:2 99:22
**fifties** 93:16
**filed** 140:16
**final** 30:18 104:19
**Financial** 7:7
**financially** 139:13
**find** 35:8 69:17 93:1
114:13 140:11
**Fine** 18:18
**fire** 55:21,24 70:10,14
70:15,18 71:24 72:11
72:19 123:21,25
124:3,4,5 125:12,19
**fired** 28:8 100:9,10
**fires** 94:2 95:1,4
**firm** 7:15 109:21
119:13,14 121:1
**first** 4:9 11:16 13:20,23
14:4 20:21 25:21
39:5 41:9 44:4 47:25
48:21 49:9 50:15

51:3,4,24 52:15,16
53:13 59:2 61:21,24
64:1 72:2 76:6 77:10
79:3,5,13 83:7 90:2
96:23,24 97:15
102:1 107:10
109:25 118:21 119:2
119:5 123:19 124:7,7
133:6 136:3
**five** 13:20 15:22 16:13
**Flagler** 1:17 140:21
**flame** 92:6
**flames** 70:13,25
**flammable** 91:15
**Fleming** 2:11 3:6 5:21
6:22 48:9 75:17
80:23 106:11,16,20
108:17 109:5 110:10
110:14,17,19,23
111:17 113:8,14
114:5,15,18 115:4,8
117:12,16,22 120:18
120:24 126:10,14
132:9,25 136:1,16,21
137:9,14
**float** 34:8,11
**floor** 16:6 104:10,10
**Florida** 1:18,22 4:5
5:23 138:2,16 139:2
139:6,22 140:22
141:3
**flu** 31:4
**fluid** 31:21 32:6,16
**fluids** 32:14
**FOB** 59:14,21
**focus** 94:22
**focusing** 66:24
**folder** 132:19
**folks** 10:18
**follow** 41:7
**followed** 40:23 41:4
**following** 74:17 75:21
140:10
**follows** 4:10
**food** 43:23,24
**footage** 127:9
**footsteps** 127:7
**force** 20:12,16 21:2,11
22:18 30:7 66:22
126:24
**foregoing** 139:7,14
141:6
**forget** 21:7 93:1
**forgive** 124:14
**forgot** 119:13
**form** 5:18 27:11,17,20
31:6,7,9 36:3 69:8
76:17 112:3 113:7
142:20

**formal** 21:19,23
**format** 23:17 76:22
**forth** 85:13 139:9
**forward** 142:18
**forwarded** 140:16
**found** 42:17
**founded** 10:23,25
**four** 5:13
**fourth** 48:1,3 89:16
**frame** 31:20 101:3,12
**framework** 14:4
**franchise** 8:3
**frankly** 44:22
**Frederick** 81:25
**free** 6:14 60:7 100:14
**Freund** 20:18 21:7
58:21
**friction** 89:5,8,9,18,20
89:23 90:5,9 135:3
**Friday** 1:14 140:7
**friend** 21:7
**front** 9:15 49:8
**fuel** 29:18
**full** 67:25 68:1 135:17
**full-blown** 132:12,16
**fume** 30:6
**fumes** 29:14 30:2,11,19
38:17 100:4,14,19,20
**fundamental** 14:10
**fundamentally** 37:21
37:25
**furnished** 140:10
**further** 136:13,14
137:11 139:9,11
**fuse** 130:25
**future** 107:24,25 108:1
108:2,3,3 112:18
**F-r-e-u-n-d** 21:8

---

**G**

**G** 4:1 6:11 8:25
**Garnet** 90:13
**gas** 14:7,14 17:10,12
19:6,8 24:7 26:3 28:8
28:11,16,19,21 29:2
29:8,10,14,18 30:2,5
31:5 61:10 64:24
65:7,14,19,22 70:20
70:22,24 73:2 80:20
92:1,5,11 93:1,4,12
94:10 95:5 100:9,10
102:1 111:15 130:22
131:17,22 132:4
**gases** 31:3
**gasket** 100:22 101:4,8
101:10
**gas-fired** 62:22
**gas-heated** 62:15
**gas-operated** 62:11

**gauge** 16:22 46:13,17
135:3
**gauges** 19:1
**general** 7:24 8:7 15:13
15:18,20 19:21 22:1
22:5,7,18 23:5,7
25:19 28:22 34:11
37:1 51:10 53:4 56:5
59:20 77:20 89:6
95:25 98:20 105:1
108:21 133:18,20
134:1
**generally** 8:10 36:25
75:23 76:11 78:4
85:14 87:19 89:7,8
93:15 96:11 99:11
110:22 116:5
**generate** 104:7
**generated** 19:13 22:12
29:14 36:19 42:23
99:1 116:14,19
**generating** 92:2,4
**generation** 73:24,25
**generic** 57:16
**generically** 13:4 69:24
71:14 97:8
**gentleman** 26:10 96:22
**gentlemen** 137:15
**geographic** 96:9
**geology** 111:13,14
**Georgia** 92:16 93:2,5
94:11
**gestures** 4:24
**getting** 26:7 104:1
130:8
**Gilliam** 92:19
**girls** 120:11,13
**give** 4:23 5:2,3 8:7
133:20
**given** 68:19 71:24
74:14 76:24 87:10
112:10 123:5 141:6
**gives** 117:8
**giving** 47:22
**go** 6:7,23 10:6,11 19:9
19:14 21:6 30:24
47:9 48:12 85:20
90:22 106:12 110:16
119:16 120:12
125:16 126:11
129:25
**goes** 37:12 52:22
**Goff** 95:18 96:3
**going** 4:15 7:21 15:4
24:2 27:11 28:23,25
48:7 51:12 64:6 67:4
67:6 78:8,11 96:15
97:15 103:1 107:23
113:18 124:13 133:5

135:6
**good** 5:11 43:18 54:1 75:8,9 109:4
**Gorman** 15:6 81:25,25 82:3 90:8
**Gorman's** 16:15 18:4 30:15,21 36:12,15 37:10 39:18 81:3 90:1 101:1 102:10
**grab** 69:11
**grease** 11:19,22 71:1,4 91:16
**great** 22:23 27:9 39:24 105:20
**greater** 126:25
**greatest** 126:19 128:12
**guess** 33:25 39:12 49:13 116:25 121:11 121:11
**guesstimate** 121:10
**Gus** 1:12 3:5 4:8 6:14 106:15 133:3 134:14 138:6 140:2,25 141:19 142:3
**guys** 133:12
**G-o-f-f** 95:19

**H**

**H** 3:8 142:1
**half** 58:1 64:2 70:5 90:16 111:13 132:18
**hand** 4:24 99:11
**handed** 68:4
**handle** 17:4 37:9 44:19 45:16 90:4 101:19
**handling** 91:15
**hands-on** 16:2
**handwriting** 51:6,8
**handwritten** 48:7 51:3 51:11 97:2
**hand-drawn** 99:12,24
**hand-generated** 104:12
**hanging** 12:24
**happen** 92:23
**happened** 25:16
**happening** 55:22
**hasp** 17:25 101:14
**Hayward** 129:22
**Haywood** 129:22
**hazard** 67:1 70:10,14 70:15 71:1,24 72:12 72:20
**hazards** 70:19
**head** 4:24 23:22 24:8 134:25
**health** 133:12
**hear** 94:6 118:21 119:24 137:1
**heard** 57:6 94:10,11

**hearing** 94:13
**heat** 28:22 70:20 92:2,4 92:8,11 101:4
**heater** 28:12,19,21
**heating** 14:7,8
**heat-resistant** 100:22
**heavy** 11:9
**height** 27:23
**heights** 14:3 28:1
**held** 6:25 48:11 85:23 110:18 126:13
**help** 10:6 11:5
**helping** 25:2
**hereinabove** 139:9,10
**hesitation** 56:8
**hi** 77:16
**high** 10:12 26:3 28:5 35:5,9,11,15 105:2,7 127:2,3
**higher** 43:6
**highlighted** 52:17 53:13
**highly** 53:25 54:25 57:18 112:9
**Hillside** 12:4,18 13:5 14:1 15:18 24:10 25:7 26:5,15 27:5 35:21 36:1·38:4 45:2 46:10 55:11,15,19,20 56:1,7 58:7,12 59:6 59:13,15 60:1,2,12 60:19,25 61:1,3,8,17 62:1,17,24 63:12,18 66:2 67:17 70:20 74:12,13 75:1,2,4,6,9 75:10,21,22,23 76:4 77:11,15 78:11,22 79:1 82:9,19 83:12 83:16,21 84:6,14,15 85:5,9 86:3,7,16 87:12,17,18 88:5,9 88:20 89:21 90:16,25 93:14 97:11 102:23 103:24 104:24 106:21,23 108:7 112:11,24 113:5,10 113:15 115:9 116:6 116:13 123:13 125:5 125:24 129:18 130:4 131:10,10
**Hinkle** 109:21
**hire** 121:1,20,22,25 122:17
**hired** 122:7,15
**hiring** 122:5,12
**hoe** 37:6,10 38:5
**hold** 25:5,9,10 127:22
**holding** 58:25 97:16
**hole** 132:19

**Home** 73:3
**honestly** 10:16 18:25 33:21 74:3 82:20
**hook** 45:15 101:18
**hooks** 45:14
**Hopefully** 43:22
**horizontal** 12:21
**hose** 100:6
**hot** 11:18,24 12:3 29:15 31:21 32:6 34:13 124:4
**hotel** 6:1
**hour** 104:16 134:11,12
**hours** 123:23
**house** 47:7
**household** 47:6
**Howard** 20:21,23 61:4 61:7,16 75:3 102:22 103:3,6,11,19,21 104:8,9 117:23 118:8 118:12 125:4,22 126:1
**Howard's** 125:20
**huh** 87:2
**Hutchison** 84:19 85:4 86:2
**Hutchison's** 85:2
**H-i-n-k-l-e** 109:23

