# United States District Court
# District of Massachusetts

EDWARD STEFFEN,
MARSHA STEFFEN,
    Plaintiffs,

    V.                                CIVIL ACTION NO. 2004-10592-RBC

VIKING CORPORATION,
    Defendant.

---

VIKING CORPORATION,
    Third-Party Plaintiff,

    V.

HILLSIDE MACHINE, INC.,
    Third-Party Defendant.

## ORDER
## APPROVING THIRD PARTY SETTLEMENT
## PURSUANT TO M. G. L. c. 152, SECTION 15

COLLINGS, U.S.M.J.

    The above-styled case was referred to me for trial and entry of judgment

pursuant to 28 U.S.C. § 636(c); the matter is now before the Court for approval of a settlement which the above-designated parties have reached.

A conference at which the petition was heard was held this date. Counsel for the plaintiff and the plaintiff (Mr.Steffen) were present; counsel for the defendant Hillside Machine was present; counsel for Viking Corporation waived his presence.

The petition is signed by the plaintiffs and counsel for all parties.

At the conference, the terms of the settlement were placed on the record. Counsel for both parties and Mr. Steffen represented that the terms as stated were accurate. The undersigned personally questioned Mr. Steffen in detail as to the terms of the settlement and his understanding of those terms.

I am familiar with the facts of this case. I find that Mr. Steffen fully understands the terms of the settlement and is of the view that the settlement should be approved. Considering all the facts and circumstances of this case as they have become known to me, I am of the view that the settlement is a fair and equitable one. I find that the rights and interests of all parties have been fully protected.

It is ORDERED that the Petition for Approval of Third-Party Settlement Under G.L. C. 152, § 15be, and the same hereby is, ALLOWED.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

December 19, 2006.