UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10592-RBC

| | |
|---|---|
| Edward Steffen and<br>Marsha Steffen,<br>　　　Plaintiffs<br><br>v.<br><br>Viking Corporation,<br>　　　Defendant and Third<br>　　　Party Plaintiffs<br><br>v.<br><br>Hillside Machine, Inc.<br>　　　Third Party Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PETITION FOR APPROVAL OF A COMPROMISE
SETTLEMENT PURSUANT TO G.L. C. 152§15**

Now come the plaintiffs, Edward Steffen and Marsha Steffen and pursuant to G.L. c. 152§15 petition this Court to approve the compromise settlement of this matter.

1. The plaintiffs are Edward Steffen and his wife, Marsha Steffen.

2. On December 2, 2002 Edward Steffen was employed by Hillside Machine, Inc. and was in the course of his employment.

3. On December 2, 2002 Edward Steffen was returning to his work area when an incident occurred involving a rotary jet spray washer.

4. As a result of the incident Edward Steffen was seriously injured.

12.19.06

N. Russo

5.   The rotary jet spray washer was manufactured by Viking Corporation and sold to Hillside Machine, Inc. in the early 1990s.

6.   The rotary jet spray washer was at Hillside Machine, Inc. from the time of its purchase until the incident on December 2, 2002.

7.   The plaintiffs, Edward Steffen and Marsha Steffen have asserted a claim against Viking Corporation.

8.   Viking Corporation has asserted a claim against Hillside Machine, Inc.

9.   During the past two (2) years the parties have been actively pursuing this matter, including depositions in Florida and Kansas.

10.  As a result of the December 2, 2002 incident Edward Steffen has received workers compensation benefits from Hillside Machine, Inc.'s insurer, A.I.M. Mutual Insurance Company.

11.  A.I.M. Insurance Company has paid in excess of Four Hundred Seventy Thousand ($470,000.00) Dollars in workers compensation benefits. The workers compensation claim remains pending at this time and benefits continue to accrue.

12.  The parties have vigorously pursued this matter. Significant issues and disputes exist concerning the underlying causes associated with the happening of the December 2, 2002 incident. In addition serious issues exist concerning the claim asserted by Viking Corporation against Hillside Machine, Inc.

13.  The parties have mediated this matter for in excess of thirteen (13) hours over four (4) days in an attempt to reach a compromise

settlement.

14. The plaintiffs Edward Steffen and Marsha Steffen have now been offered Six Hundred Thousand ($600,000.00) Dollars to settle this matter and are desirous of accepting the settlement offer.

15. A.I.M. Mutual Insurance Company, as the workers compensation insurer has agreed to compromise their lien and accept a net repayment of ($150,000.00) Dollars for their workers compensation lien.

16. Edward Steffen has agreed to lump sum his workers compensation claim for One ($1.00) Dollar which includes any claim or benefits under section 28, section 35 and section 36 and to execute documents and to do everything necessary to confirm this settlement agreement with the Department of Industrial Accidents.

17. This case is being settled pursuant to Hunter v. Mid West Coast Transport, 400 Mass. 779 (1987). Counsel is receiving an attorneys' fee and reimbursement of legal expenses which total $203,962.52, which represents 33.99% of the gross settlement amount. Consistent with the Hunter decision Edward Steffen and A.I.M. Mutual Insurance Company have agreed that A.I.M. Mutual Insurance company will pay one-half of any future related medical benefits until the offset amount of $196,532.78 is exhausted, if ever, at which time the workers compensation insurer will resume future applicable payments, if any.

18. Edward Steffen and Marsha Steffen propose accepting the Six Hundred Thousand ($600,000.00) Dollar settlement offer and propose the following distribution:

| | |
|---|---:|
| Edward Steffen | $196,532.78 |
| Marsha Steffen | 49,504.69 |
| A.I.M. Mutual Insurance Company, as the workers compensation insurer | 150,000.00 |
| Legal Expenses | 13,962.52 |
| Attorneys' Fee (reduced by $10,000) | 190,000.00 |
| Total | $600,000.00 |

Date: December 19, 2006

_____
Edward Steffen

Date: December 19, 2006

_____
Marsha Steffen

The plaintiffs,
Edward Steffen and Marsha Steffen
By his attorney,

_____
William J. Doyle, Jr.
Leavis and Rest, P.C.
83 Central Street
Boston, MA 02109
(617) 742-1700
BBO #134240

4

The Defendant and
Third Party Plaintiff,
Viking Corporation
By Their Attorneys,

*Robert P. Powers (w/p)*
Robert P. Powers
T. Dos Urbanski
Melick, Porter & Shea, LLP
28 State Street
Boston, MA  02109
(617) 523-6200


The Third Party Defendant,
Hillside Machine, Inc.
By their Attorneys,

Christopher J. Sullivan
Kevin J. Fleming
Davis, White & Sullivan, P.C.
One Longfellow Place, Ste. 3609
Boston, MA  02114
(617) 720-4060


    Pursuant to G.L. c. 152§15 the Petition For Approval Of A Compromise Settlement Pursuant To G.L. c. 152§15 is approved.

Date: December 19, 2006

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

5