UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10592-RBC

| | |
|---|---|
| Edward Steffen and Marsha Steffen, Plaintiffs | ) ) ) ) ) |
| v. | ) ) |
| Viking Corporation, Defendant and Third Party Plaintiffs | ) ) ) ) ) |
| v. | ) ) |
| Hillside Machine, Inc. Third Party Defendant | ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties in the above-entitled matter and by their counsel stipulate to the dismissal of this claim, including all claims, cross-claims, counterclaims and third party claims, with prejudice and without costs, all appellate issues being waived pursuant to Rule 41(a)(1)(ii) of the Fed. R. Civ. P.

The plaintiffs,
Edward Steffen and Marsha Steffen
By their attorney,

12.19.06

N. Russo

William J. Doyle, Jr.
Leavis and Rest, P.C.
83 Central Street
Boston, MA 02109
(617) 742-1700
BBO #134240

The Defendant and
Third Party Plaintiff,
Viking Corporation
By Their Attorneys,

_Robert P. Powers (w/p)_
Robert P. Powers
T. Dos Urbanski
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109
(617) 523-6200


The Third Party Defendant,
Hillside Machine, Inc.
By their Attorneys,

_[signature]_
Christopher J. Sullivan
Kevin J. Fleming
Davis, White & Sullivan, P.C.
One Longfellow Place, Ste. 3609
Boston, MA 02114
(617) 720-4060