**I**

**idea** 81:10 106:23
**identical** 71:23 93:24
**identification** 8:18 13:10 74:9,19 77:4 80:2 85:22 86:13 98:12 99:16 114:17 115:7 117:15
**identifier** 76:16
**immediate** 16:6
**impact** 66:22
**implication** 91:19
**implied** 107:23
**important** 69:20 70:7 71:10
**inadvertently** 50:3
**inch** 124:1 132:18
**inches** 28:5,5
**incident** 92:15,17 93:6 132:22
**incidents** 93:8 94:7,25
**include** 53:3,4 108:2,3
**included** 53:2 68:18 78:24 115:2
**including** 22:20 55:12 64:16 123:24
**income** 9:3
**incorporate** 25:24 53:8
**incorporated** 8:21,25 40:24 41:4,10,12

44:5 46:22 73:5 122:9 128:6
**indemnification** 83:13 87:1,5,6,14 107:14 107:16 111:6 112:18 112:24
**indemnify** 87:19
**indemnity** 55:18 84:11 107:14,19 136:11
**independent** 63:16
**indicate** 20:5 28:10
**indirectly** 29:3,9
**industries** 41:9,12 103:7
**industry** 11:2 54:10,13 54:14 94:21
**information** 10:21 52:20 69:19,24 71:9 99:19,23 118:25
**informed** 135:11 136:4
**ingredients** 57:12
**inherent** 91:20,21
**initial** 13:15 73:14 74:21 119:7 124:17
**initially** 11:12 47:23 60:8 66:12 116:12 135:8
**initials** 76:16 98:7
**initiate** 116:18
**injured** 92:20 120:8
**input** 74:1
**inside** 27:23 55:24
**inspect** 96:6 105:10 106:3
**inspections** 61:20 105:14
**inspector** 129:23
**inspectors** 61:9,19
**install** 31:24 33:13 39:21 46:8 89:18,20
**installation** 17:11 31:3 33:8 68:18 69:14
**installations** 103:15
**installation/operation** 132:3
**installed** 17:12 32:11 34:3 35:6 44:9,25 45:25 46:8,24 64:24 65:14 89:24
**installer** 30:17
**installing** 39:10 82:2
**instance** 130:23
**instructions** 68:18 132:3,5,7,10 140:10
**insulation** 24:8
**insurance** 119:4 133:6 133:10,12,14,17,18 134:2
**intention** 85:10,14

89:11
**interest** 22:10
**interested** 139:13
**interests** 75:12
**interlocking** 45:23 46:5
**internal** 104:6 117:8
**internally** 116:19
**internet** 7:22 10:22
**interrupt** 5:1 35:22
**interrupts** 50:2
**intimately** 16:9
**inventory** 9:15
**investigated** 119:20
**investigation** 105:21
**involve** 122:20
**involved** 1:2 20:12,17 20:23 21:2 25:20 26:4 29:2,8 46:18 58:19,22 59:3,7 67:1 72:19 82:8,18 84:7
**involvement** 16:2
**involving** 11:1 61:20 75:1 92:15 93:9 94:2 94:10,25 95:1 118:22 132:22
**in-house** 20:11,15 22:18 109:15 121:2
**irate** 105:16
**irrelevant** 126:8
**isolated** 100:5
**issue** 32:3 56:6 77:19 86:3,17 103:19 105:13 124:8 130:14 130:16 131:12
**issued** 104:8,9
**issues** 10:25 61:8,10,12 61:13,19 75:24 82:22 84:17 85:6 87:10 130:18 133:10
**items** 28:24 104:13

**J**

**J** 2:3
**jam** 31:20
**jamb** 45:15
**Janet** 90:13
**January** 10:22
**jet** 67:10 70:16 73:10
**job** 1:23 54:1 127:20 138:18 139:24 140:2 141:20 142:4
**John** 26:10,13,17 82:7 82:18 89:13 116:15 124:23,24
**JR** 2:3
**July** 77:7,8,9
**June** 48:2 58:4,11 68:5
**J3190** 56:9

**K**

Kansas 8:21,23 9:10
  10:9,10 16:19 51:18
  106:3 128:7
keep 32:3 34:16 98:17
  135:13
keeping 136:10
kept 108:18 137:18
Kevin 2:11 5:21 106:20
killed 92:20
kind 12:25 99:7
know 4:20,23 5:9,23
  9:8,9,25 14:24 23:20
  26:2,12 30:10 39:11
  41:19 43:8,15 44:23
  46:7,19 47:3,4,8,8
  49:10 50:18,20 53:23
  57:7,13,14 59:18
  60:9 61:17,25 62:3
  62:11,19 65:24 67:19
  73:25 78:4 83:24
  84:5 89:5,19 90:13
  92:23 93:2 95:23
  96:1,5 101:21 103:4
  103:6 105:15 107:16
  113:15,17 116:15
  119:4,19,21 120:3,3
  120:5,9,16 122:21,24
  124:2,17 125:13,14
  125:20,22 127:24
  130:13,18 131:13
  133:7,25 134:5,7
knowing 47:5
knowledge 15:3 41:17
  103:8 119:2 141:8
known 11:9 18:10

**L**

L 41:13
label 130:2
labeled 116:10
labor 127:2
Laboratory 63:13,24
lacked 136:2
language 27:10 54:20
  57:1 72:19 108:2
  112:13
large 4:5 52:17 64:5,21
  64:22 139:6
Las 8:4
latch 16:20 17:1,2
  44:19 45:4,11,14,15
  101:22,24
latches 101:22
latching 45:19 96:2
late 13:15 15:24 54:11
  121:3
law 31:2 119:13,14

lawyer 19:18,20 74:13
  74:22 79:1 82:25
  107:17
lawyers 109:24
layman's 37:1
layout 53:4
lead 40:23 41:7
leak 70:22 123:20
  124:4,5 125:11,19
leaking 102:21
leaks 55:21 123:23,24
  124:3
learned 93:12,12
LEAVIS 2:3
left 14:24 15:23 16:18
  43:21 44:6 51:12
  78:6 89:2 95:25
left-hand 17:3 69:13
legal 19:22 88:10
  109:18
legally 17:13
legs 4:19
letter 74:12,22 75:10
  83:2,7,10,17 84:3,25
  89:13 108:14 109:6
  111:19 113:23
  128:16,18,21,24
  129:2,3,15 134:23
  140:17
letters 52:18
let's 6:7 10:6 18:15
  73:12 79:24 94:22
  99:13 114:15
level 34:8,12,21,23
  35:2,5,9,15,15,16,16
  35:25 47:2 111:10
  134:3
lever 45:4
liabilities 88:10
liability 55:18 84:11
  87:13 107:19 133:13
  133:18 134:1 135:18
life 13:23 55:2
limitations 98:21
limited 11:13 21:4,10
line 22:20 35:8 44:5
  49:12 52:22 62:7,10
  63:22 96:20 120:6
  127:4,5 140:12 142:6
lines 66:9,10
link 37:24
liquid 29:25 43:5,9
liquids 91:15 95:15
list 53:3 79:7,17 80:7
  82:5 104:13,13
literally 132:20
little 106:2 120:16
live 6:15,19
lived 6:17 9:10

living 47:5
LLC 7:23
LLP 2:8 140:3
local 129:19
located 40:23 93:2
location 43:21
lock 46:25 119:11
locked 44:24 45:17
locking 44:19 45:21
  47:16
Londell 92:20
long 24:20 34:17 55:16
  104:16 106:21 133:5
Longfellow 2:12
look 7:23 15:8 18:2,16
  48:8,15 49:20 71:19
  77:8 79:12 101:7
  102:24 107:3 111:18
  112:5 113:20,25
  114:12 122:18
  128:15 131:20,20
looked 69:4 70:1 71:16
  81:20 114:6 131:14
looking 16:13 17:14
  36:16 46:19 51:2
  68:12 88:13 89:25
  105:3
lose 76:25
loss 42:12
lot 34:15 103:15 127:7
low 34:23 35:9,16
  105:2,8 135:2
LS 41:9,13,22 95:8
lull 8:2

**M**

machine 11:20 12:4,17
  12:18,20,22 13:3,12
  13:14,19 14:1,2
  15:13,17,21,23 16:10
  16:18 18:8,14,20
  19:14 22:14 24:10,20
  25:7,11,22,25 26:2,5
  27:18,22,24 28:1,13
  30:24 31:1,24 34:13
  34:16,21 35:6,17,21
  35:25 36:10 37:3,23
  37:25 38:2,4,14 40:5
  44:14 45:3 46:10,14
  48:23,25 49:6,18
  52:2,17 53:20 55:2,8
  55:14,19,21,23,24
  58:9,15 59:15 60:1,3
  60:6 61:13,20 64:7
  64:12,14 66:2,15
  67:16 69:9,15 70:4
  70:14,19,21 71:2,3
  73:5,11 75:3,11,21
  75:25 78:23 79:7,18

80:9 81:7 82:19,23
  84:6 86:7 91:21,22
  93:14 96:14,15 98:22
  99:1 101:15 102:19
  102:21,23 103:23
  104:1,14,15,20,23
  105:1,5 108:4,6,6,10
  112:18 113:11,16
  116:6 120:21 123:15
  123:22,22,24 124:2
  124:10,19 125:3,3,8
  129:17,18,24 131:12
  134:18,21 135:5,7,9
  135:13,15,19,22
  136:3,8,10,15 137:8
machines 11:17 12:7,8
  12:11 22:21 34:4
  37:23 39:2 40:1,7,24
  54:23 55:1,7 63:11
  64:9 66:21 72:22
  93:24 97:6 98:14
  103:16 104:15,21
  125:1 130:7
magazine 22:24
magnetic 32:20
mail 22:22 129:9
major 14:12 111:13
makeup 57:12
making 17:15 39:2
  78:1 136:4
man 118:23
management 34:18
  76:20 77:22 112:8
  117:18 118:4 133:14
manager 20:25,25
  84:19 103:14 104:8
managing 7:13
mandates 31:2
maneuver 134:6
maneuvered 101:23
manifold 135:2
manner 31:3 135:21,25
manual 38:5 48:1,22
  48:25 49:11,13,16,21
  49:22 50:16,17,20
  51:12,22 52:1,13
  53:1,2,8,9 54:17,22
  56:20 57:16 67:9,13
  67:19 68:4,6,13,14
  69:1,4,8,10,11,25
  71:10,15 72:13,21,23
  73:1,1,5,8,9,9,11,15
  73:22 74:7 113:25
  114:1,3,8 115:2,5
  124:20 130:21,25
  131:2,4,5,9,13,17,22
  131:23 132:3,12,16
  132:17
manually 37:6 91:6

manually-operated
  91:12
manuals 49:5,12 53:5
  113:18 114:14,20,23
  115:1 130:20 131:16
  131:17
manufacture 22:14
  39:21 68:23 102:12
  130:2
manufactured 11:14
  38:11 48:23 49:1
  53:5 63:11 66:5,20
  90:17 94:2,8 101:16
  104:14 122:9
manufacturer 73:2
  130:22
manufacturers 21:13
manufacturer's 22:8
manufacturing 102:7
  102:15 104:10,10
  116:13
mark 8:12 74:5,16
  83:11 108:22 113:22
  114:15 115:4 117:12
marked 8:13,14,17
  13:7,9,13 15:5 16:14
  23:1 26:22 47:20
  48:16 74:8,18 75:14
  76:10 77:1,3 79:24
  80:1,4 82:1,11 83:5
  85:1,19,21 86:10,12
  89:15 90:7 97:16,22
  98:3,11 99:13,15
  107:3 108:12,16
  109:1,3 113:19,22,24
  114:1,3,16 115:6,17
  117:14 128:16,23
  131:15,24 134:23
  137:4
market 46:20 96:6,8
marketing 16:3 22:20
  42:12
marketplace 20:13
  24:18 47:18
markets 96:12
Marsha 1:5 4:14
Martin 20:18
Marty 58:20
Massachusetts 1:2 2:4
  2:9,13 4:15 6:15,17
  6:20 60:20,22 61:23
  62:1,16,22 63:5
  82:15 130:11 137:20
  140:4
matching 41:5
material 42:22 91:21
  100:24 101:11
  102:12,13,19
math 110:24

**matter** 19:18 140:8
**matters** 109:18
**mean** 21:11 108:6
    120:25 123:3 124:24
    126:4 130:6 131:22
**meaning** 91:18 131:17
**means** 139:15
**mechanical** 38:1
**mechanically** 46:7,12
**mechanism** 12:24 14:7
    14:8 44:20 45:12,19
    45:21 47:17 101:19
**mechanisms** 96:3
    103:24
**meet** 28:2
**Melick** 2:8 140:3
**member** 8:24 128:3
**memo** 76:16 107:7
**memoranda** 117:24
**memory** 27:1 33:22,25
    34:1 40:8 46:4 52:6
    55:20 72:10,18 85:17
    94:15,23 110:2 131:8
    136:6
**mentioned** 21:10 93:11
**mentions** 107:8
**mergers** 7:14
**Merry** 77:16
**met** 59:10,12 60:14,17
    104:2
**metal** 17:5,16 30:20
    55:1 100:10,11,12
    125:2
**metals** 57:19
**method** 36:9 37:22
**methods** 45:1
**mid** 39:12,15 40:16
    44:4 57:25 64:19
    94:4 95:22 121:11,12
    121:19 126:23
**middle** 69:12 89:16
**middleman** 62:8
**million** 12:8 10,14
    133:23
**mind** 14:5 24:21
    107:24,25
**minute** 62:13 110:16
**minutes** 5:20,21 6:4
    53:16
**misfiled** 67:23
**misplace** 67:25
**misplaced** 67:22
**mispronouncing** 6:12
**missed** 106:17
**missort** 67:24
**missorted** 67:22
**Missouri** 8:21,23,23
**misspoke** 64:8
**mistaken** 96:13

**mode** 58:25
**model** 12:20 15:16
    31:23 37:13 38:10
    67:9 70:16 73:9
**models** 12:10 13:14,19
    13:22 37:14 66:4,7
**Modern** 93:1,4,11
    94:10 95:5
**modification** 18:1
**modifications** 116:2
    134:18 136:5
**modified** 19:2 90:18
**modify** 134:21 136:3
**moment** 98:4 107:6
    134:22
**money** 135:5,7,9,14
**moneys** 84:15
**monoxide** 30:6,10
**month** 7:19 24:19 44:6
    89:3
**months** 5:13
**morning** 4:16 13:1 99:8
**motions** 5:18
**motor** 91:9 102:1,3,7
    105:22
**motorized** 91:11
**mounted** 31:12 80:20
**mouth** 22:24
**moved** 127:6
**moving** 89:10,11
**multiple** 48:19

_____
**N**
_____

**N** 3:1 4:1
**name** 4:13 6:9,11,12
    8:20 18:7 20:21 25:5
    25:14 26:10,11 56:2
    57:5,6 65:25 83:11
    90:13 92:24 96:22,23
    96:24 98:6 106:20
    109:21 119:13 133:8
    140:17
**named** 95:18 118:23
**Namee** 109:25
**names** 92:19
**nationwide** 94:18
**natural** 29:10
**nature** 112:10 128:4
    135:17
**near** 24:3 53:10 70:13
    80:24
**necessary** 89:18,20,22
    140:8
**necessity** 30:2 122:8
**neck** 75:16
**need** 42:16 84:10 116:2
    136:7
**needs** 11:1,6
**negative** 55:2

**negatives** 97:2
**neighbor** 105:16
**net** 54:4
**Network** 7:23
**never** 8:4 53:13,14,19
    53:19 54:18,20 57:2
    70:13 105:15 137:1
**new** 41:4 121:18 127:6
    127:7,8,9
**next-to-the-last** 107:13
**nineties** 49:15 52:9
    54:12 72:14 114:11
    118:9
**Nods** 4:24
**noncaustic** 56:24 57:11
**Norcross** 93:5
**normal** 116:19
**Norman** 24:22
**North** 1:17 140:21
**Nos** 8:17 74:18
**notary** 1:22 4:4 5:15
    138:16 139:5,22
**notations** 141:9
**note** 77:6 107:7,13
    108:3
**noted** 140:12,13
**notes** 48:7 51:3,11
    76:18,23 77:11 107:4
    118:16 139:7
**notice** 8:16 18:19 140:7
**notification** 119:6,7
    131:18,21
**nuances** 14:10
**number** 3:9 10:1 11:14
    21:4 51:19,19 52:23
    56:9 61:8 75:20
    85:15 99:13 113:20
    115:17 126:19,20
    133:15 140:12
**numeral** 70:4
**numerous** 14:9 61:5
    62:23 110:6 111:3
**nut** 45:5,7,8
**N-a-m-e-e** 110:1
**N-o-r-m-a-n** 24:25

_____
**O**
_____

**O** 4:1
**OATH** 138:1
**objection** 75:17 91:17
    91:19 110:8,13 113:7
    113:12 117:21
    120:22 132:8 136:1,8
    136:16,21 137:9
**objections** 5:18
**objective** 91:13
**obligations** 88:11
**observation** 19:6
**obtain** 130:1

**obtained** 84:5
**occasion** 61:5 84:10
    94:5 96:6,19
**occasionally** 21:12 26:8
**occasions** 61:6 62:3
**occurred** 91:1 135:20
**occurrence** 133:23
**occurrence** 133:23
**October** 74:23,25
    89:14 128:16,24
    129:2,3,14
**offering** 136:12
**office** 1:23 5:22 9:15
    15:1 67:7 84:19
    142:18
**officers** 128:1,2
**offices** 127:11,13
**oh** 43:24 101:10 128:22
**oil** 71:2,4 91:16 105:22
**okay** 5:10 6:9 17:8,19
    20:4 23:24 26:21
    27:17 39:1 52:11
    53:10 60:24 71:21
    75:15 78:20 81:19
    82:16 85:11 87:16
    91:25 98:10 107:21
    108:20 113:24 116:9
    116:16,21 117:11
    118:17 119:19 120:6
    120:10 122:2,5,23
    128:23 129:5 130:19
    131:8 132:6 133:25
**Oklahoma** 95:19
**older** 114:8
**once** 45:18 58:24 69:21
    140:13
**ones** 97:9 131:15
**ongoing** 21:21 40:6
**open** 17:4 33:1 81:8
    102:3,7
**opened** 31:14,14
**opening** 81:22
**opens** 34:21 50:3
**operate** 45:8 47:11
    101:24
**operated** 45:12 91:6,9
**operates** 37:7
**operating** 37:3 50:16
    50:17,20 67:8,12
    73:11 102:19 113:25
    114:1,2,8,14 115:4
**operation** 19:13 30:25
    31:14,15 33:5 38:1
    70:4 73:9
**operator** 32:4,5 34:18
    35:2 37:8 50:3 55:9
    72:12 81:14 101:23
    124:16
**operator's** 47:25 48:22
    48:24 49:5,11,12,16

49:21,22 51:22 52:1
    52:12 53:1,2 54:17
    54:21 56:20 57:15
    69:1,3,8,25 71:15
    72:21,22 73:1,14,22
    74:6 132:2
**operator-controlled**
    45:18
**opinion** 120:1
**opportunity** 84:9
**opposite** 45:17 54:3
**option** 28:11 33:18,20
    38:22,24 78:20,23
    80:7 82:5 105:4
    120:20 121:9
**options** 13:13,18 14:6,7
    14:9,12 28:15 44:8
    80:14 99:5 116:8
    117:1
**oral** 4:24
**order** 22:13 26:23 27:5
    27:17,20 28:2 31:6,7
    31:9 34:6,7,16 36:3,3
    37:11 45:9 57:21
    58:1,8,24 64:22
    68:15 104:5,7,7,9
    116:6,7,10,11,18,18
    116:23 117:7
**ordered** 104:1,24 105:7
    115:9 116:1
**ordering** 28:4,11 58:13
    60:5 140:16
**orders** 12:6 116:2,3
**ordinary** 57:25
**organization** 63:16,23
**original** 16:17 18:20
    19:3 68:9 73:14
    101:21 140:15
    142:18
**originally** 10:9 91:5
    100:21
**OSHA** 105:10,12,18,18
    105:24
**outset** 12:12
**outside** 21:2,4,11,21
    22:1 26:7,17 30:7,25
    34:20 63:22 65:8,11
    68:21 96:19 109:17
    116:14 121:1,20,22
    122:12
**oven** 46:24,25 47:1,7,8
    47:12,17 95:20
**overfill** 35:12
**overhead** 127:8
**owned** 7:18 9:24 10:1
    127:16
**owner** 124:16
**owners** 25:18 134:3
**owner/operator** 36:22

oxidizes 54:1

**P**

**P** 2:8 4:1 140:2
**package** 68:18 80:15
 80:17 81:6,11,11,12
 81:21 91:3,5 99:19
**padlock** 17:25
**page** 3:9 23:6 24:3 48:1
 48:2,3,6 49:21,21,22
 51:3,4,16,17 52:16
 52:16,19,20,21,21
 53:10 67:9,20 69:12
 69:14,17,20 70:3,5
 72:1 79:12 80:5,23
 83:7 97:15,23 99:22
 99:23 100:1 132:2
 140:12 142:6
**pages** 47:25 48:21,24
 49:9 50:16 51:25
 52:12,14,15,25 67:23
 68:20 69:3 72:3 76:9
 76:11,12 77:8 79:3,6
 99:6 139:7 140:14
**paid** 22:15 59:24 60:3
 87:11 135:5,15
**pain** 75:15
**pains** 5:16
**paint** 66:23
**painted** 17:20 104:21
**Palm** 1:18,23 138:3
 139:3 140:22 141:4
**panel** 49:23 53:16 64:8
 64:17,18 122:1,3,6
 129:23
**panels** 122:8
**paragraph** 53:12,18
 89:16,17
**paragraphs** 70:6
**part** 12:19 24:10,13
 29:25 30:3 32:16
 34:6 44:9 46:13,17
 46:24 49:17 50:5,17
 52:8,12 53:7 54:16
 56:9 58:5 60:5,25
 62:6,9 65:19 66:23
 68:7,17 69:1 71:17
 73:13,18,23 75:8
 77:6 80:4 81:20
 86:16 88:25 89:1,11
 89:11 91:3 107:20
 110:5 113:25 116:19
 123:21
**particular** 105:5
 107:20
**Particularly** 78:22
**parties** 139:12 142:18
**parts** 12:21,23 20:19
 24:8 53:3 54:14 55:7

63:1 64:14 68:22
 71:2 91:22
**party** 139:12
**pass** 38:17
**passed** 54:22
**passes** 12:23 29:10,20
**passing** 119:12
**patent** 25:21,23
**patents** 10:5 25:4,5,10
 25:13,16,20
**patience** 106:10
**Paul** 55:12 58:7,13
 61:11 81:23 83:1,15
 88:4,20 111:20,23
 118:9,17 123:13,20
 124:9,13,15 125:11
 128:25
**Paul's** 124:14 125:18
**pay** 22:16 60:6
**paying** 111:15
**payment** 116:18 135:7
**PC** 2:3,12
**penalties** 5:16
**penalty** 142:19
**pending** 4:15
**Pennsylvania** 14:22
 15:2
**people** 55:3 76:19
 104:7
**perform** 9:14
**peril** 91:15,20
**period** 84:12 123:22
**periods** 26:9
**perjury** 5:16 142:19
**person** 5:7 20:19 58:17
 59:12 90:13
**personally** 104:5,19
 123:14 138:7
**peruse** 72:2
**Peterson** 24:20
**petroleum** 111:14
**pH** 54:3
**phone** 1:23 2:5,10,13
 59:12 76:16 78:8,17
 102:25 107:1,4,7,13
 108:2 109:7 117:17
 117:23 118:8 119:3
 125:11
**photo** 97:1
**photograph** 13:2 17:15
 17:17 18:4 82:4
 96:20 101:7,8
**photographer** 15:7,8
 96:20 98:8
**photographer's** 98:6
**photographs** 15:4,9,22
 16:14 18:17 20:3
 36:17 44:17 90:1
 98:9

**photos** 18:21 30:21
 82:1
**phrase** 18:13
**physical** 32:21
**physically** 45:8
**pick** 37:8
**picked** 73:4
**picture** 18:3 81:3
**pictures** 18:18 81:20
 90:7
**piece** 23:9 27:7 44:21
 44:25 122:9
**pieces** 62:12
**pipe** 17:10,16 30:20,24
 31:4 100:6,16
**pipes** 135:1
**place** 2:12 5:7 16:5
 22:3 37:2 45:3,17
 47:1 64:1,4,19 65:5
 74:24 76:3 92:22
 93:9 115:13 139:9
**placed** 12:7 103:25
**placing** 64:21
**plaintiffs** 1:6 2:2
 137:18
**plan** 99:3,9 115:12
 117:5
**plane** 5:24
**plans** 6:19 25:3 98:25
 99:18 115:13,18,21
 116:8
**plant** 15:24 16:18
 20:24 103:13,14
 104:8 105:10,11,13
 105:25 106:3 123:23
 127:6,7,9 130:1
**please** 6:9,14 70:12
 140:7,10 142:18
**pleasure** 106:9
**plumbing** 70:23
**plus** 22:18
**point** 16:16 17:1 23:12
 38:25 39:1,9 42:13
 43:4 44:10 45:25
 52:3 55:10 62:20
 64:17 65:1 67:14
 69:15 71:23 72:8
 74:25 76:2 79:8,17
 82:25 84:12 86:5
 90:23 91:8 93:18
 102:17 114:25 125:4
**pointed** 124:19
**policy** 78:16
**poor** 23:5
**pops** 33:1
**Porter** 2:8 140:3
**portion** 110:20
**position** 7:9 45:9
**possibility** 70:18 71:7

**possible** 4:22 30:25
 70:23 79:16 94:20
 112:7,9
**possibly** 49:14
**post** 60:25 61:9 90:24
 130:3
**potential** 75:13 91:15
 121:9
**potentially** 55:9
**pounds** 124:1
**power** 34:19 50:2
**Powers** 2:8 3:6 6:6,7
 13:1 43:22 50:12,15
 50:19 67:7,11 91:17
 99:7 108:16,20,24
 109:4 110:8,13 113:7
 113:12 117:21
 120:13,22 126:8,12
 132:8 134:11,12,15
 136:9,18,23 137:11
 137:16,21 140:2
**practice** 41:3 59:20
 75:8 109:4 118:13
 121:20
**practices** 78:16
**pre** 90:24 130:3
**preapproved** 65:15
**precertified** 65:15
**preliminary** 19:18
 106:18
**preparation** 11:6
**prepare** 74:1
**prepared** 73:22 83:25
**presence** 14:22,25
**present** 5:20 7:3 18:1
 25:18 27:1 41:15
 43:8 47:18 63:19
 70:20 73:7 88:9
 94:23 101:15 112:25
 134:3
**presented** 47:23 92:12
**president** 7:10 33:24
 110:5,15,25 119:12
 127:20
**pressing** 89:10
**pressure** 26:3 123:25
 123:25
**presume** 125:17,19
**pretreatment** 11:19
**preventing** 31:21
**previously** 109:2 140:9
**price** 48:1 53:3 79:7,17
 82:5 85:8,13 96:13
**priced** 96:16
**primarily** 40:23 96:12
 127:1
**primary** 11:15 14:6
 31:12 32:3 50:2
 55:17

**prior** 7:11,16,18 9:20
 20:10 21:20 22:19
 26:14 29:11 40:7
 56:1 60:12,14 62:1
 62:17 83:9,16,17
 87:9 94:12,13 95:21
 125:19 127:18
 129:17
**privileged** 20:7 126:9
**probably** 26:1 84:24
 121:14 132:17
**problem** 6:14 106:1
 129:18
**problems** 5:9,25 75:24
**procedure** 116:21
**procedures** 116:20
**process** 30:3 36:20
 37:2 42:1,23 44:3,10
 46:17,18 58:13,23
 60:6 81:17 82:8,19
 95:14
**processes** 95:17
**produced** 23:19,20
 79:1
**product** 11:13,21 19:12
 21:3,14 22:20 42:6
 44:5 57:4 62:7,10
 63:1,1,22 66:8,10
 79:13 96:7,10,20
 113:4 123:5 127:1,2
 133:13
**production** 16:3 20:25
**products** 11:5,14,15
 16:3 20:12 40:13,17
 54:13 55:13 57:8
 59:4 64:25 69:22
 121:18 127:3,4
 130:11
**professional** 8:8 56:23
 56:23
**profit** 42:11
**program** 8:8
**promises** 88:21
**pronounced** 21:7
**proof** 65:23
**propane** 92:16,21,21
**properly** 77:24
**proposal** 83:14,21
**proposed** 83:2 84:4
 134:17,21,24 135:4,8
 136:10
**protect** 137:7
**protected** 19:23 20:7
**protection** 136:13,25
**provide** 99:7 136:24
**provided** 13:1 17:11,11
**proximity** 6:2
**public** 1:22 4:4 5:15
 138:16 139:5,22

**pull** 37:11 38:7 115:22
**pulled** 45:16
**pump** 31:13 50:2 130:25
**punched** 132:19
**purchase** 38:22 56:1 58:19 60:12,15,17,25 64:6 77:12 85:8,13 104:13 113:4
**purchased** 12:4 14:1 75:25 102:18 108:7
**purchaser** 30:17 33:18 49:18 51:13 53:4
**purchasers** 54:17,22
**purchasing** 58:14 60:5 75:11
**purpose** 61:7 112:2
**purposes** 18:12 37:6 50:13
**pushed** 32:24
**put** 7:25 36:23 42:6 72:21 74:4 81:15 90:23 105:9 112:7 137:17
**P.m** 1:14
**P.O** 51:17

**Q**

**quality** 11:9 23:4 27:9 103:24 123:21
**quarter** 132:18
**question** 5:1,2,4 64:9 65:6 67:3,5 68:3 72:15,16 91:23 110:19 115:11 116:5 117:1 134:12
**questioning** 120:6
**questions** 4:16 10:20 15:10 27:12 48:8 74:21 106:11,18 132:25 137:11,16
**quickly** 4:22 72:2
**quite** 106:21
**quotation** 22:11,12

**R**

**R** 4:1 139:1 141:1 142:1,1
**Rachel** 1:21 4:3 138:15 139:5,21 140:20 142:3
**rack** 24:8
**racks** 24:13
**rain** 105:17
**rainbow** 105:23
**raise** 28:22
**raised** 10:10 29:24 129:14
**raising** 29:20 38:17

**ran** 129:21
**range** 133:20,22
**Rarely** 41:7 98:19
**reached** 137:6
**reaction** 54:8 124:17
**reactive** 57:19
**read** 5:5 27:10,11,13 27:15 70:12 72:1 79:12 86:21 107:6 110:20 132:4 140:10 140:11,13,15 141:5 142:19
**reading** 80:21 97:3 112:23
**ready** 69:15
**really** 14:19 103:19
**Realtime** 4:4 139:5
**rear** 71:3 80:18
**reason** 4:18,19 28:19 30:13 54:16 76:22 103:18 133:25 134:5 142:6
**reasonable** 59:19 140:15
**reasonably** 96:16
**reasons** 9:4,7 30:12 55:17,22
**rebuilding** 11:2
**recall** 10:16,17 21:23 22:3 23:22 26:1,16 26:25 32:11 33:20,21 38:23 39:11,12 40:14 40:25 44:22 45:2 56:4 59:5,9 60:15 65:4 71:19,20 77:13 78:23 82:10,20 83:15 83:23,24,25 84:2,7,8 85:12 86:19 87:21 89:22,23 90:23 92:17 92:17,23 93:4,5,6 94:13 102:14 105:4 106:5,6 110:4 112:15 112:19 118:15 121:24 122:12 125:25 126:17 127:11,24 130:3,15 131:19 132:17,22,24 133:21 134:25
**receipt** 83:9 88:17
**receive** 22:13 67:25 74:12 86:6
**received** 67:11,21 69:13 86:16 88:19 104:15 118:23 137:3
**receiving** 84:3 119:3 128:18
**recognize** 16:22 23:5 23:14,16 24:11 51:8 76:17,22 79:2 84:22

85:1 133:8
**recognizing** 15:7 18:17 19:20 22:17 23:4 27:9 33:22 39:13 72:6
**recollection** 32:1 39:23 40:20 55:16 65:13,17 88:23 90:20 94:6 102:20 125:9 131:12
**recommend** 56:14,19
**recommended** 54:24 56:9,22
**record** 5:12 6:23,25 7:1 8:14 17:14 18:21 48:11,13 76:24 77:24 77:25 85:20,23,24 110:16,18,20 112:6 126:11,13 137:17
**recorded** 4:25 77:22 78:2 102:25 117:18 117:25 118:3,7,16
**recording** 76:18 118:13
**records** 78:7,8,9,17,18 89:1 102:25
**RECROSS** 3:4
**rectangular** 17:20 30:14 37:9
**REDIRECT** 3:4 133:3
**reduce** 40:2 42:6,25
**reduced** 81:16 134:1
**reduces** 81:13
**reduction** 40:12 126:24
**refer** 131:22
**reference** 17:15 18:7 18:13 24:6 25:3 28:7 31:8 69:17,18 73:8 107:14 114:13,19,22 115:2 131:16 132:1
**referenced** 69:2 90:3
**references** 24:7
**referencing** 108:18
**referred** 18:5 24:12 35:8
**referring** 17:2 23:25,25 35:19 50:15,17,19 74:7
**refill** 35:1
**refills** 34:21
**refund** 135:9
**regard** 14:6 17:24
**regarding** 17:9 42:13 61:13 77:12 78:17 94:8 99:19 113:10 118:10,18,25 119:9 123:14 125:11
**Regardless** 124:19
**registered** 9:1
**regular** 41:3 105:25 118:12

**regulatory** 129:19
**reimbursed** 135:14
**related** 25:23 26:2 37:22 39:25 70:19 135:18
**relates** 71:1
**relationship** 21:21 26:13 112:11
**relative** 139:12
**release** 55:18 83:2,13 84:4,5,10,16 86:8,20 86:21 87:13 88:1,12 88:15,18 106:23 107:8,11 109:10,13 110:3 111:19 112:3 112:13,16,21,23 113:3,5,9,9 135:18 136:11
**releases** 83:22 88:5,25
**relevant** 126:9,10,11
**remember** 25:19 26:9 26:11 39:15 43:12,15 43:16,18 55:10,25 56:5 61:21 74:4 76:6 77:10 82:17 84:3,6 89:19 92:19 93:13 98:7 106:22 112:12 112:16 118:8,12 121:5,6,8 122:5 123:12,17 128:11,18 128:20 129:21 130:10,16 133:9,12 133:17
**removal** 80:19
**remove** 11:18,22
**removed** 66:23 71:2
**Renzella** 55:12 58:7,13 60:14 61:11 73:14,24 75:15,23 81:24 82:22 83:1,12,15 88:13,20 102:11,17 107:1,11 108:19 109:8 111:20 111:23,25 112:12,17 118:9,18 123:13 124:9 125:11 128:25 134:17,24 135:4,21 136:2,19,24 137:6
**Renzella's** 23:2 26:22 31:7 34:7 36:4 47:21 48:5,10 49:10 51:2 51:25 52:15 53:11 57:22 58:6 69:5 71:18,22 72:3 82:12 83:5 88:4 89:15 137:3
**reopen** 47:1
**rep** 22:8
**repayment** 84:14
**repeat** 67:3 72:17

110:19
**rephrase** 67:4 72:17
**report** 118:18 125:23 139:6
**reported** 1:21 118:5
**reporter** 4:4 110:21 120:14 139:5,16
**represent** 4:13 47:22 67:20 106:20
**representative** 12:17
**representatives** 21:13 21:22
**represented** 137:5
**representing** 119:14
**represents** 102:6
**reproduction** 139:15
**reps** 21:5 22:2
**request** 22:11 36:5 38:22 39:23 40:5 43:13 46:4 64:23 78:21 123:4
**requested** 42:18 43:16 136:11
**requests** 62:24 63:3,7
**required** 61:9 122:10 126:6 129:23
**requirement** 5:15 28:2
**requirements** 98:21
**reserved** 5:19
**reservoir** 80:18 91:10 102:24
**resistant** 101:4
**resolve** 61:15 84:16 85:6
**responded** 128:20
**response** 109:7 124:12 129:3,10
**responsibilities** 88:10
**REST** 2:3
**result** 29:23 30:6 54:4 62:24 64:21 74:24 81:16 105:13 125:23
**resulted** 87:10
**retain** 135:12
**retained** 135:12
**retaining** 78:17
**retention** 78:16
**retired** 10:2 93:20
**return** 135:5,8 140:14 140:17
**reused** 99:3
**revenue** 128:12
**revenues** 128:9
**reverse** 42:4 123:1
**review** 5:14 109:10,12 110:11 111:3 112:20
**reviewed** 104:5 110:6 111:6
**reviewing** 20:20 111:24

112:13,16
**revision** 68:9,12
**right** 9:17 14:20 15:21
  16:1,13,23 17:17
  19:8,12 20:8 21:1,6
  21:25 24:16 26:12
  27:4,20 28:7,18,21
  29:23 30:5,9 31:19
  32:13 33:4,7 35:15
  36:3,14 39:13,20
  43:4,8,20 45:7 46:3
  47:5,20 48:21 49:3,8
  50:11,23,24 51:15,24
  52:6 57:1,21,24 58:4
  65:18 70:9 72:10
  80:12 82:6 83:9
  86:25 88:3,17 89:13
  91:4 98:18 100:1
  116:22 132:20
**right-hand** 68:7
**ring** 90:14
**risks** 92:3,5,7,10
**RMR** 1:21 138:15
  139:21 140:20
**Robert** 2:8 140:2
**rolling** 116:12
**Roman** 70:3
**room** 6:22
**rotary** 66:15 67:9
  70:16 73:10
**rotate** 12:19
**rotating** 12:18 13:25
**roughly** 12:5,12 13:20
  33:9,23 35:19 44:4
  49:4 58:11 68:14
  84:13 94:18
**Round** 133:5
**routine** 56:10
**rule** 77:20 98:20
  108:21
**run** 69:15 104:15,18,19
  123:22
**running** 84:9 90:3
  104:16 105:17,18,19
  111:16 128:13
  133:10,19
**Russell** 98:8
**rust** 66:23

――――――――――
         **S**
――――――――――
**S** 3:8 4:1 8:22 9:3 41:13
  142:1
**safe** 32:4
**safety** 31:9,24 32:3,9
  32:19 33:8,13,17
  34:1,8,12 35:16,16
  35:25 45:24 46:4,8
  46:13,14 105:2
**sale** 21:17 26:14,19

35:21 59:3 62:17,24
  63:12,18 90:15
**sales** 15:1 16:3 20:11
  20:16,19,23,24 21:2
  21:5,11,21 22:1,13
  22:16,18,24 23:9
  26:23 27:5,17 31:6
  36:3 56:11 57:21
  58:1,23 59:7 60:25
  61:1 116:10,11,23
  117:7 118:4 124:22
  124:24
**salespeople** 26:7 77:21
**salesperson** 26:17
**Samuel** 6:11 8:25
**Saved** 127:7
**saw** 98:7 105:17 125:7
**saying** 69:16 88:13
  119:3
**says** 35:8 52:19 69:13
  132:3
**schedule** 6:3 48:1
**schematic** 68:6
**schematics** 68:7,8 99:1
**school** 10:11,12,13
**Schreiber** 111:22
**Scoop** 81:9
**scope** 13:25
**se** 9:14
**seal** 31:19 52:18 101:5
**sealant** 101:11
**seals** 101:24
**second** 6:24 8:14 11:18
  12:20 14:11 16:24
  18:3 24:24 25:23
  52:19 53:18 57:2
  58:1 71:1 73:5,8,10
  73:24,25 79:12 85:20
  90:16 97:22 109:23
  136:6
**Secondly** 13:25
**second-to-last** 99:22
**section** 18:8 31:16
  36:11 71:9
**secure** 45:9
**secured** 44:24
**see** 18:17 24:6 40:2
  71:25 72:1,4 79:11
  79:13 88:15 90:9
  98:1 100:2 101:9
  102:25 107:13 112:5
  114:12,19 131:21
  132:1
**seeing** 18:24 27:2 30:19
  75:11 76:17
**seen** 18:18,21 20:2,20
  26:24 72:6
**self-cleaning** 46:24
  47:7,9,11,17

**self-employed** 7:13
**self-purging** 37:24
**sell** 21:13 59:21 96:10
  126:5 130:7
**selling** 20:12 21:2 23:9
  39:16 40:5 62:7
  127:18 130:11
**Seminole** 95:19
**send** 75:9 83:1 103:20
**sending** 61:7
**sense** 7:24 15:14,19,20
  19:21 23:6,7 25:20
  28:22 37:1 89:6
**sensor** 35:9,10,11
**sent** 61:4 75:3 83:12,16
  83:20 84:1 102:22
  103:21
**sentence** 53:12,18 57:2
  57:2 71:9 89:17
**sentences** 70:6
**separate** 53:12 65:7,10
**September** 1:14 15:6
  16:15 21:20 22:19
  23:3 36:1 59:13 60:2
  62:18 63:19 74:25
  84:20 86:8,18 87:23
  138:10 139:17 140:1
  140:7
**series** 15:4 70:6
**serve** 96:5
**serves** 55:20 136:6
**service** 15:1
**services** 1:22 7:8 9:14
  140:21
**set** 6:7 8:4 9:10 14:25
  39:5 98:25 139:9,10
**settle** 81:7
**settlement** 83:14,21,21
  83:22 84:4,15
**seven** 13:20
**seventies** 13:16 54:11
**shapes** 66:8
**shared** 118:6
**Shea** 2:8 140:3
**sheet** 48:3 97:18
  140:11,12,14 141:9
  142:18
**sheets** 97:1
**shifted** 127:2
**ship** 98:18
**shipped** 100:22,22
  104:22 124:2
**shipping** 59:22,24
**short** 70:6
**shorthand** 132:6 139:7
**Shortly** 74:11
**shot** 11:16 25:22 66:18
  66:20,21,23,25
**shots** 66:25

**show** 7:21 15:4 18:22
  23:1 26:21 47:20
  67:6 71:21 76:9
  78:25 82:11 84:25
  96:25 99:6 113:21
  128:23
**showed** 48:4 110:3
**shown** 19:9 30:15,20
  36:11,14 37:9 44:16
  80:22 81:2,22,23
  82:3 99:25 100:25
  101:8 102:2 108:11
  116:10
**shows** 22:22
**shut** 31:20 45:5
**shutdown** 135:2
**shutoff** 105:8
**shuts** 33:5
**side** 17:3,17 36:15 90:3
**Siemen's** 68:20
**sign** 5:15 128:4 140:8
  140:14,15,17
**signature** 84:22 85:2
  88:3 140:8,17,23
  142:24
**signed** 86:15 88:15,17
  88:25 142:18
**significant** 42:24 77:18
**silver** 90:3
**similar** 9:24 11:21,23
  13:4 23:14 24:14
  30:14 32:9 39:17
  40:10,17 41:5 45:24
  46:8 48:4 52:21 63:3
  63:7,23 69:24 71:13
  71:23 72:11,18 93:23
  95:9,10,14,17 96:5,8
  97:8,8
**similarly-sized** 100:12
**simply** 38:24
**sir** 4:13 6:10,16,18 13:6
  13:17 14:15,17,23
  15:11 16:25 19:7,11
  19:16 26:20 28:14,20
  30:16 38:3 41:14
  42:20 43:3 47:13,15
  51:5 53:17 56:18
  65:9 66:13,17 68:11
  69:16,23 70:2,8,11
  70:12 76:14 77:7
  80:11 86:4,24 88:2,7
  97:12,25 98:2 101:2
  103:10 106:8 109:16
  115:25 117:10,20
  124:25
**sit** 87:23
**sitting** 129:21
**situation** 103:17
  129:22

**six** 33:23 63:20 70:4
  76:11,12 77:8 78:15
  99:6
**size** 14:16 15:16 44:12
  44:13,16 66:8 98:22
  99:10 115:14
**sketch** 99:24
**skilled** 15:7
**slept** 133:16
**slick** 105:23
**slipped** 80:18
**sludge** 36:5,5,8,11,19
  37:4,5,11,16,20 38:2
  38:18 42:22 80:19,19
  81:5,21 90:24
**smaller** 14:9
**smoke** 70:13,25
**soap** 71:6
**software** 76:20,21
  77:22,23 117:19,25
  118:5 122:10
**sold** 7:19 10:1,18 12:18
  13:4 15:17 24:10,19
  25:7,11,17,18 26:5
  35:25 38:4 39:6
  46:10 59:6 60:1,11
  61:22,25 62:4,6,12
  62:15,21 65:20 66:2
  67:16 70:20 74:11
  82:9,19 89:21 90:17
  96:11,13 97:9,10,11
  101:16 126:4,15
  127:3,5 128:8 129:17
  131:9 134:2
**solely** 127:16
**solid** 43:6,9
**solution** 56:3,15 57:10
**solutions** 55:6,13
**somebody** 5:9 7:17
  62:8
**somebody's** 97:3
**someplace** 15:1
**somewhat** 96:16
**sorry** 17:13 35:22
  59:17 77:8 87:4
  96:25 97:11
**sort** 17:5,6 19:17 20:3
  20:5 27:6 30:6 32:6
  32:17 34:23 36:21
  43:13 49:11 50:8
  81:21 83:22 90:4
  95:20 101:10,19
  102:4,5 127:8
**source** 34:20 92:1,4,8
  102:15
**so-called** 73:25
**space** 98:21
**spare** 53:3
**speak** 4:18

speaking 5:7
Special 64:23
Specialty 133:6
specific 56:4 87:21
   99:2 131:12
specifically 72:8 79:5
   87:18 102:7 111:14
   129:11
specification 123:7,11
specifications 104:3
   115:10 117:9
specified 123:6
specify 116:8 123:8
speculate 124:13
spell 24:23 109:22
spelling 21:8
spoke 111:21
spoken 59:11 126:3
spray 11:18,24 12:3,7
   12:10 13:3,12,19
   15:13 16:10,17 19:13
   22:21 23:10 25:6,10
   25:24 26:5,14 27:17
   31:13,17 34:3,8 37:3
   48:22,25 49:6 52:1
   55:14 58:8,14 59:14
   63:10 66:1,18,25
   67:10 70:16 73:10
   97:5 104:4
sprayed 32:6
spring 45:11,13
square 124:1 127:9,10
stack 17:20 30:14
stainless 125:3
stamped 76:15
standard 24:4 33:21
   34:2 35:17,24 78:24
   102:6 105:5 115:21
stapled 48:19
start 5:3 6:5 9:17,22
   10:4 39:2,9 40:17
   41:2 76:2
started 8:15 9:24 10:7
   11:4,12 12:6 20:3
   25:2 39:16 40:15
   76:6 77:11 103:13
starting 9:20 12:5,11
   12:16 16:20 58:11
   115:23
starts 53:18 69:14,20
   89:17
state 1:22 2:9 4:5 9:5
   10:13 31:2 56:7
   106:3 111:12 130:17
   138:2,16 139:2,5,22
   140:3 141:3
statements 141:7
STATES 1:1
station 92:16

stationery 80:6 86:7
stay 8:13 75:9
stayed 11:10
steel 66:21 125:3
Steffen 1:4,5 4:14
   112:25 118:22 140:5
   142:2
stemmed 125:18
stenographer 5:6
stenotype 139:7
sticker 108:24
stipulations 5:17
stock 98:17
stop 16:23 62:13 90:20
stopping 89:11
store 9:15
straight 106:12
Street 2:4,9 140:3
stretch 4:19
strictly 31:16
strike 5:19 67:5 72:16
   108:1
strong 54:7,7
structural 108:9
style 38:9
sub 9:3
subchapter 8:22
subject 20:7 142:20
submit 22:10,13
subsequent 125:10
   135:11
subsequently 91:8
   118:19
substance 19:25 77:15
   77:19 118:13 142:20
substances 91:16
substantial 22:24
substantially 96:14
substituted 68:1
subtraction 99:5
suggest 56:14,19
   134:17
suggested 56:22 124:22
   135:15
suit 112:25
Suite 1:17 2:12
SULLIVAN 2:12
summers 93:22
Sunbelt 7:22 8:3
supplement 115:1
   130:24 131:2
supplementary 73:1
   130:21
supplied 68:22 130:22
   131:5,10
supply 116:7
support 20:19
suppose 92:9
sure 18:24 19:2 22:3

45:5 46:20 50:14
   53:23 61:16 62:14,15
   68:3 72:16 78:15
   90:21 91:18,20 94:11
   95:10 96:17 98:5
   103:25 110:17
   111:22 112:1 118:11
   122:18 126:12
   128:22 130:12
   133:22 134:8 140:14
Surely 92:5
surface 11:6
surmise 40:19,21 41:1
suspect 19:1,3 73:20
   116:15
suspected 55:22
suspicion 87:22 103:1
switch 31:9,12,24 32:9
   32:19,21 33:9,14,17
   34:1,9,12,24 35:5,16
   35:17 45:24 46:4,8
   46:13,14,16,21,21
   49:23 50:1,8 53:14
   53:15 105:2,8 130:25
switches 35:25
sworn 4:9 138:8
system 25:24 28:23
   37:17 50:5 53:8
   66:11 70:23 90:17
   100:5 112:8
systems 11:18 37:20
   62:15

————————
T
————————
T 3:8 139:1,1 141:1,1
   142:1,1
table 12:18 14:1
take 4:17 5:6 9:3 15:8
   36:23 37:2 48:7 64:1
   64:4 65:5 107:3,6
   113:20 114:12
   128:15 131:20
   133:22 140:7
taken 4:3 23:3 139:9
   142:4
takes 29:12
talk 9:8 49:22 119:16
talked 14:13 28:16
   29:5 50:5 53:16
   61:19 66:11 102:1
   106:13 130:20
talking 25:1 31:16
   52:14 96:8,9 108:8
   130:20
talks 24:4 28:8 53:14
   53:19 69:21
tanks 92:21,22
task 103:20
tax 9:4,7

team 74:2
teens 94:4,4
telemarketing 22:23
telephone 51:18 76:19
   111:23
telex 52:22
tell 6:9 13:18 23:24
   53:24 54:17 68:12
   79:9 97:17,23 102:11
   102:17 107:18 112:2
   114:22 116:25 117:1
   120:12 124:9 134:20
telling 112:12
temperature 16:22
   19:1 28:22 29:21,23
   38:18 46:13,17,21
   47:1 135:2
ten 103:13
tended 99:4
tension 45:4,11
term 18:12 57:16 66:18
   86:25
terms 54:2 75:9 88:6
   112:20
test 104:15,19 123:22
testified 4:10 114:7
   115:12 117:17
   120:19 122:3,25
   125:4 130:10,19
   132:21
testimony 121:7
testing 123:25
textbook 53:24
thank 5:11 20:9 43:18
   75:10 133:1 135:1
   137:14,21
thanking 75:10
Thanks 106:7 134:8
   137:12
thick 132:18
thing 10:4 27:15 109:1
   127:8
things 90:2 98:24
   108:23 120:17
   134:20
think 9:1 10:19 23:18
   23:18 24:19 25:3
   33:20 35:7 55:22
   59:11 60:16 66:18
   67:24 69:20 80:6
   81:2 83:18 84:23
   86:19 90:2 93:4
   96:24 97:2 103:22
   106:5,7,13 107:17,18
   108:12 109:14
   113:21 114:3,7
   115:12,16 116:9
   118:16 119:10,17
   122:7,25 128:2,5

129:4,10 130:10,19
   132:21,25
third 12:22 14:18
   24:24 26:1 49:20
   52:20 53:10
thought 96:15
three 11:15,25 12:14
   12:15 25:13 40:22
   47:25 48:21,24 49:9
   50:16 51:24 52:12,14
   52:15,25 69:3 72:3
   93:22 111:13
three-page 52:7
thrown 66:21
thumb 77:20
tied 77:23
time 4:17 5:8,19,20 7:3
   18:5 23:12 24:20
   25:18 26:9 27:1
   29:25 33:14,25 35:18
   35:19,21 39:1,9
   41:16 42:14 43:5,8
   44:10 45:25 46:9
   47:18 52:3 55:10,16
   56:16,17 58:11 59:2
   59:20 61:21,24 62:20
   63:19 64:5,17 65:1
   67:14 72:8 74:25
   75:4 76:2,15 77:10
   77:24 78:6,22 79:17
   82:4,25 84:12,12,17
   86:5 87:13 88:9 89:2
   91:8 93:19,21,25
   94:23 102:18 104:3
   104:11,17,19 105:4
   105:16 107:10
   114:25 115:3 122:1
   122:12 129:12 135:4
   135:20 139:9 140:8
   140:15
timer 16:21
times 60:23 62:23
   65:25 127:18
timing 125:13
title 127:20
titles 127:22
today 6:13 72:7 86:25
   87:23 93:12 94:9,12
   94:14 95:6 109:2
   112:21 129:21
   131:14
today's 18:12 74:6
Todisco 89:14 128:17
told 20:2 101:14
   119:22,24 123:20
tool 24:20 80:19
top 17:17 23:22 51:16
   100:12 116:11
   134:25

**total** 76:10
**touch** 126:1
**toxic** 105:17
**track** 76:25
**trade** 22:22
**trademark** 52:18
**trained** 107:17
**transcript** 5:5,14
    139:14 140:9,11,13
    140:13 142:5
**transcription** 139:7
**transferred** 49:17
**transmission** 48:3 58:5
    58:6
**trap** 36:5,8,11 37:4,5
    37:16,20 80:19 90:24
**treasurer** 128:3
**trial** 5:19
**triangular-shaped**
    36:21
**trips** 61:16
**true** 60:9 139:7 141:7
    142:20
**truly** 140:18
**try** 4:21 5:1,10 6:13
    27:11 50:23 61:14
    65:6 67:4 72:16
    108:21
**trying** 75:8
**tube** 42:6 55:21,24
    80:20 100:9,10,11,12
    100:16 123:21,25
    124:3,4,5 125:12,19
**tumbles** 12:21
**turn** 34:18 70:3 107:5
    113:18
**turned** 58:24
**turning** 89:12
**turns** 31:13
**two** 14:4,6 19:1,2 28:15
    36:5 40:22,23 41:1,8
    41:22 45:1 52:21
    69:14 70:18 88:22
    93:11 94:7 95:8
    96:25 109:24 132:2
    133:5,24 134:11,13
**type** 12:1 15:16 16:10
    22:17 27:25 32:9,20
    32:20 33:13 37:11
    38:1,9,14 40:17 42:8
    42:11,12,16 44:19
    45:11,13,23 46:4,23
    51:11 56:2 63:3,7
    67:16 68:25 71:13
    76:23 77:16 78:17
    79:9 83:13 93:23
    94:16 95:9,14,17
    98:22 101:18 102:11
    122:16 127:1 132:6

136:24
**types** 11:25 12:14,15
    24:4
**typically** 22:8 45:13
    53:2 118:4

_____ **U** _____

**Uh** 87:2
**UL** 64:7,10,18 122:3
    129:25 130:2,8
**ultimately** 103:14
**UL-approved** 129:23
**unattended** 35:1
**unaware** 134:5
**underneath** 105:22
**undersigned** 138:6
**understand** 14:12
    91:23 102:21 110:12
    113:9 115:11 119:2
    122:19
**understanding** 22:1
    87:9 109:6 137:5
**understandings** 88:22
**understood** 54:10
**Underwriters** 63:13,23
**unique** 98:21
**UNITED** 1:1
**units** 64:6
**University** 10:13
    111:12
**unnecessary** 55:4
**unreasonable** 124:18
**unsafe** 125:1 135:25
**updated** 76:21 115:1
**upper** 69:13
**Urbanski** 118:24 119:3
**Urbanski's** 119:14
**use** 9:1 37:10 38:5
    49:14 53:19 54:18,20
    54:24 55:12 75:3
    92:1 96:19 113:24
    116:12 123:14 124:4
    124:9,18,25 125:17
    136:7,15 137:8
**user** 131:21
**usual** 5:17 121:20
    130:5
**usually** 59:23 78:5 99:3
    109:18
**utilizing** 135:22,24
**U-shaped** 45:14

_____ **V** _____

**value** 127:3
**valve** 34:21
**Van** 24:22
**variation** 11:17 14:4
    87:5
**variations** 11:16 14:4

45:3 99:4
**various** 14:2,3 16:3
    76:19
**vary** 44:12,13
**Vegas** 8:4
**vendor** 65:11
**vendors** 68:21
**vented** 30:2 92:21
    100:6
**venting** 30:18
**verbal** 21:24,25
**verbally** 22:11 118:18
    129:13
**versa** 41:6
**version** 69:7 71:15 73:6
    73:11,16,17,23 74:3
    76:21 114:7,8 115:1
**versions** 73:18,20
**versus** 43:9
**vertical** 12:19 17:3,10
    29:12 66:15
**vibratory** 11:20
**vice** 41:6
**view** 91:13
**Viking** 1:8 7:18 9:17
    10:8,14,21,23 11:5,8
    11:10,10 12:6 13:4
    14:21,25 15:8,12,17
    15:23 16:17 17:11
    19:23 20:11 23:11,18
    24:1,6,9 25:11,17
    26:9,12 27:6 33:10
    38:11 39:16 40:7,9
    40:15 41:22 42:1,8
    42:25 44:5,25 48:23
    49:1,17 51:12,15,19
    52:2,19 54:16,24
    56:13 58:2,18 59:3
    59:16 60:11,24 61:3
    61:22,25 62:4,7,10
    62:21,25 63:4,7,10
    63:12,21,21 64:25
    65:15,20,22 67:8,13
    67:17 69:8 72:21
    75:1,1,24 76:4 79:8
    79:18 80:6 82:7,17
    83:1,12,20 84:5,14
    84:15,19 86:5,15
    87:11,17,19 88:5,19
    89:1,14 90:18 91:14
    93:9 94:8 95:21 96:4
    96:18 97:6,9,11
    103:11,12,25 104:2
    108:7 109:15,17
    110:5,15,25 112:24
    113:10,16 114:25
    116:15 117:8 119:4,5
    119:8,12,19 121:2,9
    121:13,18,23 126:5

126:16,20 127:14,16
    128:6,13,17 129:17
    130:6 133:11,18,25
    140:5 142:2
**Viking's** 24:17
**Virtually** 42:17 93:24
    104:15
**visit** 22:9 60:25 75:4
    125:7,20,24
**visited** 61:3 125:5
**volumetrically** 40:3
    42:7 81:13
**vs** 1:7 140:5 142:2
**V-a-n** 24:24

_____ **W** _____

**W** 1:21 4:3 138:15
    139:5,21 140:20
**wait** 5:2 121:24
**waiting** 6:4 58:25
**waive** 5:14 140:8,16,23
**walk-throughs** 105:25
**want** 4:17,18,19 10:3
    19:17 20:1 30:7,11
    32:5 70:25 90:22
    101:17 106:12
    109:22 116:21 117:2
    118:25 119:23
    126:11 128:15,23
    131:20 136:7
**wanted** 21:13 40:1
    54:17 64:7 98:23
    112:13 115:22
    135:13,14
**wants** 28:5,19 36:23
**warehouse** 9:16
**warning** 71:11,13,24
    71:25 72:11,19
**warranty** 108:9
**wash** 11:18 12:19 13:3
    13:12 15:13 16:10,17
    19:13 22:21 25:6,10
    25:24 26:5 27:18
    34:3 36:20 48:22,25
    49:6 50:2 52:1 55:14
    58:8,14 59:14 62:15
    63:11 66:1 91:10
    97:5
**washed** 91:22
**washer** 31:17 34:8
    67:10 70:17 73:10
    108:7 115:9,22 116:1
    116:4,13 117:9
    118:10,18 120:21
    131:9
**washers** 40:10 91:14
    92:11 115:13 121:9
    130:7,13,17
**washing** 11:1 12:7,10

13:19 23:10,10 31:16
    32:19 33:9,17 34:1,3
    36:16 41:23 42:23
    45:24 46:9,14 66:15
    79:7 80:9 81:8 92:16
    92:21
**waste** 18:9 19:12 39:25
    40:13 42:6,22 43:1,5
    43:6,10 81:13,15
    105:17
**water** 11:18,24 12:3
    16:21 28:22,23 34:8
    34:12,14,14,15,20,20
    34:20,23 35:9,12,15
    35:16,24 48:22 49:5
    52:1,18 55:14 56:1
    58:8,14 59:6,14
    63:10 66:1,14,16,19
    66:24,25 68:23 72:22
    74:11 77:12 78:21
    79:14,18 80:10 82:9
    82:23 85:9 89:21
    90:15 97:5 99:9
    104:3 105:2,2,8,8
    135:2,2
**way** 5:3 33:25 44:23
    47:22 65:23 76:23
    82:20 90:19 91:9
    100:5 102:5 103:14
    112:14 129:12
    135:16
**Wayne** 68:21 73:2
    96:22,23 130:23
**Waynesboro** 14:22
    15:2
**ways** 124:3
**web** 8:6
**website** 10:14
**week** 104:16 129:7
**weekend** 34:17,19
**welcome** 133:2 134:10
    137:15
**welder** 103:13
**went** 5:12 10:12,13
    45:2 100:4 111:12
**weren't** 62:7 100:15
**West** 1:18,23 140:22
**we'll** 4:20,21 5:10 60:9
    85:20 113:24
**we're** 12:1 31:16 74:7
    107:22
**we've** 13:12 108:7
**whatnot** 123:9
**wheel** 25:23 66:22
    89:10
**white** 2:12 17:5,16
    30:20
**Whitehead** 117:24
**Whitetree** 61:4 102:22

118:1 125:5,22 126:1
**Wichita** 10:10,11,12,13
  16:18 40:23 41:2,8
  51:17 95:8 96:23
  103:7,9 111:12
**wide** 28:5
**wife** 47:8
**William** 2:3 4:13
**willing** 135:16
**wing** 45:5,7,8
**Winona** 24:22
**Winslow** 20:18 42:19
  58:20
**wire** 132:20
**wired** 132:4,14,16,20
**wiring** 53:3
**wish** 140:12,16
**witness** 3:4 75:18 91:18
  106:9,14 110:9,16,22
  111:16 113:13
  120:16,23 133:2
  134:10 136:2,17,22
  137:10,15,22
**wondering** 83:17 88:14
  129:8
**word** 21:7 22:23 24:24
  24:24 52:18 53:13
  87:5,6 107:24 109:23
**words** 51:22 69:14
**work** 7:12,17 22:5 30:7
  55:3 65:19 93:18
  103:3 104:7,7,9
  121:23,25 122:6
**worked** 26:18 92:24
  93:21,25 103:14
**workers** 92:15
**working** 7:11 74:2
**works** 103:7
**write** 75:9 140:13
  142:5
**writing** 22:11 74:13
  97:3 125:23 129:13
**written** 21:23 84:5
  109:7 129:2
**wrong** 124:15
**W-i-n-o-n-a** 24:24

_____ **X** _____

**x** 3:1,8 38:25

_____ **Y** _____

**Yeah** 93:11 119:16
**year** 52:8 67:12,21
  128:12
**yearly** 128:9
**years** 10:1 13:15,20
  20:10 33:10,23 37:15
  38:11 49:3 52:3
  62:21 63:20 78:15

84:8 93:7,22 103:13
110:25 111:2,13
126:3 133:15
**yesterday** 5:24

_____ **Z** _____

**Zanetti** 26:10,14,17
  58:22,25 59:2,7,10
  82:7,13,18 116:15
  124:23,24
**Zep** 57:5
**zip** 51:18

_____ **$** _____

**$12,000** 87:11
**$12,210.35** 85:5
**$239** 82:5
**$3** 128:10
**$500,000** 134:4

_____ **#** _____

**#743879** 1:23 138:18
  139:24 140:2 141:20

_____ **0** _____

**02109** 2:4,9 140:4
**02114** 2:13
**03** 77:7
**04** 10:22
**04-10592-RB** 140:6
**04-10592-RBC** 1:3

_____ **1** _____

**1** 3:10 8:13,15,17 15:5
  15:6 16:15,20 48:2
  58:4,11 90:2,8
**1/15/07** 138:16 139:22
**1:00** 1:14
**10** 3:19 86:8,12 87:25
  88:12,18 89:15 127:5
**100** 64:6
**106** 3:6
**11** 3:20 57:22 82:12
  98:11 107:5,8 109:7
**114** 3:22
**115** 3:23
**117** 3:24
**12** 3:21 94:21,24 95:12
  99:14,15 115:17
**13** 3:12,22 83:5,10,18
  88:14 108:14 111:19
  112:6 114:16
**13,000** 127:10
**133** 3:5
**134** 3:6
**14** 3:23 89:14 115:6
  128:16 129:3,14
  131:25 132:2
**15** 3:24 23:3 110:25

111:2 117:14
**16** 93:21 140:1
**16th** 138:10 139:17
**164752** 138:17 139:23
**180** 45:17
**19** 35:20 52:8
**19th** 128:24 129:2
**1950s** 10:1
**1974** 25:22
**1976** 93:20
**1978** 9:18 10:3,24 11:5
  11:13 12:5,13 25:2
  38:15 39:6 49:4
  110:25
**1979** 10:23
**1980s** 39:16 40:16 44:4
  49:14 52:8 72:23
  114:10 121:3,19
**1986** 68:19
**1987** 68:19
**1990** 24:18 121:3
**1990s** 24:18 56:17 64:2
  64:19 71:17 72:24
  94:17 121:19 133:10
  133:19
**1992** 15:18,24 20:10
  21:20 22:20 26:15
  27:25 36:1 46:9 48:2
  57:22 58:4,12 59:13
  60:3 62:18 63:19
  74:23,25 78:11 89:14
  90:17 97:3 103:23
  128:16 129:3,14
**1993** 77:9 83:10,18
  84:13,20 86:8,18
  107:5,8 108:14
  109:15 110:6,24
  111:19,20
**1996** 69:9,10
**1997** 68:5
**1998** 38:15 49:4 78:7
  89:3 95:25
**1999** 7:19

_____ **2** _____

**2** 3:11 8:13,17 15:5
  17:9 26:22 30:15
  31:7 34:7 36:4 57:22
**20** 5:20 33:9 37:15
  38:11 49:3 52:3
  62:20 84:8 93:7
**20,000** 127:5
**20-plus** 6:4
**200** 124:1
**200-Pavilion** 1:17
**2000** 127:4
**2004** 23:3 67:8
**2005** 1:14 15:6 87:23
  138:10 139:17 140:1

140:7 141:13
**22nd** 77:9
**24** 21:13
**25** 5:21
**28** 2:9 97:3 140:3

_____ **3** _____

**3** 3:12 13:8,9,13 15:5
  17:24 18:4 23:2 48:5
  81:23 82:1 100:25
  128:14
**3,000** 127:12
**30** 102:22 124:7
**33401** 1:18 140:22
**35** 126:17
**36** 28:5 99:10
**36-by-72** 27:21
**36-by-72-inch** 115:22
**36-inch-by-72-inch**
  115:19
**3609** 2:12
**3648** 70:16
**3648R** 67:9 73:10

_____ **4** _____

**4** 3:5,13 15:5 18:17,22
  47:21 48:10,16,18
  49:9 51:2,16,25
  53:11 58:5 69:4
  71:17,22 72:3 73:13
  73:19,24 74:8 113:20
  114:2 131:24 132:1
**40** 121:14,15 126:18

_____ **5** _____

**5** 3:14 15:5 18:17,24,25
  19:1,9 36:12,14
  37:10 74:18 81:3,22
  82:3 90:8 102:2,6,9,9
  128:16
**50** 94:18
**51** 69:12
**515** 1:17 140:21
**53** 70:3
**561.659.4155** 1:24

_____ **6** _____

**6** 3:15 74:18 75:14
  94:21,24 95:12
  128:24
**60** 102:22 124:7 126:21
**617.523.6200** 2:10
**617.720.4060** 2:13
**617.742.1700** 2:5

_____ **7** _____

**7** 3:16 77:2,3,6 107:4
  112:5
**72** 28:5 99:10

**74** 3:13,14,15
**743879** 142:4
**77** 3:16

_____ **8** _____

**8** 3:10,11,17 80:1,5
  113:24 114:1
**80** 3:17
**800.330.6952** 1:23
**83** 2:4
**85** 3:18
**86** 3:19

_____ **9** _____

**9** 1:14 3:18 85:21 87:23
**9th** 140:7
**9-9-05** 142:4
**9:00** 5:21,21
**9:20** 1:14
**9:25** 6:2
**91** 20:11
**92** 20:10,11 82:23
  129:2
**93** 77:8 82:23
**96** 68:14
**97** 68:14
**98** 3:20 24:19 44:6
**99** 3:21